**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Center for Civil Justice, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **13-3960556** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **216 River Ave**<br>**Ste 110**<br>**Lakewood, NJ 08701-4807**<br>Number, Street, City, State & ZIP Code | **216 River Ave**<br>**Ste 110**<br>**Lakewood, NJ 08701-4807**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean**<br>County | **Location of principal assets, if different from principal place of business** |
| | **216 River Ave Ste 110 Lakewood, NJ 08701-4807**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **American Center for Civil Justice, Inc.**                                     Case number (*if known*)
_____
Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__541110__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **American Center for Civil Justice, Inc.**                    Case number (*if known*) _____

      Name

---

**11. Why is the case filed in**
*this district?*

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

        Contact name  _____

        Phone  _____

---

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **American Center for Civil Justice, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 23, 2018**
MM / DD / YYYY

X **/s/ Elie Perr**
Signature of authorized representative of debtor

**Elie Perr**
Printed name

Title     **President**

**18. Signature of attorney**

X **/s/ Timothy P. Neumann Esq**
Signature of attorney for debtor

Date **March 23, 2018**
MM / DD / YYYY

**Timothy P. Neumann Esq**
Printed name

**Broege, Neumann, Fischer & Shaver LLC**
Firm name

**25 Abe Voorhees Dr**
**Manasquan, NJ 08736-3560**
Number, Street, City, State & ZIP Code

Contact phone     **(732) 223-8484x210**     Email address     **tneumann@bnfsbankruptcy.com**

**TN 6429**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **American Center for Civil Justice, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY, TRENTON DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Center for Civil Justice Religi 125 Half Mile Rd Ste 200 Red Bank, NJ 07701-6749** | **perr@acenter.us** | | | | | **$14,818,844.00** |
| **Avi Elishis 68 Westminster Ave Bergenfield, NJ 07621-3916** | **Robert Tolchin rtolchin@bermanlaw.com** | | **Disputed** | | | **$5,675,175.81** |
| **Chad Holland 371 Patrick St Apt 11D Clarksville, TN 37040-2970** | | | | | | **$0.00** |
| **Diamond Reporting 16 Court St Brooklyn, NY 11241-0102** | **(718) 624-7200** | | | | | **$5,675.40** |
| **Diana Compuzano 158 W 84th St Apt 2A New York, NY 10024-4625** | **Robert Tolchin rtolchin@berkmanlaw.com** | | **Disputed** | | | **$8,955,215.67** |
| **Donna Marie Holland 578 Ratchford Dr Clarksville, TN 37042-6260** | | | | | | **$0.00** |
| **Eli Ezer Perr 63 Hedge Dr Lakewood, NJ 08701-2424** | **ez@acenter.us** | | | | | **$320,171.80** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor  **American Center for Civil Justice, Inc.**                              Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gerald Welsh 38695 SE Trout Creek Rd Corbett, OR 97019-8700** | | | | | | **$0.00** |
| **Gregg Salzman 10 Tremblay Rd East Brunswick, NJ 08816-4563** | **Robert Tolchin** rtolchin@berkmanl aw.com | | **Disputed** | | | **$4,725,028.02** |
| **James Holland 241 Military Rd Herndon, KY 42236-8301** | | | | | | **$0.00** |
| **Joshua Ambush 600 Reisterstown Rd Pikesville, MD 21208-5104** | joshua@ambushla w.com | | **Disputed** | | | **$0.00** |
| **Koffsky Schwalb, LLC 349 5th Ave Ste 733 New York, NY 10016-5019** | eschwalb@koffsky schwalb.com | | | | | **$321,382.07** |
| **Loeb & Loeb, LLP 901 New York Ave NW Ste 300 Washington, DC 20001-4432** | mowens@loeb.co m | | | | | **$150,000.00** |
| **Lourdes L. Morena Ledon 2900 Carr 834 Villa Guaynabo, PR 00971-9312** | | | | | | **$20,000.00** |
| **Michael Welsh 30 Rena St SW Grand Rapids, MI 49507-1520** | | | | | | **$0.00** |
| **Neal Sher 115 E 92nd St # 7F New York, NY 10128-1688** | nealsher@gmail.co m | | | | | **$12,500.00** |
| **Professor Dan Sarooshi Essex Court Chambers 24 Lincoln's End Fields London, UK WC2A -3EG** | dsarooshi@essexc ourt.net | | | | | **$25,000.00** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   **American Center for Civil Justice, Inc.**    Case number *(if known)* _____
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Professor Roy D. Simon 205 W End Ave Apt 8N New York, NY 10023-4819** | roy.d.simon@gmail.com | | | | | **$37,086.00** |
| **Tory's LLP 79 Wellington St W Ste 3000 Toronto, ON M5K-1N2** | switmore@tory's.com | | | | | **$120,000.00** |
| **Weinreb Law Firm, PLLC 1225 Franklin Ave Ste 325 Garden City, NY 11530-1693** | eweinreb@weinreblaw.com | | | | | **$181,395.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey, Trenton Division

In re __American Center for Civil Justice, Inc.__ _____     Case No. _____
                                            Debtor(s)                   Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **FLAT FEE**

        For legal services, I have agreed to accept .................................................    $    _____

