UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:
American Center for Civil Justice, Inc.

Case No.: 18-15691
Chapter: 11
Judge:

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Campuzano, Elishis, and / $^{Salzman}$. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.


Date: 03/23/2018

/s/Robert J. Tolchin
Signature

*new.8/1/15*