UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 18-15691 |
| American Center for Civil Justice, Inc. | |
| Debtor. | Chapter 11 |

## NOTICE OF APPEARANCE

Please take notice that Siegel & Siegel, P.C. hereby appears in this action as attorneys for DIANA CAMPUZANO, AVI ELISHIS and GREGG SALZMAN, and demands that a copy of all notices and other papers in this action, required to be served under FRBP 2002 be served upon Siegel & Siegel, P.C. at One Penn Plaza, Suite 2414, New York, New York 10119.

Dated: New York, New York
March 25, 2018

SIEGEL & SIEGEL, P.C.
One Penn Plaza
Suite 2414
New York, New York 10119
(212) 721-5300


By:___/s/Michael D. Siegel____
Michael D. Siegel