# Exhibit A

### SUPREME COURT OF THE STATE OF NEW YORK
### COMMERCIAL DIVISION-COUNTY OF NASSAU

Present: Hon. Stephen A. Bucaria

Justice

_____ X

*Diana Campuzano*

                Plaintiff,

-against-

*Neal Sher, et al*

                Defendant.

_____ X

Index No. *605379/16*

Special Master

~~Mediation~~

~~Discovery~~

1) On ✓ Consent of the parties or by _____ Order of this court, this case is referred to *Peter Mastaglia* .

2) On Consent *Peter Mastaglia* is appointed *special master* The parties shall pay said *special master* equally within 10 days of presentation of a bill for services.

3) The parties shall contact the *special master* within 3 business days of the date of this order.

4) All proceedings in this action, including motion practice, shall continue during the mediation process, unless otherwise directed by the court.

5) The parties shall appear for trial with the court on *9 April* at *9:30* AM/PM. Only the *special master* may apply to the court for an adjournment.

6) Failure to appear on the date set by the court will result in dismissal/default.

Date: *15 February 2018*

                                *Stephen A. Bucaria*
                                   J.S.C.

1

*516-357-3751 = Tel (H M*
*Peter Mastaglia*