Exhibit E



1

## AGREEMENT

This Agreement is made by and between The American Center Civil Justice, Inc. ("ACCJ") a New York not for profit Organization, and The American Center Civil Justice, Religious Liberty & Tolerance, Inc. a New Jersey not for profit corporation ("CENTER").

## EXPLANATORY STATEMENT

ACCJ is an organization that advocates for and assists victims of terrorism in their pursuit of their civil claims in a court of law. ACCJ's mission is also to encourage other individuals and entities to duplicate, create and expand on ACCJ's method and create similar concepts and methods of combating worldwide exploitation and victimization of the innocent. ACCJ assisted numerous victims of terrorism (the "Claimants") in pursuing claims and judgments against the Islamic Republic of Iran, the Iranian Revolutionary Guard Corp., and the Iranian Ministry of Information and Security ("Iran"), and judgments against Socialist People's Libyan Arab, Libyan External Security and John Doe's ("Libya"). Claimants who hold, or are in the process of receiving, substantial judgments against Iran and Libya have entered agreement to gift, or pay, ACCJ a percentage of judgment awarded.

Although ACCJ was successful in the initial critical step of bringing these civil actions against terror sponsoring entities, at this time ACCJ does not see itself able to effect collections and recovery against Iran and Libya. As such no collection/recovery efforts by ACCJ have been undertaken.

The CENTER's mission includes; aiding, assisting, cooperating, co-sponsoring and initiating programs dedicated toward defending victims of terrorism, organized violence, and religious persecution. The CENTER has independently been researching and studying various options for enforcing recovery efforts on behalf of Claimants and other judgment holders against various terror sponsoring states. The CENTER proposes to ACCJ to undertake recovery efforts in order to initiate assist and oversee various litigation actions ("Recovery Efforts") on behalf of Claimants.

With this Agreement ACCJ sees the efforts of the CENTER as a fulfillment of ACCJ's mission as well as a continuity and succession of ACCJ's mission and therefore takes the steps herein to encourage the CENTER in its efforts goals and undertaking. ACCJ's intention in this agreement is to use any and all legal methods available to promote seizure of assets belonging to terror sponsoring entities, to the ultimate benefit and empowerment of the victims, the Claimants, and to punish the perpetrators and prevent further acts of terrorism by depriving them of their assets and to raise the costs of acts of terror. Furthermore the purpose of this Agreement is not to benefit any individuals or organizations, rather the purpose of multiplicity of similar organizations is to help secure, that in the face of the dangerous mission herein, should one organization fail, the other should have the commitment and necessary resources to carry on. The CENTER agrees to pursue Recovery Efforts against Iran by providing and doing research, documentation, location and identification of existing assets ("Data"), and otherwise enable Recovery Efforts to satisfy outstanding Judgments.

NOW, THERFORE, it is hereby agreed that:

Both parties understand and agree that the ACCJ on behalf of the Claimants has not pursued any effective collection activity or Recovery Efforts and that the CENTER shall be the exclusively authorized entity representing Recovery Efforts on behalf of ACCJ and ACCJ's Claimants. This Agreement will serve as authorization for the CENTER and/or the CENTER's staff, to represent ACCJ's and the Claimants' interest in all matters of Recovery Efforts, in the full capacity and authority of ACCJ. Both parties agree that its representatives and volunteers, who are involved in activities related to Claimants, will work in concert for the ultimate benefit of the Claimants and the parties' stated mission, and both parties will assist each other in Recovery Efforts. The CENTER undertakes to trace and locate attachable assets of Debtors, both in the US

and abroad. The CENTER will represent ACCJ in all matters related to Recovery Efforts, including interactions with the litigating attorneys, collection attorneys and information sources. The CENTER will assist and oversee various Agreements with attorneys responsible for enforcing the Judgments, as well as Agreements with experts and researchers. The CENTER will interact and update Claimants throughout the collection process, as it deems necessary.

If the CENTER's efforts lead to a recovery then The CENTER will oversee the distribution of monies from All Recoveries to the engaged attorneys, experts and Claimants. After all expenses and costs are paid, and monies distributed to Claimants, the CENTER will be entitled to and withhold 50% of ACCJ's financial commitment from Claimants, and will contribute or distribute to ACCJ the remaining 50%. If ACCJ has available resources it will share in collection costs. ACCJ presently not having the financial resources to extend any funds to the CENTER, in lieu of funds is hereby assigning to CENTER, all ACCJ's interests in Libya claims, which won't be subject to the 50% sharing as detailed above.

Monies received from Recovery Efforts will be used in furtherance of each Parties charter mission. This Agreement is limited to ACCJ's Claimants and neither party has any claims on another. It is further understood that parties are independent and will continue to pursue their own interest, and will not be held liable for each other's actions.

It is understood by both parties that Recovery Efforts are a long term process. Therefore the initial term of this Agreement will extend 10 years from the date this Agreement is executed by all parties. If this engagement is terminated and/or ACCJ is no longer representing or authorized to represent Claimants, and the CENTER's Recovery Efforts and/or actions against one or more of Iran assets are being pursued, as a result of the CENTER's efforts, or the CENTER has already developed a viable method for Recovery Efforts, then the CENTER shall receive full agreed upon fee for All Recoveries from the Debtors assets.

It is understood by both parties that this is a new and uncharted field and that this Agreement may not have covered all topics, therefore both parties agree to fairly resolve any disagreement not covered or not sufficiently clarified by this Agreement. If disagreement cannot be mutually resolved, both Parties agree to submit to legal arbitration by Rabbinical court (Beit Din). ACCJ agrees that any information, strategy or ideas or Data provided or shared by the CENTER, shall remain the exclusive property of the CENTER and may not be shared with anyone without the written consent of the CENTER.

The invalidity or unenforceability of any part of this Agreement shall not affect the other parts of the Agreement and the Agreement shall be construed in all respects as if any invalid or unenforceable part were omitted.

The Parties acknowledge and agree that the performance, construction and enforcement of this Agreement shall be governed by the laws of the State of New Jersey.

Agreeing to be bound by the above, the undersigned has signed below on this 12th day of April, 2007. This agreement shall be binding on the undersigned and his heirs, successors, and assigns.

ACCJ: _____
Milton Pollack

CENTER: _____
Yedidiah Perr