        Prior to the filing of this statement I have received .................................    $    _____

        Balance Due .....................................................................................    $    _____

    ☑  **RETAINER**

        For legal services, I have agreed to accept and received a retainer of ......    $         __1,730.00__

        The undersigned shall bill against the retainer at an hourly rate of ...........    $          __600.00__
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
        fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

        ☑  Debtor        ☐  Other (specify):

3.  The source of compensation to be paid to me is:

        ☑  Debtor        ☐  Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
        firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
            **Debtor has agreed to pay post-petition retainer of $15,000 subject to approval of the Bankruptcy Court**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            **Representation of the Debtor(s) in an adversary proceeding, contested motion, additional appearances before
            the Trustee after the initial meeting of creditors, or at an examination of the Debtor(s) or others pursuant to
            Bankruptcy Rule 2004 which services shall be billed at normal hourly rates.**

In re    **American Center for Civil Justice, Inc.**                              Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 23, 2018** | **/s/ Timothy P. Neumann Esq** |
| *Date* | **Timothy P. Neumann Esq** |
| | *Signature of Attorney* |
| | **Broege, Neumann, Fischer & Shaver LLC** |
| | |
| | **25 Abe Voorhees Dr** |
| | **Manasquan, NJ 08736-3560** |
| | **(732) 223-8484x210   Fax: (732) 223-2416** |
| | **tneumann@bnfsbankruptcy.com** |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**District of New Jersey, Trenton Division**

IN RE:                                                              Case No. _____

American Center for Civil Justice, Inc.                     Chapter __11_____
_____
<span style="font-size:small">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 23, 2018**_____    Signature: */s/ Elie Perr*_____
                                                          **Elie Perr, President**                              <span style="font-size:small">Debtor</span>


Date: _____    Signature: _____
                                                                                                          <span style="font-size:small">Joint Debtor, if any</span>

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

American Center for Civil Justice Religi
125 Half Mile Rd Ste 200
Red Bank, NJ  07701-6749


Avi Elishis
68 Westminster Ave
Bergenfield, NJ  07621-3916


Chad Holland
371 Patrick St Apt 11D
Clarksville, TN  37040-2970


Cielito Valencia
1 Locust St
Highland Falls, NY  10928-1209


Cullen Dykman, LLP
100 Quentin Roosevelt Blvd
Garden City, NY  11530-4874


Diamond Reporting
16 Court St
Brooklyn, NY  11241-0102


Diana Compuzano
158 W 84th St Apt 2A
New York, NY  10024-4625

DLA Piper
6225 Smith Ave
Baltimore, MD  21209-3626


Donna Marie Holland
578 Ratchford Dr
Clarksville, TN  37042-6260


Eli Ezer Perr
63 Hedge Dr
Lakewood, NJ  08701-2424


Estate of Curtis Taylor, deceased
c/o Maria Taylor
303 Willow Oaks Blvd
Hampton, VA  23669-1531


Gerald Welsh
38695 SE Trout Creek Rd
Corbett, OR  97019-8700


Gregg Salzman
10 Tremblay Rd
East Brunswick, NJ  08816-4563


Hon. Joseph Covello
330 Old Country Rd Ste 103
Mineola, NY  11501-4143

James Holland
241 Military Rd
Herndon, KY  42236-8301


Joshua Ambush
600 Reisterstown Rd
Pikesville, MD  21208-5104


Joyce Louis Leydet Brewer
3A Golden Hill Rd
Lenox Dale, MA  01242


Koffsky Schwalb, LLC
349 5th Ave Ste 733
New York, NY  10016-5019


Livingston Howe
747 3rd Ave
New York, NY  10017-2803


Loeb & Loeb, LLP
901 New York Ave NW Ste 300
Washington, DC  20001-4432


Lourdes L. Morena Ledon
2900 Carr 834 Villa
Guaynabo, PR  00971-9312

Luz Southard
2302 Vialoux Dr
Corpus Christi, TX  78418-5417


Maria Taylor
303 Willow Oaks Blvd
Hampton, VA  23669-1531


Michael Engelberg
75 Woodmere Blvd S
Woodmere, NY  11598-1737


Michael Welsh
30 Rena St SW
Grand Rapids, MI  49507-1520


Neal Sher
115 E 92nd St # 7F
New York, NY  10128-1688


Paul A. Blais
6 Hatteras Lndg
Hampton, VA  23669-1555


Professor Dan Sarooshi
Essex Court Chambers
24 Lincoln's End Fields
London, UK  WC2A -3EG

```
Professor Roy D. Simon
205 W End Ave Apt 8N
New York, NY  10023-4819


Richard Paul Brewer
64 Ledgewood Dr
Falmouth, ME  04105-1812


Robert Tolchin
111 Livingston St Ste 1928
Brooklyn, NY  11201-5083


Sonya T. Broadway
401 Westwood Rd
Angleton, TX  77515-7435


Steven Wolfe
1112 S Manitou Ave
Boise, ID  83706-3256


Tory's LLP
79 Wellington St W Ste 3000
Toronto, ON  M5K-1N2


Weinreb Law Firm, PLLC
1225 Franklin Ave Ste 325
Garden City, NY  11530-1693
```