# EXHIBIT L

1

2        UNITED STATES BANKRUPTCY COURT
         DISTRICT OF NEW JERSEY
3        -------------------------------------------X
         In Re:                    Case No. 18-15691
4
         American Center For Civil Justice, Inc.
5
                                   Debtor.
6        -------------------------------------------X

7

8                        AUDIO TRANSCRIPTION

9

10                  DATE OF TRANSCRIPTION: May 3, 2018

11

12

13            AUDIO TRANSCRIPTION of digital audio

14        files of a Creditor's Meeting in relation to

15        the above-captioned matter, transcribed by

16        Madeline Tavani, a Notary Public of the

17        State of New York.

18

19        WITNESS: ELIE EZER PERR

20

21

22

23

24

25

1

2      A P P E A R A N C E S:

3

4      DOUGLAS T. TABACHNIK, ESQ.
       LAW OFFICES OF DOUGLAS T. TABACHNIK,
5      P.C.
       63 West Main Street, Suite C
6      Freehold, New Jersey 07728
       Tel: 732-780-2760
7      Counsel for Dr. Michael Engelberg

8

9      TIMOTHY P. NEUMANN, ESQ.
       BROEGE, NEUMANN, FISCHER & SHAVER
10          Attorney for debtor American Center for
            Civil Justice, Inc.
11          25 Abe Voorhees Drive
            Manasquan, NJ 08736
12          t: 732-223-8484
            f: 732-223-2416
13          timothy.neumann25@gmail.com

14

15     MARK POLITAN, ESQ.
       POLITAN LAW, LLC
16          Attorney for Creditors Diana Campuzano,
            Avi Elishis, Gregg Salzman
17          88 East Main Street
            #502
18          Mendham, NJ 07945
            t: 973-768-6072
19          mpolitan@politanlaw.com

20

21

22

23

24

25

```
 1

 2         A P P E A R A N C E S: (cont'd)

 3

 4         ROBERT J. TOLCHIN, ESQ.
           THE BERKMAN LAW OFFICE LLC
 5              Attorney for Creditors Diana Campuzano,
                Avi Elishis, Gregg Salzman
 6              111 Livingston St.
                Suite 1928
 7              Brooklyn, NY 11201
                t: 718-855-3627
 8              rtolchin@berkmanlaw.com

 9
           JEFFREY M. SPONDER, ESQ.
10         OFFICE OF U.S. TRUSTEE
                One Newark Center
11              Newark, NJ 07102
                t: 973-645-2379
12              jeffrey.m.sponder@usdoj.gov

13

14         DAVID HOWE, ESQ.
           LIVINGSTON & HOWE, LLP
15              Attorney for Creditor Michael Engelberg
                747 Third Avenue, 20th floor
16              New York, New York 10017
                t: 212-986-7887
17              david@livingstonhowe.com

18

19
           GARY SERBIN, ESQ.
20         KOFFSKY SCHWALB, LLC
                Attorney for Creditor Koffsky
21              Schwalb, LLC
                349 Fifth Avenue, Suite 733
22              New York, New York 10016
                t: 646-553-1590
23              gserbin@koffskyschwalb.com

24

25
```

1

2        A P P E A R A N C E S: (continued)

3

         ELAN WEINREB, ESQ.
4        THE WEINREB LAW FIRM, PLLC
                 Attorney for Creditor The Weinreb
5                Law Firm, PLLC
                 1225 Franklin Avenue, Suite 325
6                Garden City, New York 11530
                 t: 516-620-9716
7                eweinreb@weinreblaw.com

8

         KRISTY GRACE, ESQ.
9        DLA PIPER, LLP US
                 Attorneys for Creditor DLA Piper
10               6225 Smith Avenue
                 Baltimore, MD 21209
11               t: 410-580-3000
                 kristy.grace@dlapiper.com

12

13       ALSO PRESENT:

14       Jedediah Perr

15

16

17

18

19

20

21

22

23

24

25

1           341A MEETING - AUDIO RECORDING

2              (BEGIN FILE TITLED: 1001)

3              MR. SPONDER:  Good afternoon.  My

4       name is Jeff Sponder.  I'm a trial

5       attorney with the office of the United

6       States Department Trustee Department of

7       Justice.  Today is April 19th, 2018, a

8       little after 2:30 in the afternoon.

9              We're here for the 341A meeting

10      for the American Center for Civil

11      Justice Inc., case number 18-15691,

12      it's a Judge Gravelle case.

13              Counsel, can I have your

14      appearance for the record?

15              MR. NEUMANN:  Timothy Neumann,

16      Broege, Neumann, Fischer & Shaver

17      representing the debtor.

18              MR. SPONDER:  And who is here to

19      testify on behalf of the debtor?

20              MR. NEUMANN:  Elie Perr.

21              MR. SPONDER:  And Mr. Perr, do you

22      swear or do you affirm under penalty of

23      perjury that the information you're

24      going to provide today will be

25      truthful?

1          E. PERR - AUDIO RECORDING

2              THE WITNESS:  To the best of my

3          ability.

4              MR. SPONDER:  Are you under the

5          influence of any alcohol or drugs today

6          that would render your testimony not to

7          be truthful?

8              THE WITNESS:  No.

9              MR. SPONDER:  Mr. Perr provided me

10         with his New Jersey driver's license,

11         it was a valid driver's license.  The

12         picture on the driver's license matched

13         the person -- the face that appears

14         before me, I thank you for that.

15    EXAMINATION BY

16    MR. SPONDER:

17         Q.   Can you spell your last name for

18    the record please.

19         A.   P-E-R-R.

20         Q.   Is your first name Elie or Elie

21    Ezer?

22         A.   It's Elie Ezer middle name, broken

23    up in two, Elie Ezer.

24         Q.   And your home address?

25         A.   63 Hedge Drive, Lakewood, New

```
 1                  E. PERR - AUDIO RECORDING
 2       Jersey.
 3              Q.    And that's 08701?
 4              A.    Correct.
 5              Q.    And your best way to contact you
 6       by telephone?
 7              A.    Telephone.
 8              Q.    Which telephone, cell, home
 9       business?
10              A.    4367184386086 (sic).
11              Q.    Is that home, business or cell?
12              A.    Both home and business, home
13       office.
14              Q.    And what is your relationship with
15       the debtor?  Are you the president, owner,
16       what's --
17              A.    Chairman of the board, president.
18              Q.    And there's a board of directors
19       for the debtor?
20              A.    Yes, yes.
21              Q.    And who sits on the board of the
22       directors?
23              A.    Milton Pollack, Victoria Nolon, Al
24       Bluestein, Milton Pollack.
25              Q.    You said that one already.
```

```
 1                E. PERR - AUDIO RECORDING

 2           A.   Okay, and...

 3           Q.   If you don't remember, you don't

 4      remember.

 5           A.   No, no, no, no, no, no, no.

 6           Q.   Take your time.

 7           A.   Okay.  Simonne Beckeled,

 8      B-E-C-K-L-E-D.  And Martin Hirschhorn.

 9                JEDEDIAH PERR:  Joel.

10                MR. SPONDER:  Sir, I can't have

11           you say that.

12           A.   Joel Seitler, S-E-I-T-L-E-R.

13           Q.   Martin Hirschhorn, when did he

14      become a -- on the board of directors?

15           A.   I don't recall the dates.

16           Q.   Was he on the board of directors

17      when the bankruptcy was filed?

18           A.   Yes.

19                MR. SPONDER:  That's not listed

20           as -- on number 28, the statement of

21           financial affairs, I think he needs to

22           be added.

23           Q.   Also Mr. Bluestein, was he on the

24      board of directors at the time of the

25      bankruptcy filing?
```

1                    E. PERR - AUDIO RECORDING

2          A.   Yes.

3               MR. SPONDER:   Same with him.

4          Q.   So there's seven members that

5     consist of the board of directors?

6          A.   Yes.

7          Q.   And that's how it's been since

8     when?

9          A.   Last two years I guess.   Perhaps

10    longer.

11         Q.   And who owns the debtor, who has

12    ownership interest?

13         A.   It's a not-for-profit.

14         Q.   Not-for-profit.   Do you have any

15    ownership interest in any businesses?

16         A.   No.

17         Q.   Are you involved in any other

18    not-for-profit businesses?

19         A.   Yes, synagogues and so on,

20    community organizations.

21         Q.   Anything like the debtor?

22         A.   No.

23         Q.   Similar to the debtor?

24         A.   No.

25         Q.   Have you heard of the company

```
1                E. PERR - AUDIO RECORDING

2       American Recovery Center, LLC?

3            A.   I don't recall.

4            Q.   I don't recall or don't know?  My

5       question was have you ever heard of that

6       company, American Recovery Center, LLC?

7            A.   No, not to my recollection.

8            Q.   Okay.

9                 MR. SPONDER:  All right,

10            Mr. Neumann, a couple of questions for

11            you.

12                MR. NEUMANN:  Yes.

13                MR. SPONDER:  Retention

14            application, when is that going to be

15            filed?

16                MR. NEUMANN:  That will be filed

17            probably over the weekend or by Monday.

18                MR. SPONDER:  Other than

19            representing the debtor in this case,

20            do you have any previous or ongoing

21            relationship business or otherwise with

22            the debtor or Mr. Perr?

23                MR. NEUMANN:  I do not.

24                MR. SPONDER:  And as a result

25            you're not a pre-petition creditor of
```

1                    E. PERR - AUDIO RECORDING

2            the debtor, is that correct?

3                    MR. NEUMANN:  I am not.

4                    MR. SPONDER:  I saw that a 2016(b)

5            statement was filed.  Do you recall

6            what the retainer amount was?

7                    MR. NEUMANN:  It was ten

8            thousand -- not ten thousand, it was

9            $2,000 to cover the filing fee.  And

10           the anticipated filing an adversary

11           which cost $250, which was a little

12           less than the filing fees.  It might

13           say 1,730 on the 2016.  I'll amend

14           that.

15                   MR. SPONDER:  To 2000?

16                   MR. NEUMANN:  Yeah, to 2000.

17                   MR. SPONDER:  And those funds came

18           from the debtor, the 2,000.

19                   THE WITNESS:  My personal funds.

20                   MR. SPONDER:  They were your

21           personal funds.  Your personal funds a

22           loan to the debtor or a contribution to

23           the debtor?

24                   THE WITNESS:  Contribution.

25                   MR. SPONDER:  Just when you do the

```
 1                    E. PERR - AUDIO RECORDING

 2              amended 2016(b) add "other" for

 3              Mr. Perr.

 4                    MR. NEUMANN:  Yeah.

 5                    MR. SPONDER:  Mr. Neumann, do you

 6              anticipate receiving any post-petition

 7              retainers?  I think I saw somewhere

 8              you're going to more than likely

 9              request a 15,000 post-petition

10              retainer.

11                    MR. NEUMANN:  Yeah, I discussed

12              this with Ben. I think what I'm going

13              to do is move for an interim fee order.

14                    MR. SPONDER:  And have you -- and

15              the agreements regarding the referral

16              of the case?

17                    MR. NEUMANN:  I do not.

18                    MR. SPONDER:  Does the debtor

19              intend to hire any other professional

20              at this time?

21                    MR. NEUMANN:  Too early to say.

22              Potentially or possibly special

23              counsel.  There's a potential claim

24              against the law firm that the debtor

25              may have and they may want to pursue
```

1                E. PERR - AUDIO RECORDING

2            the claim.

3                MR. SPONDER:  Schedule and

4            statement of financial affairs I see

5            have been filed.  Have there been any

6            amendments filed at this time?

7                MR. NEUMANN:  I don't believe so.

8                MR. SPONDER:  Does the debtor

9            anticipate filing any amendments?

10               MR. NEUMANN:  We'll see how this

11           hearing goes.

12               MR. SPONDER:  All right.  And do

13           you have the originals with you,

14           Mr. Neumann?

15               MR. NEUMANN:  I do.

16               MR. SPONDER:  If you can break

17           those up and start with the petition.

18           Q.   Mr. Perr, if you wear glasses this

19      would be the time to wear glasses.  If not,

20      we will go on.  I'm going to go through all

21      of the documents or most of the documents

22      that have been filed with the bankruptcy

23      court.

24               The first document I'm going to go

25      through is the petition.  The petition is

1            E. PERR - AUDIO RECORDING

2       the document that the Court requires to be

3       filed setting forth all of the information

4       that it needs to open up your bankruptcy

5       case such as the name of the company, the

6       address.  Ask many other questions about

7       whether or not any bankruptcy cases were

8       filed in the last eight years.  Whether or

9       not you're a tax-exempt entity, which is

10      listed there and other questions, the Court

11      needs to open up the bankruptcy case.  And

12      at the end of that document is a signature

13      page.

14              And is that your signature, sir.

15      A.    That's my signature.

16      Q.    And you signed that on or about

17      March 23rd, 2018?

18      A.    As it says.

19              MR. SPONDER:  There you go, Mr.

20              Neumann.  Next we will go through the

21              schedules, which I believe are these.

22              This is the statement of financial

23              affairs, these are the schedules.

24              We'll figure it out.

25              MR. NEUMANN:  There's a signature.

1                E. PERR - AUDIO RECORDING

2                     MR. SPONDER:  That's the statement

3                of financial affairs signature, sir,

4                keep that one there.  Let me see if I

5                can get to this document.

6                     MR. NEUMANN:  Is that from the

7                debtor?

8                     MR. SPONDER:  This one, yeah.

9                     Q.   This is the summary of assets and

10               liabilities of the company.  So when we

11               do -- when you did schedules it's schedules

12               A through H.  So what this is telling you is

13               that your schedules A and B, which are the

14               assets of the company, are listed here.

15               Schedule D, secured claims.  Schedule E, any

16               priority claims and Schedule F, any

17               unsecured claims.  Those are all set forth

18               specifically here.  So this is all of the

19               assets of the company.  And as we go through

20               them we'll get to Schedule D which is here,

21               which is secured claims.  Schedules E and F

22               are unsecured claims which are all listed

23               here.  Schedule G or any executory contracts

24               or leases that the debtor is involved in,

25               and that's this schedule right here.  And

1                E. PERR - AUDIO RECORDING

2        then Schedule H are any co-debtors.

3                All right, do you recall reviewing

4        any of these documents with your attorney?

5                A.    I reviewed and signed everything.

6                Q.    This is a declaration whereby you

7        declared under penalty of perjury that the

8        information provided in the schedules is

9        true and correct to best of your knowledge.

10       Is that your signature, sir?

11               A.    To the best of my knowledge my

12       signature.

13               Q.    And you signed that on or about

14       April 12th, 2018?

15               A.    As stated, yes.

16               Q.    Next is a statement of financial

17       affairs, various questions asking about the

18       income of the debtor over the last several

19       years, whether or not the debtor was

20       involved in any litigation over the last

21       several years, whether or not the debtor

22       made any payments of over $6,425 during the

23       90 days prior to the bankruptcy filing.  Any

24       litigation the debtor was involved in before

25       the bankruptcy was filed.  Requests whether

1                E. PERR - AUDIO RECORDING

2       or not you the debtor had a pre-petition

3       account, who had the books and records and

4       other questions.

5                Do you recall reviewing this

6       document with your attorney?

7           A.   Reviewed it and signed.

8           Q.   At the end of this document right

9       here similar to the schedules is the

10      declaration whereby you declared under

11      penalty of perjury that the information

12      provided in this statement of financial

13      affairs was true and correct to the best of

14      your knowledge.  Is that your signature,

15      sir?

16          A.   That's my signature.

17          Q.   You signed that on or about

18      April 12th of 2018?

19          A.   Yes.

20               MR. SPONDER:  Do you have the

21      resolution with you, Mr. Neumann?

22               MR. NEUMANN:  I'm not sure.

23               MR. SPONDER:  I know it was filed.

24      I have the signature so --

25               MR. NEUMANN:  All right.

1              E. PERR - AUDIO RECORDING

2              MR. SPONDER:  -- if you don't mind

3         I'll use mine.

4              MR. NEUMANN:  That's fine.

5         Q.   Sir, this is what purports to be a

6    resolution of the board of directors

7    authorizing the filing of the bankruptcy

8    case as well as authorizing the hiring of

9    Mr. Neumann's firm.  Do you recall seeing

10   this document or reviewing this document?

11        A.   What's the date on the document?

12        Q.   The date on the document

13   March 22nd, 2018.

14        A.   Yes.

15        Q.   Is that your signature, sir?

16        A.   Yes, it is.

17        Q.   Do you need an opportunity to

18   review any of these documents before I go

19   over them?

20        A.   I don't -- I can't see any reason.

21        Q.   All of the information that's

22   included in the petitions, schedules and

23   statement of financial affairs, does it

24   accurately represent the debtor's financial

25   position at the time of the filing?

1                E. PERR - AUDIO RECORDING

2          A.    To the best of my knowledge.

3          Q.    Has this debtor filed any

4     bankruptcy cases in the last eight years?

5          A.    No.

6          Q.    Why did the debtor file for

7     Chapter 11 protection?

8          A.    Because we couldn't reach a

9     settlement satisfactory to all the victims.

10    And we felt that the bankruptcy court is the

11    only fair way to see that everybody receives

12    their due compensation.

13         Q.    So explain to me what that means,

14    and as I'm new to this.

15         A.    Okay, there were several claimants

16    who would not share the assets or the

17    settlement that was offered to them.  They

18    wanted to take whatever assets we had and

19    even presented a statement that they

20    wouldn't want to close the corporation,

21    destroy the corporation.  I said to my -- my

22    own attitude was to the board was that it

23    has to be settled fairly to all claimants or

24    the bankruptcy court will have to take over

25    and do the same thing for us.

```
 1              E. PERR - AUDIO RECORDING
 2         Q.   Okay, claimants, how many
 3    claimants?
 4         A.   Total number of claimants I didn't
 5    count.
 6         Q.   Top of your head.
 7         A.   I can't tell you.
 8         Q.   Ten.  Less than, more than?
 9         A.   Approximately, I imagine, I
10    don't -- I'm not fair to answer that to you.
11              MR. SPONDER:  Mr. Neumann, when I
12              was looking through the docket, it
13              looked like for whatever the reason the
14              clerk made this a small business case
15              or thinks it's a small business case.
16              You might want to address that with the
17              clerk because this definitely is not a
18              small business case.
19              MR. NEUMANN:  Not at all.
20              MR. SPONDER:  So exclusivity is
21              three months.  I don't have the date,
22              but three months from the filing and I
23              know that a plan has been filed.
24              Have you discussed exit strategy
25              with the debtor, Mr. Neumann?
```

1                E. PERR - AUDIO RECORDING

2                    MR. NEUMANN:  We have.

3                    MR. SPONDER:  And what's the exit

4            strategy as of now?

5                    MR. NEUMANN:  Well there's some

6            preliminary things that have to be

7            figured out.  There's litigation in New

8            York which, three creditors retained

9            some court orders that contained some

10           injunctions that purport to perhaps

11           create liens, perhaps not.  I filed an

12           adversary complaint to have the

13           bankruptcy court rule on whether or not

14           they're secured creditors or not.  It's

15           the debtor's position that they're not,

16           they probably have a contrary position.

17                    If they prevail then the case will

18           go one way.  If they do not prevail and

19           there are general unsecured creditors,

20           then the case will go in a different

21           direction.  But I think that's going to

22           be something that has to be determined

23           initially before we can begin to think

24           about a plan.

25                    MR. SPONDER:  Well, I appreciate

1           E. PERR - AUDIO RECORDING

2           that.  But what's -- you gave me two

3           directions but no direction on the

4           directions.

5                 MR. NEUMANN:  That's what I try to

6           do all the time.  So we're going to

7           hopefully determine whether these three

8           creditors are secured or not.  If -- if

9           they are there will be a distribution

10          to unsecured creditors that's pro rata.

11           If they -- if it turns out they're

12          secured then obviously they have to get

13          paid out of other creditors, and

14          whether that consumes everything or

15          not, remains to be seen.  Because

16          there's also claims that have been

17          filed.  One alone is $30 million by

18          somebody named Ambush, I think.  And --

19          and if that claim holds up then the

20          debtor is insolvent.

21               We think that the claim is -- it's

22          listed as a disputed claim.  So we

23          obviously have to focus on a resolution

24          of claims, it's not a case in which I

25          think you can file a plan and litigate

```
 1              E. PERR - AUDIO RECORDING

 2              everything after the fact.  I think

 3              these -- the magnitude of these issues

 4              requires that they be resolved in

 5              advance of filing a plan.

 6              MR. SPONDER:  But as of now, it's

 7              the debtor's intent to reorganize,

 8              correct?

 9              MR. NEUMANN:  Correct.

10       Q.   And the debtor is a corporation,

11   it's a tax-exempt corporation from -- is it

12   licensed in New York or New Jersey or

13   somewhere else?

14       A.   I believe it's federal, 501(c)3.

15   It's incorporated in New York and we're

16   allowed to operate in New Jersey.

17       Q.   So it's a New York corporation,

18   it's a 503C.

19              And the type of business, what do

20   you say the type -- the business is, the

21   business model.

22       A.   It's a schedule to help victims of

23   oppression everywhere, governmental, private

24   organization -- terrorist organizations, so

25   on and so forth.  We began initially with
```

1              E. PERR - AUDIO RECORDING

2       American prisoners of war who were not

3       properly taken care of, Japanese --

4       Japanese, under the Japanese captured many

5       thousands, tens of thousands of American

6       prisoners of war.  They were not

7       compensated, they made a treaty, we took

8       that one.  We fought that one, we fought --

9       4,000 American soldiers who were captured in

10      World War II in the Battle of the Bulge and

11      sent to Buchenwald Concentration Camp, they

12      were not buried and never received military

13      funerals.  A good share of them died, 13

14      years before the end of World War II (sic)

15      and we took that on, that project as well.

16              At a certain point I reached --

17      there was a ruling in Iran from the ruling

18      part in Iran after the Shah had fallen and

19      they started to hang Jews in public.  And

20      the people they had to get out, and I was

21      able to create escape routes between the

22      Turkish border where the border -- the

23      tribes are dividers, so it's very hard to

24      separate them, it's constant back and forth.

25      And the same as on the other side of

1              E. PERR - AUDIO RECORDING

2         Pakistan border in Baluchestan, and many

3         thousands are able to get out that way.

4                   There was a -- at that time, I was

5         probably one of the single people that the

6         State Department used to call for

7         information that was taking place in Iran

8         because America was blocked out, the United

9         States was blocked out.  I used to get calls

10        what is the weather in Tehran, that's how

11        far it went.  I had contact with the Shah's

12        family Farah Diba, his wife, my code name

13        was Olivia Warren, and we had contact back

14        and forth and were able to accomplish a lot

15        with it.

16                  Now, at a certain point they were

17        offering $100,000 for every American killed

18        or any government.  Now, understand what

19        America means.  America is the great Satan

20        and the Jews are the little Satan.  If you

21        get American Jews it's worth more to them,

22        makes a bigger explosion, a little more

23        noise, more publicity.

24                  And the very first case was a

25        group of students boarding buses, and when

```
 1              E. PERR - AUDIO RECORDING

 2      they saw the backpacks, they were Americans

 3      they went after that one and blew it up, the

 4      first victim was Alisa Flatow.

 5              And at that point we went to -- I

 6      was able to pass a law from congressman to

 7      congressman, I can't remember all the names

 8      at this point.  We passed a law that was

 9      passed that you're allowed to sue, there's

10      no -- there's no sovereign immunity for

11      terrorist states, the seven terrorist

12      states.  Which allowed people to bring

13      lawsuits.  And the concept was, follow the

14      money and you'll find the criminal.  And you

15      do the crime pay.  And I figured they're

16      going to run out of money before you run out

17      of people to kill, and that is what

18      happened.

19              We came across the one of the four

20      ways of stopping terrorism by taking their

21      money. Responsible probably for $3 billion

22      collected so far, did not do anything else,

23      we're not a law firm, we hired law firms, we

24      hired important law firms to be part of the

25      American system.  And people would follow
```

1           E. PERR - AUDIO RECORDING

2           that example and everyone would be doing it,

3           just like you see other people doing it

4           today.

5                   Now, the first case we had a lone

6           practitioner do it, but after that we went

7           to DLA Piper, which was I think the largest

8           that there is out there.  They took it on

9           pro bono, in the end we paid them anyway.

10          And we ran many -- they ran many lawsuits.

11          In other words, they -- we would go to

12          victims and say we have a law firm for you,

13          which authorized us to engage a law firm for

14          you.  We negotiate a price with them which

15          is half the standard price, less than half.

16          And then they will take over and they will

17          be the representative law firm of these

18          people.  Our powers went that way, a lot of

19          things to hear about.

20                  The attorney general at the time

21          was -- he resigned.  Tell me his name, he

22          was -- he resigned over this, as a matter of

23          fact, over the fight of covert terrorist was

24          involved with Saudi Arabia.  And it was a

25          about a billion dollar judgment besides

1          E. PERR - AUDIO RECORDING

2     punitive damages.  I was able to establish

3     $300 million for every claim by beating

4     Peter -- I can't remember, you gotta forgive

5     me all the names.  Of established how much

6     Iran is paying to support terrorism.  So

7     every case had $300 million punitive damages

8     established to that case, to that incident.

9               It became one of the four ways,

10    there's many other actions that we're

11    involved with.  But that's where the

12    lawsuits started and it's ongoing today.

13               I passed the law, I used to get

14    people who were victims, would you bring

15    this lawsuit, get them involved, I paid the

16    lawyers to get them judgments.  Collection,

17    nobody believed whatever happened.  That's

18    how do you collect from foreign governments?

19               And eventually, not too many years

20    ago they found a way and the collections

21    have been taking place, believe it or not.

22    Freezing assets, taking away a lot of

23    government interest against this, because

24    they favor one country as opposed to another

25    country.  And sometimes they'll block the

1          E. PERR - AUDIO RECORDING

2     lawsuits against a country that the State

3     Department is trying to ease up with, and

4     sometimes they'll say go ahead, take it, and

5     it has to be worked out with them.

6               And only the people from the large

7     firms such as DLA have contact in the

8     government with senators and congressman

9     with the State Department and can figure out

10    which is the way to go here.

11              But they will allow us to and will

12    block us.  And if a lone practitioner comes

13    and starts to make -- he wants to sue for a

14    100 billion, he's not going to go very far.

15    He's going against the policy of United

16    States government very often.

17         Q.   All right, thank you.  Can I

18    shorten that to it appears that the debtor's

19    business is to help victims of terrorist

20    type of attacks?

21         A.   All other types of oppression,

22    primarily government oppression.

23         Q.   And the debtor trades as American

24    Center for Civil Justice, Inc.?

25         A.   Yes, it does.

```
 1              E. PERR - AUDIO RECORDING
 2         Q.   And what's the address of the
 3    debtor?
 4         A.   This I don't think (inaudible) I
 5    go to the office, I don't know the address,
 6    212 River Avenue.  What is it, 216 River
 7    Avenue.
 8         Q.   Suite 110, what town?
 9         A.   Yes, it is.  Lakewood, New Jersey.
10         Q.   That's 08701?
11         A.   Yes.
12         Q.   And when did the debtor begin its
13    operations?
14         A.   I don't remember, 20, probably
15    some more than 20 years ago.
16         Q.   And the debtor was operating on
17    the petition date and it continues to
18    operate?
19         A.   Excuse me?  I didn't hear the
20    question.
21         Q.   That's all right.  The debtor was
22    operating on the petition date and is still
23    operating, is that correct?
24         A.   Yes.
25         Q.   Has the debtor made any changes in
```

1              E. PERR - AUDIO RECORDING

2        its management or its operations in the year

3        prior to the bankruptcy filing?

4              A.    It's a hard question to answer.   I

5        mean, our assets were frozen, they couldn't

6        do very much.

7              Q.    No, I understand.   But have there

8        been any changes in the board of directors,

9        have there been any changes in who is

10       working?

11             A.    Not for a year before, no.

12             Q.    Okay.   How about since the

13       petition date?

14             A.    Yes.

15             Q.    What's changed?

16             A.    I took it under control, to fill

17       out the lease papers and work for

18       (inaudible.)

19             Q.    And the controller's name?

20             A.    Harris Tanenbaum.

21             Q.    And he's an employee of the

22       company?

23             A.    At this point.

24             Q.    And how many employees does the

25       company have now?

1              E. PERR - AUDIO RECORDING

2         A.    Four.

3         Q.    And are you an employee?

4         A.    Yes, I am.

5         Q.    And are any of your family members

6    employees of the company?

7         A.    No.

8         Q.    And what is your weekly, monthly

9    or yearly salary?

10         A.    200 and change, I don't know, 212

11    is three and a half percent.  So it's

12    211,000, something like that.

13         Q.    That's for the year?

14         A.    Yeah.  It's give or take, I don't

15    know.

16         Q.    Are there any benefits other than

17    that salary?

18         A.    No.

19         Q.    There's no --

20         A.    No insurance, no nothing, no

21    retirement, no nothing.

22         Q.    No pension, no 401(k)?

23         A.    No cars, nothing.

24         Q.    Has the debtor made any loans to

25    you?

1                    E. PERR - AUDIO RECORDING

2          A.    The organization?

3          Q.    Correct.

4          A.    It hasn't made any loans, no.

5          Q.    To you, nothing to you?

6          A.    No.

7          Q.    Have you made any loans to the

8    debtor, have you loaned money to the debtor?

9          A.    I donate it, I write it off, I

10   don't -- it's not a loan.

11         Q.    Does the debtor owe you any money?

12         A.    Salary, that's all.

13         Q.    Do you recall how much in salary?

14         A.    No, a year and a half plus,

15   something like that.

16         Q.    When is the last time you took a

17   salary?

18         A.    Just now, after bankruptcy, last

19   week.

20         Q.    When was the last time prior to

21   bankruptcy?

22         A.    More than a year and a half.  I

23   told you I don't recall the dates exactly.

24         Q.    Have any of debtor's obligations

25   been personally guaranteed by you or any of

```
 1                E. PERR - AUDIO RECORDING

 2       your family members?

 3              A.   Debtor's obligations?

 4              Q.   Right, so the debtor's creditors

 5       that owe money.  Do you also owe them?  Did

 6       you agree to pay them?

 7              A.   You have to be more specific.

 8              MR. NEUMANN:  Did you sign any

 9          person guarantees?

10              THE WITNESS:  For the company?

11              MR. NEUMANN:  Yeah.

12              THE WITNESS:  No.

13              Q.   Have you received the United

14       States trustee operating guidelines?

15              A.   This here, yeah.

16              Q.   No.  A thick package that came

17       from my office that explains what a Chapter

18       11 is and what you're --

19              A.   Yes, I think I recall going

20       through that.

21              Q.   And has the debtor closed its

22       pre-petition bank accounts?

23              A.   Yes, it did.

24              Q.   And opened up new debtor

25       possession accounts?
```

1                E. PERR - AUDIO RECORDING

2         A.    Yes, it did.

3         Q.    With which bank?

4         A.    TD Bank.

5         Q.    And how many accounts are opened?

6         A.    Two.

7         Q.    And have you provided a voided

8    check or the account information to my

9    office?

10        A.    Yes.

11        Q.    Have you had an initial debtor

12   interview with my office over the phone?

13        A.    I have.

14              MR. SPONDER:  Okay, we're going to

15        need to schedule that, Mr. Neumann.

16              MR. NEUMANN:  Dan?

17              MR. SPONDER:  With this one, yes.

18        Q.    Is the debtor current with its

19   liability insurance?

20        A.    Yes.

21        Q.    Worker's Compensation?

22        A.    We talked about Worker's

23   Compensation, yeah.  And whatever comes in

24   that package, yeah.

25        Q.    And the property that the debtor

```
1              E. PERR - AUDIO RECORDING

2       operates from, who owns that property?

3              A.   It's leased, it's rented.

4              Q.   Leased from whom?

5              A.   What's it called, what's it

6       called?  It's down here.

7              Q.   It's on the schedules?

8              A.   Yes.

9              Q.   Riviera Center?

10             A.   Right, that's it, yeah.

11             Q.   And how much -- how much a month

12      is paid for rent?

13             A.   575.

14             Q.   And we're going to go back; I had

15      asked about liability and you said Worker's

16      Compensation.  Does the debtor have

17      liability insurance and Worker's

18      Compensation or just Worker's Compensation?

19             A.   There's a package, it's Worker's

20      Compensation and it's not an outside

21      liability.  We don't have any -- there's

22      nothing for us to insure here, it's owned by

23      property -- the owner and he has insurance.

24             Q.   Okay, I understand.  I understand,

25      the debtor needs to have liability insurance
```

1                E. PERR - AUDIO RECORDING

2       on property that its leasing.  You can talk

3       to Mr. Neumann about that later.

4                Have you provided a copy of the

5       insurance certificate to Mr. Neumann?

6            A.   Yeah.

7                MR. SPONDER:  Mr. Neumann, I

8            didn't see that in my file.  So if you

9            could forward the insurance cert, I

10           would appreciate that.

11               MR. NEUMANN:  Will do.

12           Q.   Is the debtor current with its

13      taxes post-petition; so since the bankruptcy

14      was filed, is the debtor current with any

15      taxes?

16           A.   The last plan I do just now, so

17      when they put it on -- they filed that it

18      wasn't paid, but we paid it, it's a few days

19      over.

20           Q.   So the debtor intends to pay its

21      taxes going forward?

22           A.   Yes, yes.

23           Q.   Has the debtor accrued any

24      post-petition obligations outside its normal

25      course of everyday business?

1                E. PERR - AUDIO RECORDING

2          A.    Any post?

3          Q.    After the bankruptcy was filed has

4     the debtor incurred -- has the debtor

5     accrued any obligations outside its normal

6     course of business?

7          A.    No, no.

8          Q.    Has the debtor provided my office

9     with -- with financial documents including

10    balance sheets, tax returns?

11         A.    Yes.

12         Q.    Those have all been provided?

13         A.    Yes.  To the best of any

14    knowledge, yeah.

15         Q.    To Mr. Neumann?

16              MR. NEUMANN:  Yeah, also I'll

17         check.

18              MR. SPONDER:  So let's put down

19         for insurance, Mr. Neumann, today is

20         Thursday.  Monday on the insurance

21         certificate?

22              MR. NEUMANN:  Yup.

23              MR. SPONDER:  And I'll give you

24         'till next Friday on the financials.

25              MR. NEUMANN:  Okay.

1              E. PERR - AUDIO RECORDING

2              Q.   All right, there's a requirement

3    for every Chapter 11 debtor to pay a

4    statutory fee to the United States trustee

5    program, it's pursuant to two 8USC1930A6.

6    It's based on debtor's disbursements during

7    a calendar quarter.  So each quarter that

8    passes, the debtor you'll look at what those

9    disbursements were, you'll go into the

10   operating guidelines, there's a chart in the

11   operating guidelines that says if the

12   disbursements are 0 to $14,999, you'll pay

13   325.  15,000 to 74,999, you pay 615.  So on

14   and so forth.

15              You'll get a letter in the amount

16   that estimates what that amount is every

17   quarter and the first quarter will be due at

18   the end of this month.  So the due date is

19   30 days after a quarter ends.

20              Do you understand that?

21              A.   Yes.

22              Q.   Has the debtor made any payments

23   after the bankruptcy was filed to any

24   creditors that were owed money before the

25   bankruptcy were filed?

1                E. PERR - AUDIO RECORDING

2          A.    The only one would be rent.  They

3     billed me for three months.  They hadn't

4     been paid so I paid it the three months,

5     because if I don't pay it I lose the office,

6     so they sent me the bill now. I mean, yeah.

7          Q.    And it's been paid?

8          A.    Been paid, yes.

9          Q.    Okay.  Before paying anything

10    that's owed pre-petition, I would advise you

11    and --

12         A.    I think that nothing was paid.

13         Q.    No, understood.  But if it comes

14    up again, reach out to Mr. Neumann.

15         A.    Will do.

16         Q.    Have you made any payments after

17    the bankruptcy was filed to any

18    professionals, such as to attorneys,

19    accountants, or realtors and the like?

20         A.    No.

21         Q.    Does the debtor intend to sell any

22    of its assets at this time?

23         A.    No.  We have no assets.

24         Q.    One of the other responsibility of

25    a Chapter 11 debtor is to file monthly

1                E. PERR - AUDIO RECORDING

2       operator reports.

3            A.   Yes.

4            Q.   So the monthly operator reports

5       are due 20 days after a month expires.  This

6       case was filed at the end of March, so

7       you'll be able to combine March and April in

8       your first monthly operator report will be

9       due 5/20, so May 20, 2018 will be the first

10      one.

11               All right, as you said earlier,

12      the debtor leases the property from Riviera

13      center for 575 a month.  Is that correct?

14           A.   Yes.

15           Q.   So the debtor does not own any

16      real estate?

17           A.   No.

18           Q.   Does the debtor own any stocks,

19      bonds or any other interest in any other

20      entities?

21           A.   No.

22           Q.   Does the debtor own any vehicles?

23           A.   No.

24           Q.   Does the debtor own any office

25      equipment?

1            E. PERR - AUDIO RECORDING

2          A.   No.

3          Q.   Who owns the office equipment in

4     the office?

5          A.   The owner of the property.

6          Q.   So Riviera Center for 575 leases

7     the debtor the property and the equipment --

8          A.   Yes.

9          Q.   I mean, and the equipment in

10    there.

11              Does the debtor own any machinery?

12         A.   No.

13         Q.   Does the debtor have any

14    inventory?

15         A.   No.

16         Q.   Does the debtor set forth on its

17    schedules and accounts receivable of

18    $11.8 million and that all $11.8 million is

19    uncollectible.  Can you explain that?

20         A.   That's money that's coming to us

21    by -- from different sources for work that

22    was extended and agreements that were made

23    and that's about it.

24         Q.   Well, what this says is that you

25    have accounts receivable 11.8 million and

```
 1                E. PERR - AUDIO RECORDING

 2       that you're not going to be getting the

 3       11.8 million?

 4            A.   Because I have no way to

 5       collecting it.

 6            Q.   Your answers were opposite.  So

 7       take a breath.

 8            A.   If it's not collectible, if it's

 9       not collectible, it's not collectible,

10       that's it.

11            Q.   Well, you're the one that did it,

12       so --

13            A.   Right, right.  It's not

14       collectible, I don't recall exactly the

15       break on things.

16            Q.   Okay, you don't remember where it

17       is?

18            A.   No, I know there's -- you'll

19       continue the questions, there's other moneys

20       coming to us that probably is collectible.

21                MR. TOLCHIN:  That's item number

22            11 you're asking about?

23                MR. SPONDER:  Yes.

24                MR. TOLCHIN:  For listed is less

25            than 90 days old?
```

```
 1                 E. PERR - AUDIO RECORDING
 2                 THE WITNESS:  I have to see what
 3         that is.
 4                 MR. SPONDER:  No, they're 90 days
 5         older.
 6                 MR. TOLCHIN:  Older.
 7                 THE WITNESS:  I have to see if
 8         that's (inaudible.)
 9                 MR. SPONDER:  I'm going to need
10         with that 11.8 million (inaudible).
11         A.    I don't recall that.
12         Q.    Number 11 on Schedule AB.  So I
13    think Mr. Neumann is showing you Schedule
14    11AB, question 11 which sets forth accounts
15    receivable, 90 days older or less.
16                 MR. SPONDER:  So I guess it is 90
17         days old or less.
18         Q.    11.8 million.
19         A.    I don't recall, I don't have the
20    paperwork in front of me right now.
21         Q.    Okay, what paperwork do you need?
22         A.    I don't know notes it was written
23    from, I don't recall.
24                 MR. SPONDER:  So those written
25         notes, Mr. Neumann, I'm going to need.
```

```
 1                E. PERR - AUDIO RECORDING

 2          Q.   And then there's 4,000 listed as

 3     90 days older.  Do you know what the 4,000

 4     consisted of?

 5          A.   I don't recall.

 6          Q.   At the time of the filing, you

 7     list an operating account at TD Bank of --

 8     with $740,000 and change in it.  Is that

 9     correct?

10          A.   That's correct.

11          Q.   And is there still $740,000 in

12     there?

13          A.   Yeah, minus a few pennies.

14          Q.   When was the last time you looked

15     at the bank account?

16          A.   The beginning of the week I guess.

17          Q.   And it was a few pennies short of

18     740,000?

19          A.   A few pennies, it was -- yeah, it

20     was the same amount the beginning of the

21     week.

22          Q.   And then another TD Bank account,

23     a payroll tax account of 100,000.

24          A.   Yes.

25          Q.   That's still there?
```

```
 1                E. PERR - AUDIO RECORDING

 2         A.   Yes.

 3         Q.   Then there's money held by a

 4    retired judge, I guess as a trustee in a --

 5    in a lawsuit of a little bit over

 6    $23 million?

 7         A.   Yes.

 8         Q.   Money held by Tory's, LLP, unknown

 9    amount.  Do you know why that's unknown?

10         A.   Tory's, LLP.

11         Q.   Tory's, T-O-R-Y-S.

12         A.   It's an attorney for -- attorney

13    in England I think it was.

14              MR. NEUMANN:   Canada.

15         A.   Tory's is a law firm, yes.

16         Q.   Do you know what the amount that's

17    owed to them?

18         A.   No, it varies it goes each month

19    he puts in more and so on.

20         Q.   Is Tory's still working on

21    litigation?

22         A.   Yes, certainly.

23         Q.   Who is Tory's working for?

24         A.   He's working for on behalf of the

25    clients.
```

1              E. PERR - AUDIO RECORDING

2         Q.    Who are the clients?

3         A.    The clients are -- there's a list

4    of names here of creditors; however, it is

5    on the list, that's the list of clients.

6    This is non-hires of people that they're

7    collecting for.

8         Q.    Is the debtor a client?

9         A.    No.

10        Q.    So the law firm does not represent

11   the debtor any --

12        A.    No.

13        Q.    -- of these law firms do not

14   represent the debtor, they represent the

15   claimants?

16        A.    The victims.

17        Q.    Okay, there's Lourdes L. Morena

18   Ledon, Puerto Rico 749,000.  Do you know

19   what that was for?

20        A.    Yeah, that was residual of a

21   lawsuit on behalf of the Lod massacre,

22   Puerto Ricans who were killed in -- by

23   terrorists in Lod Airport, 40 some-plus

24   years, about 45 years ago, we were in a

25   lawsuit and got them judgments.  And one of

1              E. PERR - AUDIO RECORDING

2         the lawyers out there is holding up moneys,

3         demanding they get cuts from it, so on and

4         so forth for filing a paper, whatever it is.

5         So they're holding it up.

6              Q.    So there's a fee dispute?

7              A.    To say the least, yeah.

8              Q.    Paul Gaston, 712,000?

9              A.    Yes, he represents victims, yes.

10             Q.    And it says here he has claims

11        against the amount of 712,000.  Do you know

12        what his claims are?

13             A.    According to the agreement made

14        with him representing the clients, so it's

15        owed to him.

16             Q.    That didn't answer my question.

17             A.    Repeat the question.

18             Q.    That's fine.  What amount is

19        possibly owed to him of the 712,000 that

20        he's claiming to be --

21             A.    We're not contesting that.

22             Q.    All right, so you're contesting

23        that so you don't --

24             A.    I'm not contesting it, I'm not

25        contesting it.

```
 1                E. PERR - AUDIO RECORDING
 2          Q.    So then what's the answer?
 3          A.    What's the question?
 4          Q.    That's fine.  I can ask the
 5     question over and over again.
 6                712,000 is owed to Mr. Gaston?
 7          A.    Yeah.
 8          Q.    You set forth on the schedules he
 9     has claims against the money.
10          A.    Yes.
11          Q.    I'm asking you how much are his
12     claims.
13          A.    Total amount?
14          Q.    The entire amount?
15          A.    Okay, yeah.
16          Q.    And that's pursuant to a contract?
17          A.    Yes.
18                MR. SPONDER:  I'm going to need
19          that contract.  Probably going to need
20          the contract with Ms. Ledon too.
21                THE WITNESS:  Can I take a break?
22                MR. NEUMANN:  I'm going to say all
23          these lawyers that are representing
24          victims, if there's contracts, we'll
25          just get them all.
```

```
 1                    E. PERR - AUDIO RECORDING

 2                    MR. SPONDER:  Fair, thank you.  I

 3            need more to read.

 4                    THE WITNESS:  Can we get a break

 5            here or what?

 6                    MR. SPONDER:  Do you need a break?

 7            Okay, I can give you a break.

 8                    THE WITNESS:  Okay.

 9                    MR. SPONDER:  I'm going to go off

10            the record, Mr. Perr needs a break.

11                    (END FILE TITLED: 1001)

12                    (BEGIN FILE TITLED: 1002)

13                    MR. NEUMANN:  It's my wife's

14            birthday.

15                    MR. SPONDER:  Happy birthday.

16                    MR. NEUMANN:  Well, it's not going

17            to be happy if we don't get out of

18            here.

19                    MR. TOLCHIN:  Birthday today or

20            tonight?

21                    MR. NEUMANN:  Well, yeah.

22                    UNIDENTIFIED SPEAKER:  (Inaudible.)

23                    MR. SPONDER:  We're back, Mr. Perr

24            is back, he took a break, everybody

25            else took a break.  We were -- I was
```

1               E. PERR - AUDIO RECORDING

2          asking questions about equipment and

3          I'm going to go from there in Schedules

4          A and B.

5               Mr. Neumann, number 54, part nine

6          of Schedules A and B, does the debtor

7          own or lease any real property, answer

8          no.  We have already clarified that the

9          answer should be question and that's

10         the property at 216 in lake - I don't

11         know the --

12              THE WITNESS:  In Lakewood.

13              MR. SPONDER:  Yeah, the one in

14         Lakewood 216.

15              MR. NEUMANN:  River Avenue, right.

16         Q.    All right, there's an unliquidated

17    claim against DLA Piper for damages and

18    indemnification.  Amount requested

19    $19 million.  Can you explain that,

20    Mr. Perr?

21         A.    Yeah, I didn't do much -- well, I

22    can't tell you the figure where it comes

23    from.  But whatever damages we feel that

24    that's the party that should be sued here,

25    he breached an agreement.  As far as we're

1              E. PERR - AUDIO RECORDING

2       concerned he breached an agreement with the

3       American Center and is liable for whatever

4       other liabilities are.

5              Q.   So the debtor's intent is to file

6       a lawsuit against DLA Piper?

7              A.   At this point, yes.

8              Q.   But you don't know where the

9       $19 million amount number came in?

10             A.   I don't recall.

11             Q.   Okay.  There's a pending

12      counterclaim against Michael and Mindy

13      Engleberg and the New York Center for Civil

14      Justice for 4.3 million.

15             A.   Yes.

16             Q.   What is that counterclaim?

17             A.   That was money that was diverted

18      from the American Center to the New York

19      Center.

20             Q.   And what's the case that's

21      involved in that's a counterclaim?  What's

22      the name of the case, do you recall?

23             A.   I don't know.

24             Q.   Was it a derivative action that

25      was filed Nassau County in New York?

1                E. PERR - AUDIO RECORDING

2              A.   I don't know if it's derivative

3      but it was filed Nassau County.

4              Q.   But it involves Engleberg and the

5      New York Center for Civil Justice?

6              A.   Yes.

7              Q.   All right, so on question seven of

8      the statement of financial affairs all legal

9      actions that's not included in there, should

10     that have been included?

11             A.   I don't know.

12             Q.   Well, if there's an action

13     against -- by Engleberg versus the debtor

14     and you're required to list all legal

15     actions involving the debtor within one year

16     prior to bankruptcy cases, shouldn't that be

17     there?

18             A.   Yes.

19             MR. NEUMANN:   So we'll add that.

20             Q.   Do you know of any other lawsuits

21     that the debtor was involved in besides that

22     Compuzano and the Greg Salzman case, as well

23     as the Engleberg case, those three.  Were

24     there any other lawsuits?

25             A.   Yes, it was all non-hisers

```
 1                E. PERR - AUDIO RECORDING
 2      (phonetic) that's how it's called.  We were
 3      involved in, as mentioned, Puerto Rico
 4      and...
 5           Q.   Those five?
 6           A.   Hold on a second, I don't know how
 7      many other.  And Fort Hood is not a
 8      financial thing, it's a -- it's a lawsuit
 9      against the government but we're not -- it's
10      not financial, there's no agreement for
11      finances, it means for payments of the
12      victims of Fort Hood.
13                MR. NEUMANN:  Was the center a
14           party to that litigation?
15                JEDEDIAH PERR:  Certainly, we're
16           paying the attorneys.
17                MR. SPONDER:   All right.
18           Mr. Perr, the son, I can't have you
19           answering questions.
20           A.   Okay, look, we put the lawyer on,
21      our lawyer took it on a personal basis,
22      maybe not, but we paid a salary, we paid a
23      law firm to do it as well, to bring that
24      lawsuit on behalf of the victims.
25           Q.   Which lawsuit?
```

```
 1              E. PERR - AUDIO RECORDING
 2         A.   It's a lawsuit of Fort Hood
 3    against the U.S. government on behalf of the
 4    victims of the massacre that took place by
 5    Major Hasan.
 6              We don't show it, our name doesn't
 7    show anywhere the attorney Sher with the law
 8    firm that he involved that has brung that
 9    lawsuit.
10              MR. SPONDER:  All right,
11         Mr. Neumann, that causes problems
12         for -- in bankruptcy, paying the bills
13         of a lawsuit that -- without court
14         order that doesn't -- I don't even --
15              MR. NEUMANN:  It happened
16         post-petition.
17              MR. SPONDER:  Okay, just -- you're
18         aware of it?
19              MR. NEUMANN:  I'm aware of the
20         issues.  We're aware of it, we'll take
21         care of it.
22              MR. SPONDER:  So we need all of
23         those legal actions set forth in the
24         statement of financial affairs so that
25         accurately reflects the debtors, the
```

                    E. PERR - AUDIO RECORDING

1                   litigations that are pending at the

2                   time of the bankruptcy filing.

3                        THE WITNESS:  Pardon me, you're

4                   talking about something going back a

5                   number of years.  This is not

6                   happening -- there's no payments been

7                   for years already.

8                        MR. SPONDER:  Okay, that makes

9                   things easier.

10                       Q.   All right, I went through the

11              assets and liabilities of the company.  Are

12              in any other assets -- not liabilities, just

13              assets.  Are there any other assets of

14              company that have not been listed?

15                       A.   Not to my knowledge, I can't

16              recall.

17                       Q.   All right, Paul Gaston you list as

18              a secured creditor 712,000 but disputed.

19              Before you told me that you think he might

20              be owed the entire amount, but it's disputed

21              as to that.  So you don't think he's owed

22              the entire amount?

23                       A.   It's abnormally complicated, it's

24              between how many clients owe him and he owes

```
 1                E. PERR - AUDIO RECORDING
 2      them.  I can't answer that right now.  That
 3      has to be worked out.
 4              Q.   When can you answer it?
 5              A.   I can't even answer that.
 6              Q.   How do you answer that?
 7              A.   I'll have to call whatever --
 8      Gaston and discuss with him possibly.
 9              Q.   Is there a contract that explains
10      what he's owed?
11              A.   Somewhere yes.
12              MR. SPONDER:  Okay, I'm going to
13          need that considered and I think I
14          already requested that contract.
15              MR. NEUMANN:  You did.
16              Q.   All right, to best of your
17      knowledge are there any other secured
18      creditors other than, I guess, the three
19      creditors that you filed the adversary
20      proceeding that whether or not they're
21      secured or not but they weren't listed as
22      secured for purposes of the schedules.
23              MR. NEUMANN:  The debtor sends
24          they're not secured.
25              Q.   Any other secured creditors to the
```

```
 1                E. PERR - AUDIO RECORDING

 2       best of your knowledge?

 3            A.   I don't know what means secured

 4       creditor.

 5            Q.   That they hold a lien against any

 6       of the assets or collateral of the debtor?

 7            A.   I can't think of any now.

 8            Q.   Okay.  You have listed here the

 9       IRS is owed about $1,100.

10            A.   It's a few days old.

11            Q.   American Center for Civil Justice

12       it just stops at R-E-L-I-G-I.  Is that

13       American Center for Civil Justice Religious

14       Tolerance, Inc. or something to that effect?

15                 MR. TOLCHIN:  Liberty and

16            Tolerance, Inc.

17            Q.   And who owns that company?

18            A.   It's a not-for-profit.

19            Q.   It's a not-for-profit.  And who

20       owns it?

21            A.   It's a corporation, New Jersey

22       corporation.

23            Q.   Who are the directors, do you

24       know?

25            A.   The directors, is one of them is
```

```
 1                  E. PERR - AUDIO RECORDING

 2       sitting next to me.

 3              Q.   All right, and his name?

 4              A.   Jed Perr, P-E-R-R.

 5              Q.   And that company --

 6              A.   (Inaudible.)

 7              Q.   That company --

 8              A.   I'm not family with more than

 9       that, yeah.

10              Q.   That company is owed about

11       $14.8 million?

12              A.   Yeah.

13              Q.   From what?

14              A.   From an agreement.

15              Q.   Would you be able provide a copy

16       of that agreement?

17              A.   Yes.

18              Q.   Is that a 2007 agreement?

19              A.   I don't recall the date, that

20       reaffirmed it was originally and that was

21       reaffirmed by the board and so on.

22              MR. SPONDER:  Reaffirmed by the

23              board in, I think in 2013, Mr. Neumann

24              so the agreement and the amendment.

25              Q.   Avi Elishis.
```

1              E. PERR - AUDIO RECORDING

2              MR. TOLCHIN:  Elishis.

3         Q.   Elishis.  Got it right the first

4    time.  5.6 million, do you recall what

5    that's for?

6         A.   That's what they're suing us for,

7    I don't know -- I don't have the figures.

8         Q.   What are they suing you for?

9    That's my question.

10        A.   They're suing because they feel we

11   should -- that the American Center was

12   obligated to tell them about a certain

13   property and we didn't tell them about a

14   property, something like that.  I'm not very

15   clear about that lawsuit to begin with.

16        Q.   And you dispute that they're owed

17   any money?

18        A.   Dispute what.

19        Q.   The debtor disputes?

20        A.   I dispute that I owe it, yeah.

21        Q.   Unknown amount, Chad Holland

22   listed an unknown amount.  Is Chad Holland a

23   claimant?

24        A.   Claimant, yes.

25        Q.   And do the claimants sign an

```
 1                E. PERR - AUDIO RECORDING
 2      agreement with the debtor when -- when you
 3      have discussions and then they become a
 4      claimant?
 5              A.   They sign an agreement and they --
 6      yes.
 7              Q.   Is that called a claimant and
 8      center agreement?
 9              A.   Yes, it is.
10              MR. SPONDER:   I'm going to need
11              the claimant and center agreements that
12              are in existence now.
13              Q.   Cielito Valencia, that's another
14      claimant?
15              A.   Yes.
16              Q.   Cullen Dyckman in an unknown
17      amount?
18              A.   Yes.
19              Q.   Is Cullen Dyckman, LLP, that's a
20      law firm, correct?
21              A.   I imagine so, that sounds right,
22      yeah.
23              Q.   No, I'm just -- it has an LLP,
24      I've heard of it.  I'm just asking you, do
25      you know if it's -- if you don't know it's a
```

                    E. PERR - AUDIO RECORDING

1

2        law firm, you tell me you don't know?

3              A.    I don't know.

4              Q.    It's in an unknown amount.  Do you

5        know why -- do you know what's owed to them?

6              A.    No.

7              Q.    So you don't know that they're a

8        law firm, you have no dealings with them?

9              A.    I don't deal with them.

10             Q.    Who dealt with them?

11             A.    I don't know.

12             Q.    Who else assists you with running

13       American Center for Civil Justice?

14             A.    When I'm over my head.

15             Q.    When you're over your head?

16             A.    Okay, and then the board can't

17       help me I will call my son to help me.

18             Q.    Does your son know about Cullen

19       Dyckman?

20             A.    Possibly, I don't -- ask him.

21             Q.    When you're over your head, what

22       does your son do to assist?

23             A.    I can't tell you, magic.

24             Q.    What you're doing is you're going

25       to cause me to serve a 2004 exam on your son

```
 1              E. PERR - AUDIO RECORDING

 2      by answering "magic."  Do you want to

 3      clarify?  A 2004 exam is a deposition.  If

 4      you don't know, you don't know.

 5              A.   I don't know, I don't know.

 6              Q.   Magic --

 7              A.   I don't know, take out magic, I

 8      don't know.

 9              Q.   Magic is red flags.

10              A.   I don't know.

11              Q.   Diana Compuzano, $8.95 million.

12      Is that -- she has a claim against the

13      debtor?

14              A.   Yes.

15              Q.   Is that -- is she one of the

16      claimants?

17              A.   Yes.

18              Q.   And you dispute that as well,

19      correct?

20              A.   Yes.

21              Q.   Then Dinsmore & Shohl.

22              A.   Yes.

23              Q.   35,000?

24              A.   Yes.

25              Q.   Do you know what that's for?
```

1                  E. PERR - AUDIO RECORDING

2            A.    They worked for Fort Hood on the

3      Fort Hood case.

4            Q.    They're attorneys?

5            A.    Yes.

6            Q.    And you dispute that they're owed

7      any money?

8            A.    I think we paid them up, I'm not

9      sure they did the work that they were

10     supposed to do and so on.

11           Q.    DLA Piper we know is a law firm.

12     But in an unknown amount?

13           A.    Right.

14           Q.    Do you know how much they're owed?

15           A.    No.

16           Q.    Did you deal with DLA Piper or did

17     you deal with someone else?

18           A.    I did on and off, mostly it was

19     done by -- I think Engleberg dealt with them

20     mostly.

21           Q.    Did -- is DLA Piper still

22     representing certain of the debtor's

23     claimants?

24           A.    Yes, yes, yes.

25           Q.    Donna Marie Holland claimant?

1                    E. PERR - AUDIO RECORDING

2          A.    Yes.

3          Q.    You're listed as being owed

4     $320,000?

5          A.    Okay.

6          Q.    What is that for?

7          A.    Salary.

8          Q.    So that's a year and a half

9     salary?

10         A.    Yeah.

11         Q.    The estate of Curtis Taylor, is

12    that a claimant?

13         A.    Yes.

14         Q.    Curtis Taylor.

15         A.    Yeah.

16         Q.    Gerald Walsh, a claimant?

17         A.    Yes.

18         Q.    Greg Salzman, 4.7 million?

19         A.    Yes.

20         Q.    That's a claimant as well?

21         A.    Yes.

22         Q.    And they filed a lawsuit?

23         A.    Mm-hmm.

24         Q.    And you dispute that amount?

25         A.    Yes.

1                  E. PERR - AUDIO RECORDING

2            Q.    James Holland in an unknown

3       amount?

4            A.    Yes.

5            Q.    That's a claimant?

6            A.    Yes.

7            Q.    Harris Tannenbaum, that's a person

8       on the board of directors?

9            A.    Nope.

10           Q.    Is that a different Tannenbaum?

11           A.    No, that's -- we just hired him as

12      a --

13           Q.    Comptroller.

14           A.    Right, right, he did taxes.

15           Q.    So that's his salary, 6,800?

16           A.    No, 6,800 was for the taxes, he

17      said, he filed (inaudible) taxes.  He wasn't

18      paid.

19           Q.    Okay, that was for his services --

20           A.    Right.

21           Q.    That was provided.

22                 Joshua Ambush $38.8 million,

23      that's disputed?

24           A.    Yes.

25           Q.    What claim is that, that's a claim

1                    E. PERR - AUDIO RECORDING

2        he brought against the debtor?

3              A.    Yeah.

4              Q.    Do you recall what it was for?

5              A.    Absolutely not.

6              Q.    Who would know?

7                    MR. NEUMANN:  He filed a proof of

8              claim, that's the only basis that we

9              have for knowing that.  It does not

10             have other information in it.

11             Q.    Right.  Did you ever deal with

12       Mr. Ambush?

13             A.    No, it was years ago.

14             Q.    Joyce Brewer, is that a claimant?

15             A.    Yes.

16             Q.    Koffsky Schwalb, LLC is owed

17       321,000, is that a law firm?

18             A.    Yes.

19             Q.    Are they continuing to work as of

20       now for the claimants or for the debtor?

21             A.    I think so, yeah.

22             Q.    Loeb & Loeb 150,000, is that a law

23       firm as well?

24             A.    Yes, law firm, yeah.

25             Q.    Lourdes Ledon, 20,000?

1                    E. PERR - AUDIO RECORDING

2          A.    Yes.

3          Q.    Law firm?

4          A.    Law firm.

5          Q.    Luz Southard is a claimant?

6          A.    Who?

7          Q.    Southard, S-O-U-T-H-A-R-D.

8          A.    I assume so, yeah.

9          Q.    Maria Taylor, claimant.

10         A.    I think so.

11         Q.    Michael Engleberg, claimant or is

12    that -- who is Michael Engleberg?

13         A.    Too long a speech, Michael

14    Engleberg.  Who is he?  His lawyer is here,

15    maybe he'll explain.  He was a board member.

16         Q.    So he's a former board member?

17         A.    It's a derivative lawsuit whatever

18    is going on six years, I can't recall.

19         Q.    And is that the counterclaim that

20    we discussed, the $4.3 million?

21         A.    Yeah.

22         Q.    But he believe -- but he has -- he

23    sued you -- he sued the debtor; how much did

24    he sue the debtor for?

25         A.    No money, no (inaudible) he sued

1              E. PERR - AUDIO RECORDING

2       to take over the corporation.

3              Q.    Michael Welch, is that a claimant?

4              A.    Claimant, yes.

5              Q.    Neal Sher, 12,500?

6              A.    Claimant, he's a lawyer, yeah,

7       maybe a month's salary.

8              Q.    Is he an employee of the company?

9              A.    Yes.

10             Q.    And he acts as general counsel?

11             A.    Yes.

12             Q.    Is that a monthly salary?

13             A.    Yes.

14             Q.    So he was owed one month?

15             A.    Yes.  I believe he's still owed

16      actually.

17             Q.    Mr. Paul Blais, is that a

18      claimant?

19             A.    Claimant, yeah.

20             Q.    Professor Dan Sarooshi, 25,000?

21             A.    He's a lawyer who represents the

22      victims in England.

23             Q.    Professor Roy Simon.

24             A.    Also a lawyer.

25             Q.    $37,000.

                        E. PERR - AUDIO RECORDING

1

2           A.    Yeah.

3           Q.    What did he do?

4           A.    He was an ethics professor.  And

5     he got involved and represented whatever it

6     is, I don't recall.

7           Q.    Was he an expert in one of your

8     cases?

9           A.    No.

10          Q.    Richard Paul Brewer, is that a

11    claimant?

12          A.    Yes.

13          Q.    Sonya Broadway, claimant?

14          A.    I believe so.

15          Q.    Steven Wolfe, a claimant?

16          A.    I believe so.

17          Q.    Tory's LLP, 120,000.  That's a law

18    firm, correct?

19          A.    Law firm.

20          Q.    And Weinreb Law Firm, $180,000

21    another law firm?

22          A.    Correct.

23          Q.    Are there any other creditors that

24    I haven't gone over that you're aware of?

25          A.    Not that I know of.

1                E. PERR - AUDIO RECORDING

2          Q.   So I think if those are all the

3     claimants, then we know the claimant

4     agreements that we need to get.

5               MR. NEUMANN:  Right.

6               MR. SPONDER:  Might make life a

7          little easier to get.

8               Schedule G, as we talked about or

9          was talked about earlier, needs to add

10         those agreements as well as any

11         agreements with attorneys, all of

12         those.

13         Q.   I'm going to ask you a few

14    accounting questions; if you don't know the

15    answer that's fine, we'll ask your

16    controller or accountant.

17               When the does the debtor's fiscal

18    year end?  Is it based on a calendar year?

19    If you don't know you have to say you don't

20    know?

21         A.   I don't know.

22         Q.   Is accounting done on a cash or

23    accrual basis?

24         A.   I don't know.

25         Q.   Who maintains the books and

1                E. PERR - AUDIO RECORDING

2       record?

3            A.    They have them in the office, the

4       controller at this point.

5            Q.    Did you ever maintain them?

6            A.    No.

7            Q.    Statement of financial affairs

8       sets forth that you would be the person to

9       contact who maintains the book and records?

10           A.    Right, you're the only one

11      contacted for a period of time now.

12           Q.    So which is the right answer?

13           A.     It's in the office, I'm the only

14      one that you called, so what do I tell you?

15           Q.    Okay.  Did the debtor make any

16      payments exceeding $6,425 to any creditors

17      during the 90 days prior to the bankruptcy

18      filing?

19           A.    No.

20           Q.    Other than the lawsuit that was

21      discussed, is there any other litigation the

22      debtor is seeking to file?

23           A.    Not that I can think of at this

24      point.

25           Q.    Was any of the debtor's property

1                    E. PERR - AUDIO RECORDING

2        attached, garnished or seized during the

3        year prior to the bankruptcy filing?

4             A.   No.

5             Q.   Were any of the debtor's assets

6        repossessed or closed upon or otherwise

7        transferred upon during the year prior to

8        the bankruptcy filing?

9             A.   Our bank account as seized.

10            Q.   When was that, within a year?

11            A.   Probably a year and a half

12       something like that.  A year to year and a

13       half.

14            Q.   Was any property in the hands of a

15       receiver or other court-appointed official

16       during the year prior to the filing?

17            A.   No.

18                 MR. SPONDER:  What is the

19            trustee -- would he be considered?

20                 MR. NEUMANN:  Well, it's a good

21            question.  He's a court appointed in a

22            district court action to oversee a fund

23            that exists by virtue of a version of

24            title 24 which is the internal revenue

25            code which I read and didn't completely

```
 1              E. PERR - AUDIO RECORDING
 2         understand.  But he has custody of a
 3         lot of money and there's some money
 4         that is the subject of a dispute
 5         between the plaintiffs in the
 6         garnishment action and the debtor.  And
 7         I've seen correspondence from his
 8         lawyer saying, I think, that they're
 9         waiting for a court of competent
10         jurisdiction to decide who owns the
11         money.
12              MR. SPONDER:  Okay.
13         Q.   Did the debtor have any previous
14    addresses in the last two years?
15         A.   No.
16         Q.   Was the debtor ever -- actually
17    three years, was the debtor ever located at
18    4912 14th Avenue in Brooklyn, New York?
19         A.   We maintain -- yes, we maintain a
20    office -- we retain a private secretary
21    there, it's a legal address.
22         Q.   That's an office?
23         A.   It's a legal address, it's
24    (inaudible) and it's a legal address.
25         Q.   Legal address for whom?
```

```
 1                E. PERR - AUDIO RECORDING
 2          A.   For the American Center, it's a
 3    New York address.
 4          Q.   Is that leased, that property, or
 5    owned?
 6          A.   No, it used to be leased, no.
 7          Q.   So the debtor owns it or who owns
 8    it?
 9          A.   It's owned by a corporation
10    (inaudible.)
11          Q.   It's owned by a corporation.  Does
12    the debtor pay rent?
13          A.   No.
14          Q.   What's the name of the corporation
15    that owns it?
16          A.   YMHA.
17          Q.   Are you a member or officer of
18    that company?
19          A.   No.
20          Q.   Any of your family members?
21          A.   Nope.
22          Q.   And they let you stay there for
23    free?
24          A.   It's -- yeah, it's an address.
25          Q.   How about 1331 55th Street in
```

```
 1              E. PERR - AUDIO RECORDING
 2     Brooklyn, New York?
 3          A.   No, hasn't been used for many
 4     years.
 5          Q.   280 Madison Avenue New York, New
 6     York?
 7          A.   It's a mailing address, yeah.
 8          Q.   Is that a PO box?
 9          A.   No, it's an address, we don't have
10     a box.
11          Q.   Is there an office there?
12          A.   There's a telephone and an office
13     there.  I don't have the details.
14          Q.   Who would have the details?
15          A.   I don't know.  I get a bill once a
16     year.
17          Q.   But if you don't have the details,
18     who would have the details?
19          A.   I would have to ask.
20          Q.   Ask whom?
21          A.   I mean, I can ask you a question,
22     is that an address (inaudible.)
23          Q.   That's fine, I understand that.
24     But you're answering questions that --
25          A.   I'm answering correctly. You're
```

1               E. PERR - AUDIO RECORDING

2      asking me am I in touch with that, I pay the

3      bill for it and if people have to call they

4      forward the call and so on.

5           Q.   So there's no one presently

6      physically at that location for the debtor?

7           A.   No.

8           Q.   Does the debtor have an

9      accountant?

10          A.   Excuse me?

11          Q.   Does the debtor have an

12     accountant?

13               MR. NEUMANN:   An outside

14          accountant.

15          Q.   An outside accountant.

16          A.   No, not at this point.

17          Q.   Do you know Simonne Beckeled's

18     address?

19          A.   54 -- I don't have it in front of

20     me.

21          Q.   All right, number 28 on statement

22     of financial affairs just doesn't have her

23     address.

24               Payroll is listed here as just

25     payroll, it doesn't say whom.  I don't like

1                    E. PERR - AUDIO RECORDING

2          to assume, but possibly assume that it's

3          certain of the board of directors that are

4          --

5                    MR. NEUMANN:  ID the people that

6               are on the payroll.

7               Q.   Yes.  And there's negative

8          numbers, is there any reason why there's

9          negative amounts that are listed here?

10              A.   I don't know.

11              Q.   Where did you get those numbers

12         from?

13              A.   I don't recall.

14              Q.   Who would have given them to you?

15              A.   I don't recall (inaudible.)

16              Q.   It says payroll, then it has these

17         negative numbers.

18              A.   The new controller put this, we

19         went through it, I'm not familiar with it.

20                   MR. NEUMANN:  An explanation.

21                   MR. SPONDER:  Explanation for the

22              controller.

23              A.   No.

24              Q.   Did the debtor suffer any losses

25         from fire, theft or any other casualty

1               E. PERR - AUDIO RECORDING

2        during the year prior to the bankruptcy

3        filing?

4               A.   No.

5               Q.   So to be clearer, since I know the

6        dates, it's a copy of the April 12th, 2007

7        agreement between the debtor and the

8        American Center for Civil Justice Religious

9        Liberty and Tolerance, Inc. which was

10       amended again on October 8th, 2013.

11               Was there a settlement reached in

12       the state court in the derivative action

13       between Engleberg and the debtor?

14               A.   There was a tentative paper what

15       you call, but it was -- but it was never

16       finished, it was never completed.

17               MR. SPONDER:   Okay, a copy of the

18           settlement agreement, or purported

19           settlement agreement, I should say.

20               Q.   Were there the law firms that are

21       assisting the claimants such as Tory's, Loeb

22       & Loeb, Lourdes Morena, Koffsky, were they

23       continuing to provide services from -- in

24       January, February or March of this year?

25               A.   I can't answer the question, I

```
 1              E. PERR - AUDIO RECORDING
 2     don't know.
 3              MR. SPONDER:  The reason why I'm
 4         asking is that there are orders in the
 5         state court that they were seeking to
 6         get paid?
 7              MR. NEUMANN:  Right.
 8              MR. SPONDER:  And those amounts
 9         are much different than the amount in
10         the schedules; the amounts in the
11         schedules are higher.  So the only
12         answer to that would be that they
13         provided hopefully services or
14         something is wrong.  So I'd like you to
15         look into that.
16              MR. NEUMANN:  So I'm trying to
17         reconcile --
18              MR. SPONDER:  Yes.
19              MR. NEUMANN:  -- the orders where
20         they're trying to get paid.
21              MR. SPONDER:  Right.  And they did
22         get paid in 2017, some of them did get
23         paid.  Some of them did get paid in the
24         2018 order, which would lead me to
25         believe that there was a big number for
```

```
1                E. PERR - AUDIO RECORDING
2           some of them for just three and a half
3           months, which might be correct, might
4           not be correct, I don't know.
5                MR. NEUMANN:  Well, DLA Piper
6           could be a real big number if they're
7           doing stuff, I don't know.
8                MR. SPONDER:  Correct.
9                MR. TOLCHIN:  They're on
10          contingency.
11               MR. NEUMANN:  I hope they are,
12          good, you're right.  15 percent.
13               UNIDENTIFIED SPEAKER:  I could
14          show you the orders when he's finished.
15          Q.   So we talked about briefly
16     Mr. Ambush filed a lawsuit against the
17     debtor?
18          A.   I am assuming.
19          Q.   Okay.
20               MR. SPONDER:  If there is a
21          lawsuit --
22               MR. NEUMANN:  Right.
23               MR. SPONDER:  -- filed by
24          Mr. Ambush, that needs to be added to
25          statement of financial affairs.
```

1                    E. PERR - AUDIO RECORDING

2                    MR. NEUMANN:  Right.

3                    MR. TOLCHIN:  He attached it to

4          the claim.

5          Q.    There's a Dominich versus Guzman.

6          A.    That's the Puerto Rican claim.

7                    MR. TOLCHIN:  That needs to be

8          added as well.

9                    MR. NEUMANN:  Mm-hmm.

10         Q.    Other than the agreement that was

11   entered into in 2007 and 2013 with your

12   son's not-for-profit, are there any other

13   agreements that the debtor has with that

14   company?

15         A.    No.

16         Q.    Have there ever been any other

17   agreements?

18         A.    No.

19         Q.    Going through my questioning.  You

20   need another break or can we continue?

21         A.    You can continue.

22         Q.    We'll start, we'll go around the

23   table.  Well, actually we'll go, ladies

24   first.

25                    FEMALE SPEAKER:  (Inaudible.)

1              E. PERR - AUDIO RECORDING

2              MR. SPONDER:  So we'll -- she's

3         still first, she passes.  We'll go

4         around.

5              Set forth your name, who you

6         represent, where you're from, all for

7         the record please, and please ask

8         whatever questions you may have if you

9         have any, sir.

10             MR. SERBIN:  We'll start from that

11        side.

12             MR. SPONDER:  You want me to pass

13        for the time?

14             MR. SERBIN:  You want me to go

15        first?

16             MR. SPONDER:  I was going to go

17        this way, it just makes life easier.

18             MR. SERBIN:  That's fine.  Gary

19        Serbin from Koffsky Schwalb.  We

20        represent the ACCJ, the American Center

21        for Civil Justice in the -- in the suit

22        in Nassau County in the Compuzano

23        versus ACCJ.  We don't represent any

24        claimants.  This is just their

25        presentation.

1              E. PERR - AUDIO RECORDING

2                    We've been involved in the suit

3              prior them filing for bankruptcy and

4              that's basically it.

5                    MR. SPONDER:  All right.  Do you

6              have any questions of Mr. Perr?

7                    MR. SERBIN:  I don't have any

8              questions.

9                    MR. SPONDER:  Sir?

10                   MR. WEINREB:  Elan Weinreb for the

11             Weinreb Law Firm, 1225 Franklin Avenue,

12             Suite 325, Garden City, New York.  I

13             represent ACCJ in Engleberg versus

14             Perr, index number 606919/2014.  That

15             case was previously discussed, has a

16             settlement agreement.  The exact nature

17             of it is still up in the air, but it

18             was signed approximately in December up

19             to that point -- December 2017.

20                   Up to that point I was

21             representing ACCJ in the litigation

22             there, and to the extent that any

23             issues in the Compuzano versus Sher

24             action that arose related to that

25             action, I advised on those issues as

1                E. PERR - AUDIO RECORDING

2          well.  That action is 6053792016.

3               I do have just a couple of

4          questions for the debtor.

5     EXAMINATION BY

6     MR. WEINREB:

7          Q.   So Rabbi Perr, you mentioned

8     before that the ACCJ's assets were frozen.

9     Do you have an opinion as to whether or not

10    the freezing of those assets precipitated or

11    otherwise influenced the bankruptcy in this

12    matter?

13         A.   It didn't help.

14         Q.   Would it also be the case that

15    there was a discussion of an attachment

16    order in the -- actually attachment orders

17    in the Compuzano matter.  Would those also

18    have precipitated or influenced the

19    bankruptcy in this matter?

20         A.   I thought it was the same

21    question, yes. What do you mean attachment

22    order?

23         Q.   No, first was the freeze order?

24         A.   Yeah.

25         Q.   And then I'm asking the same

```
 1              E. PERR - AUDIO RECORDING

 2      question with respect to the attachment

 3      orders.

 4              A.   I don't know what attachments

 5      orders are.  That's how little I know about

 6      (inaudible.)

 7              Q.   With respect to your counsel, at

 8      what point was your counsel first retained

 9      by ACCJ?

10              A.   Which counsel are you referring

11      to.

12              Q.   Mr. Neumann.

13              A.   Shortly after the last offer was

14      made to settle this case.

15              Q.   And could you please give an

16      estimate?

17              A.   Just a few days after, that's all,

18      you have the dates when it was filed.  After

19      that meeting we made it.

20              Q.   Would be it accurate to say it was

21      around March 22, 2018?

22              A.   Something like that, yeah.

23              MR. WEINREB:  I don't have any

24          further questions.  Thank you.

25              MR. SPONDER:  Thank you.  Sir?
```

```
 1                E. PERR - AUDIO RECORDING

 2                MR. HOWE:  I'm going to pass to

 3         Mr. Tolchin and reserve.

 4                MR. SPONDER:  I'm just going to

 5         get up before we continue because I

 6         actually ran out of ink in two pens and

 7         I'm going to get another pen.

 8                That's all right, I'll get my own

 9         pen.  You can write too, but I listen

10         as you ask.

11                Go ahead; you can ask questions.

12    EXAMINATION BY

13    MR. TOLCHIN:

14         Q.   So you said it was what you called

15    a tentative settlement agreement, do you

16    recall saying that?

17         A.   Yeah.

18         Q.   And that was a tentative

19    settlement agreement of the case of

20    Engleberg versus Perr?

21         A.   That's correct.

22         Q.   And did you participate in

23    negotiating that tentative settlement

24    agreement?

25         A.   Somewhat.
```

```
 1                E. PERR - AUDIO RECORDING

 2        Q.   Were you represented by a lawyer?

 3        A.   Yes.

 4        Q.   Who was that?

 5        A.   Sher.

 6        Q.   Neal Sher.

 7        A.   Neal Sher.

 8        Q.   Anyone else?

 9        A.   Were you involved?

10        Q.   Gary Serbin?

11        A.   Were you involved in that also?

12        Q.   Koffsky Schwalb?

13             MR. SERBIN:  Just for the record,

14        Koffsky Schwalb was not involved in the

15        negotiation.

16        Q.   Elan Weinreb, Elan Weinreb?

17             MR. SPONDER:  One second.  We're

18        asking Mr. Perr, if he doesn't know the

19        answer then he answers we don't know.

20        You're not on -- we'll get to that.

21        Q.   How about Joseph Covello?

22        A.   I don't know.

23        Q.   Did he represent you in

24   negotiating that agreement?

25        A.   Not to my knowledge.
```

1                E. PERR - AUDIO RECORDING

2          Q.   Did you sign that agreement?

3          A.   Yes, I did.

4          Q.   Are you aware of anyone else

5     having signed that agreement?

6          A.   Engleberg signed it.

7          Q.   Engleberg signed it.  How about

8     Jedidiah Perr, Jed Perr, did he sign it?

9          A.   I don't know.

10         Q.   You don't know if he signed it?

11         A.   I certainly signed it I know.

12         Q.   What?

13         A.   I signed it I know.

14         Q.   Did you see a fully executed copy

15    of that document?

16         A.   I do not recall.

17         Q.   Do you know whether that document

18    was sent to the New York State Attorney

19    General's office?

20         A.   Yes, it was.

21         Q.   It was.  And was the Attorney

22    General's office told that that was a signed

23    copy of the settlement agreement we've

24    negotiated?

25         A.   Not to my knowledge.

```
 1                    E. PERR - AUDIO RECORDING

 2              Q.   What were they told about this

 3    tentative settlement agreement?

 4              A.   I don't recall.  I have to see,

 5    talk to the lawyer who sent it.

 6              Q.   And who would that be?

 7              A.   I imagine Sher.

 8              Q.   How about was the firm of Loeb &

 9    Loeb representing you?

10              A.   Possibly.

11              Q.   But you don't know?

12              A.   I can't answer you, there's a lot

13    lawyers involved.

14              Q.   You listed on the schedule I

15    believe $150,000 that's owed to Loeb & Loeb,

16    is that correct?

17              A.   Whatever it says, that's what the

18    bill is.

19              Q.   In excess of $100,000 owed to Loeb

20    & Loeb?

21              A.   Something like that.

22              Q.   What was that for?

23              A.   I don't recall.

24              Q.   What work did Loeb & Loeb do?

25              A.   I don't recall.
```

```
1                 E. PERR - AUDIO RECORDING
2           Q.    Did Loeb & Loeb represent you in
3     negotiating a settlement agreement?
4           A.    I wouldn't if -- I didn't watch
5     the bills, if the bill says, so they did so.
6           Q.    So who did the watch the bills?
7           A.    I don't know, next.
8           Q.    Okay.  Do you know whether the
9     ACCJ made an application to Supreme Court
10    Nassau County for money to pay an
11    accountant?
12          A.    Yes, we did.
13          Q.    What accountant was that?
14          A.    Harris Tannenbaum tax return.
15          Q.    Harris Tannenbaum?
16          A.    Yes, I think it was.
17          Q.    What did you say Mr. Jed Perr, you
18    whispered something?
19                JEDEDIAH PERR:   No, no, talking
20          to myself.
21          Q.    Did you -- did I hear you
22    correctly when you testified that you took
23    salary last week?
24          A.    Yes.
25          Q.    Is the ACCJ not under an asset
```

1              E. PERR - AUDIO RECORDING

2        freeze order from the state court, Judge

3        Bucaria?

4                    MR. NEUMANN:  It's been superseded

5              by the Chapter 11.

6                    MR. TOLCHIN:  Says who?

7                    MR. NEUMANN:  The bankruptcy code,

8              it's an injunction.

9                    MR. TOLCHIN:  So it's vacated, the

10             judge's orders are vacated?  That's

11             what you're saying?

12                   MR. NEUMANN:  I don't want a legal

13             debate, but unless you're an

14             environmental regulator or exercising

15             police power, the injunction's

16             generally regarding the assets of

17             debtor.

18                   MR. TOLCHIN:  (Inaudible) by

19             unilaterally filing a bankruptcy

20             petition, all the state judge's orders

21             are vacated.

22                   MR. NEUMANN:  You have questions

23             of the witness?

24                   MR. TOLCHIN:  I'm asking you, sir.

25                   MR. NEUMANN:  I'm not going to

1              E. PERR - AUDIO RECORDING

2              answer, I'm not going to have this

3              debate.  We're not in a court.

4                   MR. TOLCHIN:  We kind of are.

5                   MR. SPONDER:  We're in a

6              courthouse.

7                   MR. NEUMANN:  We're in a

8              courthouse.

9              Q.   So other than paying yourself, did

10       the ACCJ make any other payments that have

11       been held up because of the Judge Bucaria's

12       as injunction?

13             A.   Paid all the salaries and

14       outstanding bills and file office

15       maintenance and that's it.

16             Q.   What other salaries did you pay

17       besides paying yourself?

18             A.   It's all in the record, it will

19       come at the end of the month.

20             Q.   I'm asking you, sir.

21             A.   I'm answering you.

22             Q.   I'm not going to get anything.

23             A.   You're not in a courtroom.

24             Q.   So did you pay Neal Sher?

25             A.   I paid Neal Sher.

1                  E. PERR - AUDIO RECORDING

2          Q.    How much did you pay Neal Sher.

3          A.    His full salary, I don't know.

4          Q.    How much money, how many zeros?

5          A.    Figure it out, it's on the record.

6          Q.    Did you pay anyone besides Neal

7    Sher?

8          A.    All salaries are paid.

9          Q.    Who?

10         A.    It's all on record.

11         Q.    You said there's four employees,

12   if I'm not mistaken.  Is that what you said?

13         A.    Listen, you're not in a courtroom;

14   behave yourself, all right?  You want

15   through a deposition with me, that's it.

16              MR. NEUMANN:  You still have to

17         answer his questions.

18         A.    I don't --

19         Q.    Who are the four employees?

20         A.    The four employees --

21         Q.    You, Neal Sher and who else.

22         A.    And the secretary.

23         Q.    What's her name?

24         A.    Her name is Simonne Beckeled.

25         Q.    Simonne Beckeled?

1                  E. PERR - AUDIO RECORDING

2          A.    Yes.

3          Q.    She's also a board member?

4          A.    That's right.

5          Q.    How much did you pay Simonne

6     Beckeled?

7          A.    900, 1,000, whatever 900 or a

8     1,000, something like that.

9          Q.    $900,000?

10               MR. NEUMANN:   900 or 1,000.

11         Q.    Okay, and who's the fourth

12    employee?

13         A.    We don't have any salaries for

14    fourth employees at this point.

15         Q.    Who was the fourth employee?

16         A.    I told you we don't have a

17    salaried fourth employee.

18         Q.    Right, but I asked you what the

19    person's name is?

20         A.    The person's name is Harris

21    Tannenbaum.

22         Q.    Okay, what's the salary?

23         A.    He's not paid yet.

24         Q.    Okay.  So you said you don't know

25    who -- you said you don't know who Roy Simon

1                   E. PERR - AUDIO RECORDING

2        is.

3            A.    I didn't say that.

4            Q.    Okay, who is Roy Simon?

5            A.    He's a lawyer.

6            Q.    And who does he represent?

7            A.    I can't answer you, he did legal

8        work, he was paid for it.

9            Q.    What legal work did he do?

10           A.    As assigned, I don't know.

11           Q.    I'm sorry?

12           A.    As he was assigned, I don't know.

13           Q.    What did he work on?

14           A.    You have to look up his profession

15       and ask him.

16           Q.    Where should I look?

17           A.    I don't know, those are submitted,

18       it's all in the record.

19           Q.    Where are those bills?

20           A.    Wherever they are.

21           Q.    Do you have them?

22           A.    I don't have them with me.

23           Q.    Do you have them anywhere in this

24       world?

25           A.    I assume so.

```
 1                  E. PERR - AUDIO RECORDING
 2           Q.    Where would that be?
 3           A.    It would be located in the office
 4      if he sent it in, it's in the office in a
 5      pile of papers.
 6           Q.    Did you pay him?
 7           A.    I didn't pay him.
 8           Q.    Have you paid him any money?
 9           A.    Since bankruptcy or before?
10           Q.    No, before.
11           A.    No, it was frozen.
12           Q.    Did you pay him any money before?
13           A.    Not that I recall.
14           Q.    Did you put in an application to
15      Judge Bucaria asking for permission to pay
16      him?
17           A.    Yes, I did.
18           Q.    Did you Judge Bucaria give you
19      permission to pay him?
20           A.    As far as I know, no.
21           Q.    Okay.  What about Josh Ambush?
22           A.    What about him?
23           Q.    How about have you known Josh
24      Ambush?
25           A.    I've known him since he was 17.
```

1                E. PERR - AUDIO RECORDING

2          Q.   Was Josh Ambush an employee of

3     American Center?

4          A.   I claim yes and he claims no.

5          Q.   Is he suing the American Center

6     for Civil Justice?

7          A.   It seems so.

8          Q.   Well, have you been served with a

9     summons and complaint?

10         A.   No.

11         Q.   Do you have lawyers representing

12    you in the case involving Josh Ambush?

13         A.   Several years ago it was a lawyer

14    that was dealing with him and I haven't

15    heard from this case in three years.

16         Q.   Who was that lawyer?

17         A.   Charles Both.

18         Q.   Charles Both, B-O-T-H?

19         A.   That's right, yeah.

20         Q.   And he was representing him?

21         A.   Yes, to the best of my knowledge.

22         Q.   Does he still represent him?

23         A.   I have no idea.

24         Q.   What was the disposition of

25    Mr. Ambush's case?

```
 1                E. PERR - AUDIO RECORDING

 2         A.    I don't know.

 3         Q.    Well, you listed Mr. Ambush's

 4    claim on the petition, didn't you?

 5         A.    Yes, he has a claim.

 6         Q.    For $31 million?

 7         A.    I didn't say 31, he claimed 31.

 8         Q.    Where did he make the claim of

 9    $31 million?

10         A.    I have no idea.

11               MR. NEUMANN:  He filed a proof of

12         claim in this bankruptcy case.

13               MR. TOLCHIN:  Yes, that was after

14         he filed the petition.

15         Q.    So I'm asking you from the time

16    you filed the petition, where he got

17    $31 million --

18               MR. NEUMANN:  It wasn't on the

19         petition, it was on the schedules.  The

20         schedules were done after the claim was

21         filed.

22               MR. TOLCHIN:  Do you have the

23         petition?

24               MR. SPONDER:  Yes, I do.

25         Q.    Do you understand, sir, the
```

1                    E. PERR - AUDIO RECORDING

2       general nature of what Mr. Ambush claims?

3              A.   He claims violation of a

4       settlement agreement.

5              Q.   What settlement agreement was

6       that?

7              A.   I don't recall, it's going back a

8       lot of years.

9              Q.   A settlement agreement of a case?

10             A.   No.

11             Q.   What kind of a settlement was it?

12             A.   I don't recall.

13             Q.   Do you have a copy of that

14      settlement agreement?

15             A.   Not at hand.

16             Q.   Do you have it anywhere in the

17      world?

18             A.   Yep.

19             Q.   Where would that be?

20             A.   It would be in the office.

21             Q.   Did you violate the settlement

22      agreement?

23             A.   No, not to my knowledge.

24             Q.   Did the settlement agreement

25      require you to pay money to Josh Ambush?

1                    E. PERR - AUDIO RECORDING

2              A.    No, it was a settlement.

3              Q.    Well, usually in a settlement one

4       person gives up his claim and the other one

5       pays some money.

6              A.    Joshua Ambush paid some money.

7              Q.    Josh Ambush paid you money?

8              A.    Mm-hmm, American Center, yeah.

9              Q.    Did he pay that money?

10             A.    Yes, he -- the insurance paid or

11      he paid, I don't recall.

12             Q.    Now, you said you didn't know what

13      Cullen Dyckman was.  Do you recall saying

14      that today?

15             A.    What's it called?

16             Q.    Cullen and Dyckman.

17             A.    I don't recall the name.

18             Q.    Let me ask you, Rabbi Perr, before

19      today have you ever seen me before?

20             A.    I saw you a long time ago.  I have

21      your name in my phone book.

22             Q.    Have you seen me this year?

23             A.    Excuse me?

24             Q.    Have you seen me in the year 2018?

25             A.    No -- wait a second, yes,

```
 1                E. PERR - AUDIO RECORDING

 2        certainly in negotiation.

 3              Q.   You saw me at a negotiation?

 4              A.   Mm-hmm.

 5              Q.   Was that a mediation?

 6              A.   I don't know what a mediation is,

 7        in the next room with a glass wall.

 8              Q.   Where was it that you saw me at a

 9        negotiation?

10              A.   In an office in Manhattan.

11              Q.   Okay, and whose office was that?

12              A.   I don't recall.

13              Q.   Was that a law firm called Cullen

14        Dyckman?

15              A.   Possibly.

16              Q.   But you don't know where you went

17        to?

18              A.   No.

19              Q.   How did you get there that day?

20              A.   I took a car to the address and

21        that's where I went -- I went -- I went with

22        my attorney.

23              Q.   (Inaudible.)

24              A.   Listen, (inaudible) ask my

25        attorney, ask Sher, he took me there.
```

1                 E. PERR - AUDIO RECORDING

2            Q.   Sher was your attorney?

3            A.   Not my attorney, he works for the

4    American Center.

5            Q.   When was that --

6            A.   I don't have --

7            Q.   -- the negotiation?

8            A.   I don't know the date.

9            Q.   What month was it?

10           A.   It was in March.

11           Q.   Was it the day before you filed

12   the petition?

13           A.   One or two days before, yeah

14   (inaudible).

15           Q.   The petition and the bankruptcy?

16           A.   Oh, it was two or three days I

17   guess before.

18           Q.   A day or two before you filed the

19   petition?

20           A.   Three, yeah.

21           Q.   You were present at a mediation?

22           A.   That's right.

23           Q.   In Manhattan at Cullen and

24   Dyckman's office?

25           A.   I assume so.

1                E. PERR - AUDIO RECORDING

2          Q.   Did you sign an agreement agreeing

3     to pay Cullen and Dyckman's legal fees?

4          A.   Not to my knowledge, I don't

5     recall.

6          Q.   Was there a mediation agreement?

7          A.   I don't think so.

8          Q.   Now, you mentioned or somebody

9     mentioned claimant and center agreements.

10    Have you heard that term?

11         A.   Yes, I did.

12         Q.   What's a claimant and center

13    agreement?

14         A.   It's an agreement with the victim

15    to -- authorizing representation to engage

16    attorneys for them and an agreement of

17    payment.

18         Q.   So are there a number of claimants

19    in the world or terror victims who have

20    signed claimant and center agreements with

21    the American Center for Civil Justice?

22         A.   Yes, there are.

23         Q.   Are there also to your knowledge a

24    number of terror victims in the world who

25    have signed claimant and center agreements

1              E. PERR - AUDIO RECORDING

2        with the American Center for Civil Justice

3        Religious Liberty and Tolerance, Inc.?

4              A.   I'm not involved, I don't know,

5        you have to ask him.

6              Q.   You don't know whether --

7              A.   No.

8              Q.   -- there's any individuals who

9        have signed claimant and --

10             A.   No.

11             Q.   -- and center agreements with that

12       organization?

13             A.   No.

14             Q.   There was a case called Valencia.

15       Are you familiar with that case?

16             A.   (Inaudible.)

17             Q.   There was a case called Valencia,

18       are you familiar with that case?

19             A.   I don't recall all these names,

20       you have to forgive me.

21             Q.   You don't know.  Do you know who

22       Cielito Valencia?

23             A.   I don't recall all the names.

24             Q.   Do you recall the name Steven

25       Wolfe?

```
 1                    E. PERR - AUDIO RECORDING

 2           A.    I don't recall the names.

 3           Q.    So where did you get the name

 4     Cielito Valencia to include on your Schedule

 5     EF for item 3.4, where did you get that

 6     name?

 7           A.    Take a break, take a break.

 8           Q.    Do you need a break?

 9           A.    Get some fresh air.  Yeah.

10           MR. SPONDER:  We're going to take

11     a break.

12              (END FILE TITLED: 1002)

13              (BEGIN FILE TITLED: 1003)

14           MR. SPONDER:  All right, we're

15     back on the record, Mr. Perr took

16     another break and hopefully he's

17     feeling up to the rest of this, and

18     hopefully we don't need any more

19     breaks.

20           But we wanted -- someone wanted to

21     just put on -- state your name on the

22     record again and wanted to make a

23     statement.

24           JEDEDIAH PERR:  Just asking for my

25     father's health, how much longer does
```

```
 1                  E. PERR - AUDIO RECORDING

 2        he have to stay?

 3             MR. SPONDER:  Well see --

 4             JEDEDIAH PERR:  He's exhausted.

 5             MR. SPONDER:  Understood.  We'll

 6        see where the questions are going, I'm

 7        hoping not more than -- well,

 8        Mr. Politan, are you going to ask

 9        questions?

10             MR. POLITAN:  No.

11             MR. SPONDER:  So these are the

12        last questions.

13             MR. SERBIN:  I have questions.

14             MR. SPONDER:  You have questions?

15             MR. SERBIN:  I asked that I

16        reserve.

17             MR. SPONDER:  You reserved.

18             MR. SERBIN:  But I won't have

19        much.

20             MR. SPONDER:  What do you think

21        five, ten minutes.

22             MR. SERBIN:  It's 4:05, the day

23        ends.

24             MR. NEUMANN:  What do you think?

25        How much longer do you think you have?
```

1                    E. PERR - AUDIO RECORDING

2           I want to give him a number.

3               MR. HOWE:  It depends on what he

4           does.

5               MR. SPONDER:  I understand.

6           Fifteen, twenty minutes.

7               MR. SERBIN:  Yeah, not that.

8               MR. SPONDER:  Not that, okay. Ten,

9           fifteen minutes.

10              JEDEDIAH PERR:  Okay, just my

11          father might have to just (inaudible)

12          next time.

13              MR. SPONDER:  Well, the -- the

14          deal is this:  If we end and don't

15          finish, you have to come back.

16              JEDEDIAH PERR:  That's fine.

17              MR. SPONDER:  But if we finish,

18          you don't have to come back.

19              JEDEDIAH PERR:  I understand that.

20              MR. SPONDER:  Just, sir.

21              MR. SERBIN:  This is Gary Serbin

22          from Koffsky Schwalb, with respect to

23          my previous statements that were made

24          concerning the settlement agreement in

25          the Nassau County case with Michael

1                E. PERR - AUDIO RECORDING

2                Engleberg, Koffsky Schwalb represented

3                Elie Ezer Perr and Milton Pollack as

4                individuals and did not represent ACCJ

5                and on behalf of ACCJ in those

6                negotiations.  And those negotiations

7                on behalf of ACCJ were handled by

8                Mr. Neal Sher.

9                     MR. SPONDER:  Okay, thank you.  If

10               you want to continue.

11          EXAMINATION BY

12          MR. TOLCHIN:

13               Q.   Mr. Perr, do you know who Sonya

14          Broadway is?

15               A.   Let me explain this more than yes

16          or no.  The power of attorney in most of

17          these people and most of all of them as a

18          matter of fact, the sole power of attorney

19          was Michael Engleberg.  He claims that these

20          people are American Center people and -- and

21          this -- and as on the side of precaution,

22          any name he submitted as American Center

23          people we potentially can be sued for, they

24          were listed on this form.

25               Q.   So who is Sonya Broadway?

1                    E. PERR - AUDIO RECORDING

2          A.   I don't know myself, I don't know

3     the person.

4          Q.   Is she a claimant?

5          A.   I assume so, a potential claimant.

6          Q.   Did you retain an attorney for

7     her?

8          A.   I can't answer, I don't know.

9          Q.   Did you fund any extensive

10    litigation for her?

11         A.   I don't know.

12         Q.   Did you recover any money for her?

13         A.   I don't know.

14         Q.   Do you know what the United States

15    Victims State Sponsored Terrorism Fund is?

16         A.   Yes.

17         Q.   Okay.  Would you agree that's a

18    government fund from Washington that pays

19    out money to terror victims?

20         A.   Yes.

21         Q.   Who have judgments against state

22    sponsors of terrorism?

23         A.   Yes.

24         Q.   And in fact, did the American

25    Center for Civil Justice get some money from

1                 E. PERR - AUDIO RECORDING

2          that fund through their clients?

3                 A.   No, we arranged that fund for the

4          clients to get directly from the fund.

5                 Q.   Right.  Because did any claimants

6          represented or assisted by the American

7          Center for Civil Justice receive money from

8          this fund?

9                 A.   Yes.

10                Q.   And out of the money that those

11         claimants received, did any of those

12         claimants make a donation or a payment to

13         the American Center for Civil Justice?

14                A.   I don't know.

15                Q.   You don't know if you got any

16         money from --

17                A.   Nope.

18                Q.   -- claimants.  Do you know whether

19         the American Center for Civil Justice

20         Religious Liberty and Tolerance, Inc.

21         received any money from claimants who got

22         money from that fund?

23                A.   I don't know.

24                Q.   Do you know whether Sonya Broadway

25         signed a claimant and center agreement with

1                  E. PERR - AUDIO RECORDING

2       the American Center for Civil Justice?

3              A.    I don't know.

4              Q.    Do you know whether Sonya Broadway

5       signed a claimant of center agreement with

6       the American Center for Civil Justice

7       Religious Liberty and Tolerance?

8              A.    I don't know.

9              Q.    You said a few minutes ago that

10      Dr. Engleberg said that these were claimants

11      represented by the American Center.  Do you

12      recall that testimony?

13             A.    Dr. Engleberg claims everything --

14             Q.    I only ask you if you remember

15      having said that a moment ago.

16             A.    What did I say?  Repeat that.

17             Q.    You that Dr. Engleberg says that

18      Sonya Broadway was a claimant represented by

19      the American Center for Civil Justice.

20             A.    Let me clarify.  He says that all

21      claimants belong to the American Center and

22      nothing belongs to New Jersey or anything

23      else.  This is his position on everything.

24             Q.    So when you say "New Jersey," are

25      you referring to the American Center for

```
 1                E. PERR - AUDIO RECORDING

 2         Civil Justice Religious Liberty and

 3         Tolerance, Inc.?

 4              A.   Yes, I am.

 5              Q.   That's the entity that your son

 6         controls?

 7              A.   I am not familiar with the

 8         legal -- the legal board of the center, I'm

 9         not familiar with it.  I know that he has --

10              Q.   That is the --

11              A.   That's correct.

12              Q.   That is the entity that your son

13         Jed, is on the board of?

14              A.   Yes.

15              Q.   So you're saying that

16         Mr. Engleberg says that all the claimants

17         who were -- who signed claimant and center

18         agreement with the New Jersey center as you

19         call it, are actually or should be

20         considered as if they were claimants of the

21         American Center?

22              A.   That has been his position.

23              Q.   Okay.  Do you share that position?

24              A.   No, I don't.

25              Q.   Why don't you share that position?
```

```
 1                 E. PERR - AUDIO RECORDING

 2                 JEDEDIAH PERR:  You don't have to

 3         answer that, this is a novelty.

 4         Q.    You kind of have to answer it.

 5         A.    I'm sorry.

 6         Q.    You do not share Dr. Engleberg's

 7   position?

 8         A.    Dr. Engleberg and I are in a

 9   lawsuit.

10                 JEDEDIAH PERR:  You don't have to

11         answer.

12                 MR. TOLCHIN:  Can I have Jed Perr

13         removed from the room?

14                 JEDEDIAH PERR:  It's a lawsuit.

15                 MR. TOLCHIN:  This is ridiculous.

16                 MR. SPONDER:  If you speak again

17         --

18                 THE WITNESS:  It's a lawsuit.

19                 MR. SPONDER:  -- you have to

20         leave.

21         Q.    So you do not share

22   Dr. Engleberg's position?

23         A.    It's a lawsuit, whatever will be

24   resolved, will be resolved.

25         Q.    Sir, do you believe that anyone
```

1                E. PERR - AUDIO RECORDING

2        that who signed the claimant and center

3        agreement with the New Jersey center is a

4        claimant or client of the New Jersey Center

5        and not the debtor, American Center for

6        Civil Justice?

7                   MR. NEUMANN:  I think the response

8              is it's an issue that's involved in

9              pending litigation and it would be

10             outside the scope of this hearing.

11                  MR. TOLCHIN:  I'm asking what he

12             contends.

13                  MR. NEUMANN:  But it's an issue

14             that's currently in litigation.

15                  MR. TOLCHIN:  What litigation is

16             that part of?

17                  MR. NEUMANN:  It's a part of

18             litigation.

19                  MR. TOLCHIN:  Maybe you should

20             have asked that before you directed the

21             answer, Mr. Neumann.

22             Q.   Which litigation is that part of?

23             A.   There's litigation between

24        Engleberg's and -- the litigation of

25        Engleberg against myself and against the

DIAMOND REPORTING (877) 624-3287 info@diamondreporting.com

1                E. PERR - AUDIO RECORDING

2      center.

3              Q.   That case is called Engleberg

4      versus Perr?

5              A.   I don't know what it's called.

6              Q.   You don't know the name of the

7      case?

8              A.   I don't know the name of the case.

9              Q.   Is that a case in Nassau County?

10             A.   In Nassau County.

11             Q.   In front of Judge Bucaria?

12             A.   Yes.

13             Q.   In that litigation you are

14     personally a party?

15             A.   I don't recall.

16             Q.   You don't know if you're a party?

17             A.   I don't know, I don't know.

18             Q.   You just said that Engleberg

19     started a litigation against yourself.

20     Didn't you just say that?

21             A.   You take everything literally.

22     Okay, the litigation is what speaks for

23     itself, okay.

24             Q.   Which litigation speaks for

25     itself?

1              E. PERR - AUDIO RECORDING

2         A.   I'm not going to answer.

3              MR. SPONDER:   So you're refusing

4         to answer, sir?

5              THE WITNESS:  I don't have an

6         answer.  I don't know what he's talking

7         about.

8              MR. SPONDER:  So ask him to

9         clarify.

10        A.   You want to repeat your question?

11        Q.   You said a moment ago that there's

12   litigation involving Dr. Engleberg's claim

13   that certain claimants should be regarded as

14   clients of the debtor.  Do you recall saying

15   that?

16        A.   I am not a lawyer to speak in

17   legalese terms.  There's a litigation

18   between Engleberg and myself going on for

19   six years, I do not know the name of the

20   case and I'm not a specialist on it.  It's

21   either taken care of the by attorneys or

22   Sher takes care of it and that's it.

23        Q.   But you're a part of that case,

24   Elie Ezer Perr is part of that case?

25        A.   I do not know, I don't read the

```
 1              E. PERR - AUDIO RECORDING

 2     papers and I don't take part in it.

 3          Q.   Have you ever signed an affidavit

 4     in that case?

 5          A.   I don't recall.

 6          Q.   Have you ever testified in a

 7     deposition?

 8          A.   No, not to my knowledge, no.

 9          Q.   In that litigation have you had to

10     respond to Dr. Engleberg's claims?

11          A.   So what's the question?

12          Q.   Have you had to respond to

13     Dr. Engleberg's claims, question mark.

14          A.   The attorneys responded.

15          Q.   On your behalf?

16          A.   I would assume so.

17          Q.   And if the attorneys responded on

18     your behalf, did they agree with

19     Dr. Engleberg's claim that Sonya Broadway

20     was a client or claimant of the American

21     Center for Civil Justice?

22              MR. NEUMANN:  Don't answer the

23              question.  We're not going to answer

24              any more questions about the pending

25              litigation.  We've established this is
```

```
 1                E. PERR - AUDIO RECORDING
 2         a pending litigation.
 3              MR. TOLCHIN:  Why not, what
 4         objection?
 5              MR. NEUMANN:  Because this is a
 6         341A hearing, you can take a deposition
 7         --
 8              MR. TOLCHIN:  But he's listing
 9         these people as claimants, and saying
10         there's millions of dollars involved
11         and a settlement agreement that he
12         didn't bother mentioning.
13              MR. SPONDER:  And this was exactly
14         what I mentioned not to happen before
15         we got on.  If Mr. Neumann says not to
16         answer, it's on the record.  You'll
17         have to bring your own 2004 and they'll
18         have to show up again and face the
19         music then.
20              You can ask whatever questions you
21         want and he can continue to say I don't
22         know and you can get that on the record
23         and then you can use it for whatever
24         it's worth later.
25         Q.   So you mentioned there was some
```

```
 1                E. PERR - AUDIO RECORDING

 2      litigation involving Diana Compuzano and Avi

 3      Elishis and Greg Salzman.  Do you recall

 4      saying that?

 5           A.   I don't recall them, I don't

 6      recall what I said.

 7           Q.   Do you know that there was a

 8      lawsuit against the American Center for

 9      Civil Justice?

10           A.   I'm aware of it.

11           Q.   Brought by them?

12           A.   And by yourself, yes.

13           Q.   As their attorney?

14           A.   Yes.

15           Q.   Do you know the status of that

16      lawsuit?

17           A.   There is no status.

18           Q.   Is that lawsuit pending in court?

19           A.   We're in Chapter 11, I don't

20      understand.  This is whatever legal

21      terminology, whatever it is.

22           Q.   Well, in that lawsuit do you know

23      when the motion for summary judgment was

24      filed?

25           A.   I don't know.
```

```
1              E. PERR - AUDIO RECORDING
2         Q.   Do you know whether -- well, do
3    you know whether the American Center for
4    Civil Justice is a party to that lawsuit?
5         A.   Certainly.  It's a defendant.
6         Q.   Okay, what about the American
7    Center for Civil Justice's general counsel
8    Neal Sher, is he a party to that lawsuit?
9         A.   I believe so, yes.
10        Q.   And is the American Center for
11   Civil Justice represented by a lawyer in
12   that lawsuit?
13        A.   As far as I know, yes.
14        Q.   Is that Koffsky Schwalb?
15        A.   You have to ask him, there's so
16   many lawyers.
17        Q.   You don't know who the ACCJ's
18   lawyer is in that case?
19             JEDEDIAH PERR:  All right, I think
20        we're going to call it a day, my father
21        gets a break.
22             MR. SPONDER:  Sir, you're able to
23        answer more questions or am I going to
24        stop this and we're going to come back
25        for another 341?
```

1                    E. PERR - AUDIO RECORDING

2                    THE WITNESS:  Continue, continue.

3                    MR. SPONDER:  I don't -- if you

4            have health concerns, I'm not going to

5            be the one that -- if you have a health

6            concern -- okay, if you don't --

7            A.    Can you repeat the question

8     please, go ahead.

9            Q.    Who is your attorney representing

10    the American Center for Civil Justice in the

11    Compuzano lawsuit?

12           A.    I think you answered that.

13           Q.    Tell us if you know.  If you don't

14    know, you can say you don't know.

15                    MR. SPONDER:  That's -- that's

16            actually --

17           A.    I don't know.

18                    MR. SPONDER:  If you don't know,

19            that's -- you don't remember whatever

20            need to say, you say.

21           Q.    Do you know whether the American

22    Center for Civil Justice submitted

23    opposition papers to a summary judgment

24    motion in that case?

25           A.    I don't know.

1              E. PERR - AUDIO RECORDING

2         Q.   Have you ever read any document in

3    the case of Diana Compuzano, Avi Elishis and

4    Greg Salzman versus the American Center for

5    Civil Justice et al.?

6         A.   Hardly, hardly.  I'm not -- I

7    don't pay attention to it.

8         Q.   You don't pay attention.  So do

9    you know how much the American Center for

10   Civil Justice is being sued for?

11             MR. NEUMANN:  All right, don't

12        answer the question.  I'm going to cut

13        off the questioning about the pending

14        litigation.

15             MR. SPONDER:  Do you have any

16        questions other than the pending

17        litigation?

18             MR. TOLCHIN:  Give me a moment.

19        To save time why don't you let David

20        go, and if I have anything I'll come

21        back.

22             MR. HOWE:  Hi, Mr. Perr.

23             THE WITNESS:  Yes.

24             MR. HOWE:  I'm David Howe, law

25        firm Livingston & Howe, LLP (inaudible)

1              E. PERR - AUDIO RECORDING

2         I represent my client who you've met

3         before.  I only have a few questions

4         for you.

5    EXAMINATION BY

6    MR. HOWE:

7         Q.   If I understand what you said a

8    few minutes ago in response to Mr. Tolchin's

9    questions, and this is going to be a rather

10   long question too, so just bear with me.

11             It seems to be that you said is

12   that there's a number of claimants

13   identified in your schedules as creditors

14   who have claimant and center agreements with

15   what we've been calling the New Jersey

16   Center, is that correct?

17        A.   I don't know that for a fact.

18        Q.   Okay, what I thought I understood

19   you to say was that there are some claimants

20   who have those types of agreements that my

21   client is disputing that those are filed

22   (inaudible.)

23        A.   I didn't say that to my knowledge.

24        Q.   Okay.  Do you think that there are

25   any claimants listed in these schedules that

1                    E. PERR - AUDIO RECORDING

2          have claimant and center agreements that

3          were signed by the New Jersey Center?

4                    A.    I don't know that.

5                    Q.    Now, referring to the settlement

6          agreement that you said you signed to

7          resolve the lawsuit brought by my client,

8          Dr. Engleberg, do you recall when that

9          agreement was signed?

10                   A.    No, I don't.

11                   Q.    If I told you that it was signed

12         in December of last year, December of 2017,

13         would that sound right to you?

14                   A.    I can't answer, I don't know.

15                   Q.    Do you recall if it was signed

16         during the last 12 months?

17                   A.    Yes, it was.

18                   Q.    So can you approximate when it was

19         signed?

20                   A.    Towards the end of year, beginning

21         of '18, I'm not sure.

22                   Q.    Are you aware that one of the

23         terms of that agreement is that the company

24         we've been calling the New Jersey Center

25         will be merged into the American Center?

1             E. PERR - AUDIO RECORDING

2         A.   Yes.

3         Q.   Okay.  And are you also aware that

4    as part of that agreement, the claims in the

5    counterclaims amongst the parties in that

6    lawsuit would be dismissed once it was

7    approved by the Court, does that sound

8    familiar to you?

9         A.   Court and attorney general.

10        Q.   And was it a part of that

11   agreement that you would then retire upon

12   the consummation of that agreement?

13        A.   What is your question?

14        Q.   I just said my question.  Was it a

15   part of that agreement that once it was

16   finalized and approved by the Court at that

17   point you would retire from the American

18   Center?

19        A.   I retired, I don't know at what

20   point and what position.

21        Q.   I'm sorry, I don't understand.

22        A.   I don't know at what point.  You

23   say at that point upon signing it, I have

24   to -- you're talking attorney talk.  I can't

25   tell you when resign, yes, I'll resign.

```
1                E. PERR - AUDIO RECORDING

2          Q.   I'm not talking about --

3          A.   I'm not saying what time and --

4          Q.   What day?

5          A.   (inaudible) when after I'm not

6     sure what position, I'm not going into any

7     of that.

8          Q.   Okay, but at some point --

9          A.   Yes, retire.

10         Q.   Okay, did you have an idea of how

11    long it would take before you decided to

12    retire after the settlement was approved in

13    court?

14         A.   I have no idea.

15         Q.   Within a year?

16         A.   I have no idea.

17         Q.   Within six months?

18         A.   It was never discussed.

19         Q.   It was never discussed?

20         A.   To my knowledge, it was never

21    discussed.  It would have to be worked out.

22         Q.   Okay.

23         A.   There's still litigation.  I don't

24    know why we have to go through.

25         Q.   Do you have an intention as to
```

```
 1                E. PERR - AUDIO RECORDING
 2      what will happen to that settlement
 3      agreement in the context of this bankruptcy
 4      case?
 5           A.   I can't imagine you or anyone else
 6      wanting to be on the board, but I have no
 7      idea.
 8           Q.   That was --
 9           A.   Of a bankrupt -- of a bankrupt
10      organization, yes.  You would want to be on
11      the board?
12           Q.   I'm not sure if I would qualify as
13      being sufficiently independent, because
14      that's another one of the stipulations in
15      the agreement is that they should be
16      majority independent.
17           A.    Independent like Engleberg, 47
18      years of independence with me, yes.
19           Q.   I understand that as sarcasm.
20           A.   Yes, yes, of course it's sarcasm.
21                MR. NEUMANN:  Don't be sarcastic.
22           The record is not going to reflect that
23           you're being sarcastic, always be
24           literal.
25                THE WITNESS:  (Inaudible.)
```

1            E. PERR - AUDIO RECORDING

2            Q.    Now, so again if I understand this

3       correctly under the claimant and center

4       agreements, part of the deal is that if

5       there is a financial recovery on behalf of a

6       claimant, a portion of that recovery is to

7       be donated to the American Center.  Is that

8       correct?  And it's typically 20 percent.

9            A.    That's right.

10           Q.    Okay.

11           A.    Excuse me, but you didn't state

12      that it covers all fees.

13           Q.    I understand.

14           A.    All legal fees.

15           Q.    So you advanced money for fees --

16           A.    We charge less than half of what

17      lawyers charge, yes.

18           Q.    Understand.  As of today, do you

19      anticipate that will be recoveries in the

20      future for any of the victims who are being

21      assisted by the American Center?

22           A.    I can't know.

23           Q.    Is it possible?

24           A.    Most people don't pay.

25           Q.    Okay.

1          E. PERR - AUDIO RECORDING

2          A.   (Inaudible.)

3          Q.   Isn't it the case though, that

4    there are payments anticipated to be made

5    next year for the U.S. Victims of State

6    Sponsors of terrorism Fund?

7          A.   I wouldn't know, it goes through

8    victims, not to center.

9          Q.   So you don't know whether there's

10   anticipation of future revenue?

11         A.   I have no idea.

12         Q.   Because I would say if there were

13   going to be future revenues, it probably

14   should have been scheduled as another asset

15   --

16         A.   I have no idea.

17         Q.   -- in your schedules.

18              MR. NEUMANN:  As an asset of the

19         center or is it an asset?

20              THE WITNESS:  I would have to say

21         20 percent, they have to sue for that,

22         we never sued anybody.

23         Q.   Do you rely on your son for

24   business advice?

25         A.   No.

1                E. PERR - AUDIO RECORDING

2                Q.    Do you speak to your son about the

3        business of the center?

4                A.    Yes.

5                Q.    How frequently do you do that?

6                A.    I can't answer that question.

7                Q.    Why not?

8                A.    Because I don't keep a time

9        schedule, I'm not an attorney.

10               Q.    Do you speak to your son every

11       day?

12               A.    Pretty much.

13               Q.    And when you speak to him you talk

14       about business?

15               A.    Sometimes yes, sometimes no.

16               Q.    Do you know how many employees are

17       employed by the New Jersey Center?

18               A.    No, I don't.

19               Q.    Is it your understanding that your

20       son is the principal employee and CEO of

21       that organization?

22               A.    I never discussed it, I don't

23       know.

24               Q.    Do you know the name of any other

25       person who is affiliated with that?

```
 1                E. PERR - AUDIO RECORDING

 2          A.   I'm not involved, I don't know.

 3          Q.   You don't know?

 4          A.   No.

 5               MR. HOWE:  Okay, I'll pass it up

 6          to Mr. Tolchin.

 7               MR. TOLCHIN:  I'd wish you give me

 8          five minutes warning when you do that.

 9     EXAMINATION BY

10     MR. TOLCHIN:

11          Q.   What's the nature of the fee

12     dispute with Mr. Gaston?

13          A.   I don't know.

14          Q.   Who would know that?

15          A.   I don't know the name, I would

16     have to ask Mr. Gaston and Mr. Sher.

17          Q.   Do you have any dispute with

18     Mr. Gaston?

19          A.   No.

20          Q.   So I can ask Mr. Gaston for his

21     side of the story?

22          A.   You can ask him.

23          Q.   Who would know your side of the

24     story?

25          A.   I don't know.  I'm not involved in
```

1                E. PERR - AUDIO RECORDING

2         the financial things in any case, I don't

3         know.

4              Q.   Do you recall Joshua's Ambush's

5         lawsuit and there was a motion to dismiss

6         filed?

7              A.   I don't know.

8              Q.   Who would know that?

9              A.   I don't know.

10             Q.   Do you know if the court ever

11        decided the motion to dismiss?

12             A.   There's no decision from the court

13        for three years, I don't know.

14             Q.   Is there any motion that's been

15        pending --

16             A.   No.

17             Q.   -- for something like three years?

18             A.   I don't know.

19             Q.   Who would know?

20             A.   I don't know.

21             JEDEDIAH PERR:  This has been

22        going on for 20 minutes, half hour.

23             MR. NEUMANN:  You want to come

24        back?

25             JEDEDIAH PERR:  How much time does

1                  E. PERR - AUDIO RECORDING

2           each person get to question?

3                  MR. SPONDER:  As much as I --

4                  MR. NEUMANN:  Right, right or any

5           time.  End it prematurely and have to

6           come back.

7                  MR. SPONDER:  He said he only had

8           five or ten minutes so I'm hoping that

9           it's less.

10          Q.   So the -- what you're calling the

11   New Jersey Center is listed as having a

12   claim against the debtor on the petition; is

13   that correct?

14          A.   Yes.

15          Q.   You listed it as $14,818,844?

16          A.   If that's what it says, that's

17   what it says.

18          Q.   And you said that there's an

19   agreement between the debtor and the New

20   Jersey Center?

21          A.   So I understand it, yes.

22          Q.   Who signed that agreement?

23          A.   I don't remember.

24          Q.   Did you sign that agreement?

25          A.   I don't remember, no, I don't

1                E. PERR - AUDIO RECORDING

2        remember.

3                Q.   Did that agreement require --

4                A.   I certainly didn't sign it.

5                Q.   Did that agreement require the New

6        Jersey Center to perform some services or do

7        some work?

8                A.   You don't have to --

9                Q.   In order to be entitled to be paid

10       $14 million.

11               A.   I did not negotiate it, I was not

12       involved with it, I can't answer the

13       question.

14               Q.   Did you ever read it?

15               A.   I don't think so.

16               Q.   Did you ever sign it?

17               A.   No, not to my knowledge.

18               Q.   You said the board reaffirmed it

19       in 2013 or so?

20               A.   I was not -- I didn't sign it.

21               Q.   Were you at the board meeting

22       where it was reaffirmed?

23               A.   I stepped out.

24               Q.   You stepped out of the meeting,

25       why did you do that?

```
 1              E. PERR - AUDIO RECORDING
 2         A.   Because I didn't want to run
 3    conflict of interest.
 4         Q.   Why would there be a conflict of
 5    interest?
 6         A.   Figure it out yourself.
 7         Q.   I'm asking you, sir.
 8         A.   I don't know.
 9         Q.   You don't know why there would be
10    a conflict of interest?
11         A.   At this moment, no.
12         Q.   Would it be because your son was
13    the control person in the New Jersey Center?
14         A.   Look, this will ride out in court
15    this business.  I can't answer the question,
16    I'm not going to answer.
17         Q.   Why aren't you going to answer?
18         A.   Because I don't know.
19         Q.   Is that a false claim that you put
20    on the petition?
21         A.   No, no, it's not.
22         Q.   What?
23         A.   It's not to my knowledge.
24         Q.   How did you come up with the
25    number $14.8 million?
```

1              E. PERR - AUDIO RECORDING

2         A.    Ask our attorney.

3         Q.    Where did that number come from?

4         A.    Ask Mr. Sher, the attorney.

5         Q.    Ask Mr. who?

6         A.    Mr. Sher.

7         Q.    Mr. Neal Sher made up that number?

8         A.    I don't know if he made that up,

9    he's more knowledgeable than I.

10        Q.    Can you show me where Neal Sher's

11   signature appears on the petition?

12        A.    He's not a board member.

13        Q.    He didn't sign this petition under

14   penalty of perjury, did he?

15        A.    No, he didn't.

16        Q.    You did sir, correct?

17        A.    That's right.

18        Q.    So before you signed the petition

19   under penalty of perjury, did you review the

20   information contained on it and make sure

21   that it was accurate?

22        A.    I did advise my -- either the

23   controller --

24        Q.    Answer the question, sir, did you

25   review the information and make sure this

```
 1              E. PERR - AUDIO RECORDING
 2     was accurate?
 3          A.   No, I did not, I assumed it to be
 4     so.
 5          Q.   So you're saying you have no idea
 6     whether the information contained in the
 7     petition was accurate.  Is that correct,
 8     sir?
 9          A.   What's your question?
10          Q.   Do you have any idea whether the
11     information contained in the petition is
12     accurate?
13               JEDEDIAH PERR:  (Inaudible.)
14          Q.   Mr. Jed Perr, please stop talking
15     to the witness.
16               MR. SPONDER:  We're not taking a
17          break right now.
18          A.   No breaks.  Can you repeat your
19     question?
20          Q.   As of today, sir, do you have any
21     idea whether the information contained in
22     the petition is accurate?
23          A.   I assume all the papers here are
24     accurate and that's why they're signed as
25     such.
```

1                 E. PERR - AUDIO RECORDING

2           Q.   What did you do to verify the

3      accuracy of the number $14,818,844 listed as

4      the claim for the American Center for Civil

5      Justice Religious.  It's cut off, but the

6      New Jersey Center.

7           A.   I trust the accountant or the

8      controller or my lawyer.

9           Q.   Did you actually talk to an

10     accountant or a lawyer or a controller about

11     that number before you signed the petition?

12          A.   I consulted everything here and I

13     was told it's accurate.

14          Q.   Who did you consult about that

15     $14.8 million number?

16          A.   I don't recall that particular

17     thing.

18          Q.   That's a little thing,

19     $15 million, right?  Win some, lose some.

20          A.   You know.

21          Q.   Did you speak to Mr. Sher about

22     that number?

23          A.   I can't -- I do not know.

24          Q.   You do not know?  So as you sit

25     here today, is it a fact that you cannot

1              E. PERR - AUDIO RECORDING

2      give us even the general contours of where

3      that $14.8 million number comes from.

4              A.    I cannot.

5              Q.    Would the same apply to Diana

6      Compuzano's claim?

7              A.    I do not know where it's from.

8              Q.    Do you have even the foggiest

9      notion of what Diana Compuzano's claims you

10     owe her money for?

11              MR. NEUMANN:  We're not talking

12          about that.  Don't answer the question.

13          It's pending litigation.

14              Q.    Well, last month when we sat in a

15     mediation session, trying to negotiate a

16     settlement of Diana Compuzano's claim, did

17     you know what the case was about?

18              A.    I still don't know what it was

19     about.

20              Q.    You don't know what the claim is?

21              A.    You want to know if I know is what

22     you're asking for?

23              Q.    Yeah.

24              A.    Whatever you submitted,

25     20 million, 30 million; what did you submit?

```
 1                E. PERR - AUDIO RECORDING

 2      Q.    For what?

 3      A.    What did you submit?

 4      Q.    What was the nature of the claim?

 5            MR. NEUMANN:  Don't answer the

 6      question.  We're not going to answer

 7      these questions.

 8            MR. SPONDER:  I appreciate the

 9      questions.  But when you get this tape

10      if you do, I think he's answered that

11      question three to five times already,

12      the same question.

13            MR. NEUMANN:  Which is that he

14      does not know.

15            MR. SPONDER:  Correct.  So we have

16      to move on from did not know.  Even if

17      you don't agree, that's his testimony.

18            MR. TOLCHIN:  I have no more

19      questions.

20            MR. NEUMANN:  Good, we're done.

21            MR. SPONDER:  I don't know, I

22      might have more questions.  I want to

23      stay here a lot longer, come on.  Gotta

24      get past 6:00.

25            MR. NEUMANN:  It's my wife's
```

```
 1                E. PERR - AUDIO RECORDING

 2        birthday, I want to get out of here.

 3              MR. SPONDER:  It's Mr. Neumann's

 4        wife's birthday.  I appreciate everyone

 5        for appearing.  I'm going to hold this

 6        meeting open for purposes of many of

 7        the documents I have requested.

 8              MR. NEUMANN:  I made notes.

 9              MR. SPONDER:  I know, I saw you

10        writing notes; I appreciate that.

11        Mr. Perr, I thank you, Rabbi Perr,

12        thank you for appearing.

13              And we're going to end the

14        meeting, but as I said leave it open,

15        and that's that.

16              (END FILE TITLED: 1003)

17

18

19

20

21

22

23

24

25
```

```
 1                    E. PERR - AUDIO RECORDING

 2

 3         I N D E X   O F   A U D I O   F I L E S

 4

 5         AUDIO FILE      START PAGE          END PAGE

 6         1001            6                   50

 7         1002            50                  106

 8         1003            106                 142

 9

10

11              o           o           o           o

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1             E. PERR - AUDIO RECORDING

2              C E R T I F I C A T E

3

4     STATE OF NEW YORK          )
                                 :  SS.:
5     COUNTY OF RICHMOND         )

6

7         I, MADELINE TAVANI, a Notary Public for

8     and within the State of New York, do hereby

9     certify:

10        That the above is a correct

11    transcription of my stenographic notes.

12        I further certify that I am not related

13    to any of the parties to this action by

14    blood or by marriage and that I am in no way

15    interested in the outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set

17    my hand this 3rd day of May 2018.

18

19                    _____

20                         MADELINE TAVANI

21

22

23

24

25

E. PERR - AUDIO RECORDING

145

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit L - Transcript of 341 Meeting   Page 146 of 162

**$**

**$1,100 [1]** 58/9
**$100,000 [2]** 25/17 90/19
**$11.8 [2]** 42/18 42/18
**$11.8 million [2]** 42/18 42/18
**$14 [1]** 135/10
**$14,818,844 [2]** 134/15 139/3
**$14,999 [1]** 39/12
**$14.8 [4]** 59/11 136/25 139/15 140/3
**$14.8 million [3]** 59/11 139/15 140/3
**$15 [1]** 139/19
**$15 million [1]** 139/19
**$150,000 [1]** 90/15
**$180,000 [1]** 70/20
**$19 [2]** 51/19 52/9
**$19 million [2]** 51/19 52/9
**$2,000 [1]** 11/9
**$23 [1]** 46/6
**$23 million [1]** 46/6
**$250 [1]** 11/11
**$3 [1]** 26/21
**$3 billion [1]** 26/21
**$30 [1]** 22/17
**$30 million [1]** 22/17
**$300 [2]** 28/3 28/7
**$300 million [2]** 28/3 28/7
**$31 [3]** 99/6 99/9 99/17
**$31 million [3]** 99/6 99/9 99/17
**$320,000 [1]** 65/4
**$37,000 [1]** 69/25
**$38.8 [1]** 66/22
**$4.3 [1]** 68/20
**$4.3 million [1]** 68/20
**$6,425 [2]** 16/22 72/16
**$740,000 [2]** 45/8 45/11
**$8.95 [1]** 63/11
**$8.95 million [1]** 63/11
**$900,000 [1]** 95/9

**'18 [1]** 125/21
**'till [1]** 38/24

**0**

**07102 [1]** 3/11
**07728 [1]** 2/6
**07945 [1]** 2/18
**08701 [2]** 7/3 30/10
**08736 [1]** 2/11

**1**

**1,000 [3]** 95/7 95/8 95/10
**1,730 [1]** 11/13
**100 [1]** 29/14
**100,000 [1]** 45/23
**1001 [3]** 5/2 50/11 143/6
**10016 [1]** 3/22
**10017 [1]** 3/16
**1002 [3]** 50/12 106/12
143/8
**106 [2]** 143/7 143/8
**11 [9]** 19/7 34/18 39/3 40/25 43/22 44/12 44/14 92/5 120/19
**11.8 million [4]** 42/25 43/3 44/10 44/18
**110 [1]** 30/8
**111 [1]** 3/6
**11201 [1]** 3/7
**11530 [1]** 4/6
**11AB [1]** 44/14
**12 [1]** 125/16
**12,500 [1]** 69/5
**120,000 [1]** 70/17
**1225 [2]** 4/5 84/11
**12th [3]** 16/14 17/18 79/6
**13 [1]** 24/13
**1331 [1]** 75/25
**142 [1]** 143/8
**14th [1]** 74/18
**15 percent [1]** 81/12
**15,000 [2]** 12/9 39/13
**150,000 [1]** 67/22
**15691 [2]** 1/3 5/11
**1590 [1]** 3/22
**17 [1]** 97/25
**18-15691 [2]** 1/3 5/11
**1928 [1]** 3/6
**19th [1]** 5/7

**2**

**2,000 [1]** 11/18
**20 [6]** 30/14 30/15 41/5 41/9 41/9 133/22
**20 million [1]** 140/25
**20 percent [2]** 129/8 130/21
**20,000 [1]** 67/25
**200 [1]** 32/10
**2000 [2]** 11/15 11/16
**2004 [3]** 62/25 63/3 119/17
**2007 [3]** 59/18 79/6 82/11
**2013 [4]** 59/23 79/10 82/11 135/19
**2014 [1]** 84/14
**2016 [3]** 11/4 11/13 12/2
**2017 [3]** 80/22 84/19 125/12
**2018 [11]** 1/10 5/7 14/17 16/14 17/18 18/13 41/9 80/24 86/21 101/24 144/17
**20th [1]** 3/15
**211,000 [1]** 32/12
**212 [2]** 30/6 32/10
**212-986-7887 [1]** 3/16
**21209 [1]** 4/10
**216 [2]** 30/6 51/10 51/14
**22 [1]** 86/21
**22nd [1]** 18/13
**2379 [1]** 3/11
**23rd [1]** 14/17
**24 [1]** 73/24
**24 [1]** 73/24
**241 [1]** 125/8
**24th [1]** 16/24
**25 [1]** 19/18
**25,000 [1]** 69/20
**2760 [1]** 2/6
**28 [2]** 8/20 77/21
**280 [1]** 76/5
**2:30 [1]** 5/8

**3**

**3.4 [1]** 106/5
**30 [2]** 39/19 140/25
**3000 [1]** 4/11
**31 [2]** 99/7 99/7
**321,000 [1]** 67/17
**325 [3]** 4/5 39/13 84/12
**341 [1]** 121/25
**341A [2]** 5/9 119/6
**349 [1]** 3/21
**35,000 [1]** 63/23
**3627 [1]** 3/7
**3rd [1]** 144/17

**4**

**4,000 [3]** 24/9 45/2 45/3
**4.3 million [1]** 52/14
**4.7 million [1]** 65/18
**40 [1]** 47/23
**401 [1]** 32/22
**410-580-3000 [1]** 4/11
**4367184386086 [1]** 7/10
**45 [1]** 47/24
**47 [1]** 128/17
**4912 [1]** 74/18
**4:05 [1]** 107/22

**5**

**5.6 million [1]** 60/4
**5/20 [1]** 41/9
**50 [2]** 143/6 143/7
**501 [1]** 23/14
**502 [1]** 2/17
**503C [1]** 23/18
**516-620-9716 [1]** 4/6
**54 [2]** 51/5 77/19
**55th [1]** 75/25
**575 [3]** 36/13 41/13 42/6

**6**

**6,800 [2]** 66/15 66/16
**6053792016 [1]** 85/2
**606919/2014 [1]** 84/14
**6072 [1]** 2/18
**615 [1]** 39/13
**6225 [1]** 4/10
**63 [2]** 2/5 6/25
**646-553-1590 [1]** 3/22
**6:00 [1]** 141/24

**7**

**712,000 [5]** 48/8 48/11 48/19 49/6 56/19
**718-855-3627 [1]** 3/7
**732-223-2416 [1]** 2/12
**732-223-8484 [1]** 2/12
**732-780-2760 [1]** 2/6
**733 [1]** 3/21
**74,999 [1]** 39/13
**740,000 [1]** 45/23
**747 [1]** 3/15
**748,000 [1]** 56/18
**77 [1]** 3/16

**8**

**8484 [1]** 2/12
**88 [1]** 2/17
**8th [1]** 79/10
**8USC1930A6 [1]** 39/5

**9**

**90 [7]** 16/23 43/25 44/4 44/15 44/16 45/3 72/17
**900 [3]** 95/7 95/7 95/10
**9716 [1]** 4/6
**973-645-2379 [1]** 3/11
**973-768-6072 [1]** 2/18

**A**

**AB [1]** 44/12
**Abe [1]** 2/11
**ability [1]** 6/3
**able [8]** 24/21 25/3 25/14 26/6 28/2 41/7 59/15 121/22
**abnormally [1]** 56/24
**about [48]** 14/6 14/16 16/13 16/17 17/17 21/24 27/19 27/25 31/12 35/22 36/15 37/3 42/23 43/22 47/24 51/2 56/5 58/9 59/10 60/12 60/13 60/15 62/18 71/8 71/9 75/25 81/15 86/5 88/21 89/7 90/2 90/8 97/21 97/22 97/23 117/7 118/24 121/6 123/13 127/2 131/2 131/14 139/10 139/14 139/21 140/12 140/17 140/19
**above [2]** 1/15 144/10
**above-captioned [1]** 1/15
**Absolutely [1]** 67/5
**ACCJ [11]** 83/20 83/23 84/13 84/21 86/9 91/9 91/25 93/10 109/4 109/5 109/7
**ACCJ's [2]** 85/8 121/17
**accomplish [1]** 25/14
**According [1]** 48/13
**account [7]** 17/3 35/8 45/7 45/15 45/22 45/23 73/9
**accountant [9]** 71/16 77/9 77/12 77/14 77/15 91/11 91/13 139/7 139/10
**accountants [1]** 40/19
**accounting [2]** 71/14 71/22
**accounts [6]** 34/22 34/25 35/5 42/17 42/25 44/14
**accrual [1]** 71/23
**accrued [2]** 37/23 38/5
**accuracy [1]** 139/3
**accurate [8]** 86/20 137/21 138/2 138/7 138/12 138/22 138/24 139/13
**accurately [2]** 18/24

146

Case 18-15691-CMG    Doc 43-14    Filed 05/08/18    Entered 05/08/18 21:30:37    Desc
**A**    Exhibit I - Transcript of 341 Meeting    Page 147 of 162

E. PERR - AUDIO RECORDING

**accurately... [1]** 55/25

**across [1]** 26/19

**action [9]** 52/24 53/12 73/22 74/6 79/12 84/24 84/25 85/2 144/13

**actions [4]** 28/10 53/9 53/15 55/23

**acts [1]** 69/10

**actually [8]** 69/16 74/16 82/23 85/16 87/6 113/19 122/16 139/9

**add [3]** 12/2 53/19 71/9

**added [3]** 8/22 81/24 82/8

**address [11]** 6/24 14/6 20/16 30/2 30/5 74/21 74/23 74/24 74/25 75/3 75/24 76/7 76/9 76/22 77/18 77/23 102/20

**addresses [1]** 74/14

**advance [1]** 23/5

**advanced [1]** 129/15

**adversary [3]** 11/10 21/12 57/19

**advice [1]** 130/24

**advise [2]** 40/10 137/22

**advised [1]** 84/25

**affairs [12]** 8/21 13/4 14/23 15/3 16/17 17/13 18/23 53/8 55/24 72/7 77/22 81/25

**affidavit [1]** 118/3

**affiliated [1]** 131/25

**affirm [1]** 5/22

**after [18]** 5/8 23/2 24/18 26/3 27/6 33/18 38/3 39/19 39/23 40/16 41/5 86/13 86/17 86/18 99/13 99/20 127/5 127/12

**afternoon [2]** 5/3 5/8

**again [7]** 40/14 49/5 79/10 106/22 114/16 119/18 129/2

**against [22]** 12/24 28/23 29/2 29/15 48/11 49/9 51/17 52/6 52/12 53/13 54/9 55/3 58/5 63/12 67/2 81/16 110/21 115/25 115/25 116/19 120/8 134/12

**ago [10]** 28/20 30/15 47/24 67/13 98/13 101/20 112/9 112/15 117/11 124/8

**agree [4]** 34/6 110/17 118/18 141/17

**agreeing [1]** 104/2

**agreement [56]** 48/13 51/25 52/2 54/10 59/14 59/16 59/18 59/24 61/2 61/5 61/8 79/7 79/18 79/19 82/10 84/16 87/15 87/19 87/24 88/24 89/2 89/5 89/23 90/3 91/3 100/4 100/5 100/9 100/14 100/22 100/24 104/2 104/6 104/13 104/14 104/16 108/24

**agreements [16]** 12/15 42/22 61/11 71/4 71/10 71/11 82/13 82/17 104/9 104/20 104/25 105/11 124/14 124/20 125/2 129/4

**ahead [3]** 29/4 87/11 122/8

**air [2]** 84/17 106/9

**Airport [1]** 47/23

**al [2]** 7/23 123/5

**alcohol [1]** 6/5

**Alisa [1]** 26/4

**all [64]** 10/9 13/12 13/20 14/3 15/17 15/18 15/22 16/3 17/25 18/21 19/9 19/23 20/19 22/6 26/7 28/5 29/17 29/21 30/21 33/12 38/12 39/2 41/11 42/18 48/22 49/22 49/25 51/16 53/7 53/8 53/14 53/25 54/17 55/10 55/22 56/11 56/18 57/16 59/3 71/2 71/11 77/21 83/6 84/5 86/17 87/8 92/20 93/13 93/18 94/8 94/10 94/14 96/18 105/19 105/23 106/14 109/17 112/20 113/16 121/19 123/11 129/12 129/14 138/23

**allow [1]** 29/11

**allowed [3]** 23/16 26/9 26/12

**alone [1]** 22/17

**already [5]** 7/25 51/8 56/8 57/14 141/11

**also [12]** 4/13 8/23 22/16 34/5 38/16 69/24 85/14 85/17 88/11 95/3 104/23 126/3

**always [1]** 128/23

**am [10]** 11/3 32/4 77/2 81/18 113/4 113/7 117/16 121/23 144/12 144/14

**Ambush [13]** 22/18 66/22 67/12 81/16 81/24 97/21 97/24 98/2 98/12 100/2 100/25 101/6 101/7

**Ambush's [3]** 98/25 99/3 133/4

**amend [1]** 11/13

**amended [2]** 12/2 79/10

**amendment [1]** 59/24

**amendments [2]** 13/6 13/9

**America [3]** 25/8 25/19 25/19

**American [55]** 1/4 2/10 5/10 10/2 10/6 24/2 24/5 24/9 25/17 25/21 26/25 29/23 52/3 52/18 58/11

58/18 58/20 59/8 93/10 93/12 93/18 95/6 93/10 93/12 97/8 97/12 105/8 106/18 109/22 110/9 110/12 111/5 111/11 111/15 111/21 118/24 123/2 123/15 124/25 127/6 129/20 131/24 132/17 133/2 133/14 134/4 138/10 138/20 144/13

**anybody [1]** 130/22

**anyone [5]** 88/8 89/4 94/6 114/25 128/5

**anything [6]** 9/21 26/22 40/9 93/22 112/22 123/20

**anyway [1]** 27/9

**anywhere [3]** 55/7 96/23 100/16

**appearance [1]** 5/14

**appearing [2]** 142/5 142/12

**appears [3]** 6/13 29/18 137/11

**application [3]** 10/14 91/9 97/14

**apply [1]** 140/5

**appointed [2]** 73/15 73/21

**appreciate [5]** 21/25 37/10 141/8 142/4 142/10

**approved [3]** 126/7 126/16 127/12

**approximate [1]** 125/18

**approximately [2]** 20/9 84/18

**April [5]** 5/7 16/14 17/18 41/7 79/6

**April 12th [1]** 16/14 17/18 79/6

**April 19th [1]** 5/7

**Arabia [1]** 27/24

**are [82]** 6/4 7/15 9/17 14/21 14/23 15/13 15/14 15/17 15/22 15/22 16/2 21/19 22/8 22/9 24/23 25/3 25/20 32/3 32/5 32/16 35/5 39/12 41/5 47/2 47/3 48/12 49/11 49/23 52/4 56/2 56/12 56/14 57/17 58/23 60/8 61/12 67/19 70/23 71/2 75/17 78/3 78/6 78/9 79/20 80/4 80/9 80/11 81/11 82/12 86/5 86/10 89/4 92/10 92/21 93/4 94/8 94/19 96/17 96/19 96/20 104/18 104/22 104/23 105/15 105/18 107/6 107/8 107/11 109/20 112/24 113/19 114/8 116/13 124/19 124/21 124/24 125/22 126/3 129/20 130/4 131/16 138/23

**aren't [1]** 136/17

**arose [1]** 84/24

**around [3]** 82/22 83/4 86/21

**arranged [1]** 111/3

**Americans [1]** 26/2

**amongst [1]** 126/5

**amount [22]** 11/6 39/15 39/16 45/20 46/9 46/16 48/11 48/18 49/13 49/14 51/18 52/9 56/21 56/23 60/21 60/22 61/17 62/4 64/12 65/24 66/3 80/9

**amounts [3]** 78/9 80/8 80/10

**another [10]** 28/24 45/22 61/13 70/21 82/20 87/7 106/16 121/25 128/14 130/14

**answer [42]** 20/10 31/4 48/16 49/2 51/7 51/9 57/2 57/4 57/5 57/6 71/15 72/12 79/25 80/12 88/19 90/12 93/2 94/17 96/7 110/8 114/3 114/4 114/11 115/21 117/2 117/4 117/6 118/22 118/23 119/16 121/23 123/12 125/14 131/6 135/12 136/15 136/16 136/17 137/24 140/12 141/5 141/6

**answered [2]** 122/12 141/10

**answering [5]** 54/19 63/2 76/24 76/25 93/21

**answers [2]** 43/6 88/19

**anticipate [3]** 12/6 13/9 129/19

**anticipated [2]** 11/10 130/4

**anticipation [1]** 130/10

**any [113]** 6/5 9/14 9/15 9/17 10/20 12/6 12/19 13/5 13/9 14/7 15/15 15/16 15/23 16/2 16/4 16/20 16/22 16/23 18/18 18/20 19/3 25/18 30/25 31/8 31/9 32/5 32/16 32/24 33/4 33/7 33/11 33/24 33/25 34/8 36/21 37/14 37/23 38/2 38/5 38/13 39/22 39/23 40/16 40/17 40/21 41/15 41/18 41/19 41/19 41/22 41/24 42/11 42/13 47/11 51/7 53/20 53/24 56/13 56/14 57/17 57/25 58/5 58/7 60/17 64/7 70/23 71/10 72/15 72/16 72/21 72/25 73/5 73/14 74/13 75/20 78/8 78/24 78/25 82/12 82/16 83/9 83/23 84/6

E. PERR - AUDIO RECORDING

147

Case 18-15691-CMG Doc 43-14 Filed 05/08/18 Entered 05/08/18 21:30:37 Desc
Exhibit I - Transcript of 341 Meeting 4-19-18 Page 148 of 162

**A**

as [81] 8/20 10/24 14/5 14/18 15/19 16/15 18/8 18/8 19/14 21/4 22/22 23/6 24/15 24/25 27/22 28/24 29/7 29/23 40/18 41/11 45/2 46/4 51/25 51/25 53/22 53/23 54/3 54/23 56/18 56/22 57/21 63/18 65/3 65/20 66/11 67/19 67/23 69/10 71/8 71/10 71/10 73/9 77/24 79/21 82/8 84/25 85/9 87/10 93/12 96/10 96/12 97/20 97/20 100/9 109/17 109/21 109/22 113/18 113/20 117/13 119/9 120/13 121/13 121/13 124/13 126/4 127/25 128/12 128/19 129/18 130/14 130/18 134/3 134/3 134/11 134/15 138/20 138/24 139/3 139/24 142/14

ask [27] 14/6 49/4 62/20 71/13 71/15 76/19 76/20 76/21 83/7 87/10 87/11 96/15 101/18 102/24 102/25 105/5 107/8 112/14 117/8 119/20 121/15 132/16 132/20 132/22 137/2 137/4 137/5

asked [4] 36/15 95/18 107/15 115/20

asking [17] 16/17 43/22 49/11 51/2 61/24 77/2 80/4 85/25 88/18 92/24 93/20 97/15 99/15 106/24 115/11 136/7 140/22

asset [4] 91/25 130/14 130/18 130/19

assets [18] 15/9 15/14 15/19 19/16 19/18 28/22 31/5 40/22 40/23 56/12 56/13 56/14 56/14 56/18 73/5 85/8 85/10 92/16

assigned [2] 96/10 96/12

assist [1] 62/22

assisted [2] 111/6 129/21

assisting [1] 79/21

assists [1] 62/12

assume [8] 68/8 78/2 78/2 96/25 103/25 110/5 118/16 138/23

assumed [1] 138/3

assuming [1] 81/18

attached [2] 73/2 82/3

attachment [4] 85/15 85/16 85/21 86/2

attachments [1] 86/4

attacks [1] 29/20

attention [2] 123/7 123/8

attitude [1] 19/22

attorney [29] 2/10 2/16 3/5 3/15 3/20 4/4 5/5 16/4 17/6 98/4 98/7 100/21 101/21 101/25 102/22 102/25 103/2 103/3 109/16 109/18 110/6 120/13 122/9 126/9 126/24 131/9 137/2 137/4

attorneys [9] 4/9 40/18 54/16 64/4 71/11 104/16 117/21 118/14 118/17

audio [4] 1/8 1/13 1/13 143/5

authorized [1] 27/13

authorizing [3] 18/7 18/8 104/15

Avenue [10] 3/15 3/21 4/5 4/10 30/6 30/7 51/15 74/18 76/5 84/11

Avi [5] 2/16 3/5 59/25 120/2 123/3

aware [8] 55/18 55/19 55/20 70/24 89/4 120/10 125/22 126/3

away [1] 28/22

**B**

B-E-C-K-L-E-D [1] 8/8
B-O-T-H [1] 98/18
back [14] 24/24 25/13 36/14 50/23 50/24 56/5 100/7 106/15 108/15 108/18 121/24 123/21 133/24 134/6

backpacks [1] 26/2

balance [1] 38/10

Baltimore [1] 4/10

Baluchestan [1] 25/2

bank [7] 34/22 35/3 35/4 45/7 45/15 45/22 73/9

bankrupt [2] 128/9 128/9

bankruptcy [38] 1/2 8/17 8/25 13/22 14/4 14/7 14/11 16/23 16/25 18/7 19/4 19/10 19/24 21/13 31/3 33/18 33/21 37/13 38/3 39/23 39/25 40/17 53/16 55/12 56/3 72/17 73/3 73/8 79/2 84/3 85/11 85/19 92/7 92/19 97/9 99/12 103/15 128/3

based [2] 39/6 71/18

basically [1] 84/4

basis [3] 54/21 67/8 71/23

Battle [1] 24/10

be [78] 5/24 6/7 8/22 10/14 10/16 13/19 14/2 18/5 19/23 21/6 21/22 21/22 22/9 22/15 23/4 26/24 27/2 27/17 29/5 34/7 39/17 40/2 41/7 41/8 41/9 43/2 48/20 50/17 51/9 51/24 53/16 56/21 57/3 59/15 72/8 73/19 75/6 79/5 80/12 81/3 81/4 81/6 81/24 82/7 85/14 86/20 90/6 97/2 97/3 100/19 100/20 122/5 124/9 124/11 125/25 126/6 127/21 128/6 128/10 128/15 128/21 128/23 129/7 129/19 130/4 130/13 135/9 135/9 136/4 136/9 136/12 138/3

bear [1] 124/10

beating [1] 28/3

became [1] 28/9

because [18] 19/8 20/17 22/15 25/8 28/23 40/5 43/4 60/10 87/5 93/11 111/5 119/5 128/13 130/12 131/8 136/2 136/12 136/18

Beckeled [4] 8/7 94/24 94/25 95/6

Beckeled's [1] 77/17

become [2] 8/14 61/3

been [29] 9/7 13/5 13/5 13/22 20/23 22/16 28/21 31/8 31/9 33/25 38/12 40/4 40/7 40/8 53/10 56/7 56/15 76/3 82/16 84/2 92/4 93/11 98/8 113/22 124/15 125/24 130/14 133/14 133/21 139/11

began [1] 23/25

begin [6] 5/2 21/23 30/12 50/12 60/15 106/13

beginning [3] 45/16 45/20 125/20

behalf [10] 5/19 46/24 47/21 54/24 55/3 109/5 109/7 118/15 118/18 129/5

behave [1] 94/14

being [5] 65/3 123/10 128/13 128/23 129/20

believe [12] 13/7 14/21 23/14 28/21 68/22 69/15 70/14 70/16 80/25 90/15 114/25 121/9

believed [1] 28/17

belong [1] 112/21

belongs [1] 112/22

Ben [1] 12/12

benefits [1] 32/16

BERKMAN [1] 3/4

berkmanlaw.com [1] 3/8

besides [4] 27/25 53/21 93/17 94/6

best [10] 6/2 7/5 16/9 16/11 17/13 19/2 38/13 57/16 58/2 98/21

between [8] 24/21 56/25 74/5 79/7 79/13

bigger [1] 25/22

bill [5] 40/6 76/15 77/3 90/18 91/5

billed [1] 40/3

billion [3] 26/21 27/25 29/14

bills [5] 55/12 91/5 91/6 93/14 96/19

birthday [5] 50/14 50/15 50/19 142/2 142/4

bit [1] 46/5

Blais [1] 69/17

blew [1] 26/3

block [2] 28/25 29/12

blocked [2] 25/8 25/9

blood [1] 144/14

Bluestein [2] 7/24 8/23

Bluestein's [1] 77/19

board [25] 7/17 7/18 7/21 8/14 8/16 8/24 9/5 18/6 19/22 31/8 59/21 59/23 62/16 66/8 68/15 68/16 78/3 95/3 113/8 113/13 128/6 128/11 135/18 135/21 137/12

boarding [1] 25/25

bonds [1] 41/19

bono [1] 27/9

book [2] 72/9 101/21

books [2] 17/3 71/25

border [3] 24/22 24/22 25/2

Both [3] 7/12 98/17 98/18

bother [1] 119/12

box [2] 76/8 76/10

breached [1] 51/25 52/2

break [17] 13/16 43/15 49/21 50/4 50/6 50/7 50/10 50/24 50/25 82/20 106/7 106/7 106/8 106/11 106/16 121/21 138/17

breaks [2] 106/19 138/18

breath [1] 43/7

Brewer [2] 67/14 70/10

briefly [1] 81/15

bring [4] 26/12 28/14 54/23 119/17

Broadway [7] 70/13 109/14 109/25 111/24 112/4 112/18 118/19

BROEGE [2] 2/9 5/16

broken [1] 6/22

Brooklyn [3] 3/7 74/18 76/2

brought [3] 67/2 120/11 125/7

brung [1] 55/8

Bucaria [4] 92/3 97/15 97/18 116/11

Bucaria's [1] 93/11

Buchenwald [1] 24/11

Bulge [1] 24/10

buried [1] 24/12

buses [1] 25/25

business [17] 7/9 7/11 7/12 10/21 20/14 20/15 20/18 23/19 23/20 23/21

E. PERR - AUDIO RECORDING

148

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit L - Transcript of 341 Meeting   Page 149 of 162

**B**

business... [7]  29/19
37/25 38/6 130/24 131/3
131/14 136/15
businesses [2]  9/15
9/18

**C**

calendar [2]  39/7 71/18
call [8]  25/6 57/7 62/17
77/3 77/4 79/15 113/19
121/20
called [12]  36/5 36/6
54/2 61/7 72/14 87/14
101/15 102/13 105/14
105/17 116/3 116/5
calling [3]  124/15
125/24 134/10
calls [1]  25/9
came [4]  11/17 26/19
34/16 52/9
Camp [1]  24/11
Campuzano [2]  2/16
3/5
can [36]  5/13 6/17
13/16 15/5 21/23 22/25
29/9 29/17 37/2 42/19
49/4 49/21 50/4 50/7
51/19 57/4 72/23 76/21
82/20 82/21 87/9 87/11
109/23 114/12 119/6
119/20 119/21 119/22
119/23 122/7 122/14
125/18 132/20 132/22
137/10 138/18
can't [26]  8/10 18/20
20/7 26/7 28/4 51/22
54/18 56/16 57/2 57/5
58/7 62/16 62/23 68/18
79/25 90/12 96/7 110/8
125/14 126/24 128/5
129/22 131/6 135/12
136/15 139/23
Canada [1]  46/14
cannot [2]  139/25 140/4
captioned [1]  1/15
captured [2]  24/4 24/9
car [1]  102/20
care [4]  24/3 55/21
117/21 117/22
cars [1]  32/23
case [53]  1/3 5/11 5/12
10/19 12/16 14/5 14/11
18/8 20/14 20/15 20/18
21/17 21/20 22/24 25/24
27/5 28/7 28/8 41/6
52/20 52/22 53/22 53/23
64/3 84/15 85/14 86/14
87/19 98/12 98/15 98/25
99/12 100/9 105/14
105/15 105/17 105/18
108/25 116/3 116/7
116/8 116/9 117/20
117/23 117/24 118/4
121/18 122/24 123/3
128/4 130/3 133/2
140/17
cases [4]  14/7 19/4
53/16 70/8
cash [1]  71/22

casualty [1]  55/11
causes [1]  55/11
cell [2]  7/8 7/11
center [88]  1/4 2/10
3/10 5/10 10/2 10/6
29/24 36/9 41/13 42/6
52/3 52/13 52/18 52/19
53/5 54/13 58/11 58/13
60/11 61/8 61/11 62/13
75/2 79/8 83/20 98/3
98/5 101/8 103/4 104/9
104/12 104/20 104/21
104/25 105/2 105/11
109/20 109/22 110/25
111/7 111/13 111/19
111/25 112/2 112/5
112/6 112/11 112/19
112/21 112/25 113/8
113/17 113/18 113/21
115/2 115/3 115/4 115/5
116/2 118/21 120/8
121/3 121/7 121/10
122/10 122/22 123/4
123/9 124/14 124/16
125/2 125/3 125/24
125/25 126/18 129/3
129/7 129/21 130/8
130/19 131/3 131/17
134/11 134/20 135/6
136/13 139/4 139/6
CEO [1]  131/20
cert [1]  37/9
certain [6]  24/16 25/16
60/12 64/22 78/3 117/13
certainly [6]  46/22
54/15 89/11 102/2 121/5
135/4
certificate [2]  37/5
38/21
certify [2]  144/9 144/12
Chad [2]  60/14 60/22
Chairman [1]  7/17
change [2]  32/10 45/8
changed [1]  31/15
changes [3]  30/25 31/8
31/9
Chapter [6]  19/7 34/17
39/3 40/25 92/5 120/19
charge [2]  129/16
129/17
Charles [2]  98/17 98/18
chart [1]  39/10
check [2]  35/8 38/17
Cielito [3]  61/13 105/22
106/4
City [2]  4/6 84/12
Civil [33]  1/4 2/10 5/10
29/24 52/13 53/5 58/11
58/13 62/13 79/8 83/21
98/6 104/21 105/2
110/25 111/7 111/13
111/19 112/2 112/6
112/19 113/2 115/6
118/21 120/9 121/4
121/7 121/11 122/10
122/22 123/5 123/10
139/4
claim [29]  12/23 13/2
22/19 22/21 22/22 28/3
51/17 63/12 66/25 66/25

678 4/8 92/9 94/7 100/12
101/4 117/12 118/19
134/12 136/19 139/4
140/6 140/16 140/20
141/4
claimant [42]  60/23
60/24 61/4 61/7 61/11
61/14 64/25 65/12 65/16
65/20 66/5 67/14 68/5
68/9 68/11 69/3 69/4
69/6 69/18 69/19 70/11
70/13 70/15 71/3 104/9
104/12 104/20 104/25
105/9 110/4 110/5
111/25 112/5 112/18
113/17 115/2 115/4
118/20 124/14 125/2
129/3 129/6
claimants [28]  19/15
19/23 20/2 20/3 20/4
47/15 60/25 63/16 64/23
67/20 71/3 79/21 83/24
104/18 111/5 111/11
111/12 111/18 111/21
112/10 112/21 113/16
113/20 117/13 119/9
124/12 124/19 124/25
claimed [1]  99/7
claiming [1]  48/20
claims [20]  15/15 15/16
15/17 15/21 15/22 22/16
22/24 48/10 48/12 49/9
49/12 98/4 100/2 100/3
109/19 112/13 118/10
118/13 126/4 140/9
clarified [1]  51/8
clarify [3]  63/3 112/20
117/9
clear [1]  60/15
clearer [1]  79/5
clerk [2]  20/14 20/17
client [6]  47/8 115/4
118/20 124/2 124/21
125/7
clients [9]  46/25 47/2
47/3 47/5 48/14 56/25
111/2 111/4 117/14
close [1]  19/20
closed [2]  34/21 73/6
co [1]  16/2
co-debtors [1]  16/2
code [3]  25/12 73/25
92/7
collateral [1]  58/6
collect [1]  28/18
collected [1]  26/22
collectible [5]  43/8 43/9
43/9 43/14 43/20
collecting [2]  43/5 47/8
Collection [1]  28/16
collections [1]  28/20
combine [1]  41/7
come [10]  93/19 108/15
108/18 121/24 123/20
133/23 134/6 136/24
137/3 141/23
comes [5]  29/12 35/23
40/13 51/22 140/3
coming [2]  42/20 43/20
community [1]  9/20

67/25 76/25 95/25 10/6
9/25 18/8 79/9 10/6
15/10 15/14 15/19
31/22 31/25 32/6 34/10
56/12 56/15 58/17 59/5
59/7 59/10 69/8 75/18
82/14 125/23
compensated [1]  24/7
compensation [7]  19/12
35/21 35/23 36/16 36/18
36/18 36/20
competent [1]  74/9
complaint [2]  21/12
98/7
completed [1]  79/16
completely [1]  73/25
complicated [1]  56/24
Comptroller [1]  66/13
Compuzano [8]  53/22
63/11 83/22 84/23 85/17
120/2 122/11 123/3
Compuzano's [3]  140/6
140/9 140/16
Concentration [1]  24/11
concept [2]  26/13
concern [1]  122/6
concerned [1]  52/2
concerning [1]  108/24
concerns [1]  122/4
conflict [3]  136/3 136/4
136/10
congressman [3]  26/6
26/7 29/8
considered [3]  57/13
73/19 113/20
consist [1]  9/5
consisted [1]  45/4
constant [1]  24/24
consult [1]  139/14
consulted [1]  139/12
consumes [1]  22/14
consummation [1]
126/12
cont'd [1]  3/2
contact [5]  7/5 25/11
25/13 29/7 72/9
contacted [1]  72/11
contained [5]  21/9
137/20 138/6 138/11
138/21
contends [1]  115/12
contesting [4]  48/21
48/22 48/24 48/25
context [1]  128/3
contingency [1]  81/10
continue [3]  43/19
82/20 82/21 87/5 109/10
119/21 122/2 122/2
continued [1]  4/2
continues [1]  30/17
continuing [2]  67/19
79/23
contours [1]  140/2
contract [5]  49/16
49/19 49/20 57/9 57/14
contracts [2]  15/23
49/24
contrary [1]  21/16
contribution [2]  11/22
11/24
control [2]  31/16
136/13

E. PERR - AUDIO RECORDING

149

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit L - Transcript of 341 Meeting   Page 150 of 162

**C**

controller [7] 71/16
72/4 78/18 78/22 137/23
139/8 139/10
controller's [1] 31/19
controls [1] 113/6
copy [7] 37/4 59/15
79/6 79/17 89/14 89/23
100/13
corporation [11] 19/20
19/21 23/10 23/11 23/17
58/21 58/22 69/2 75/9
75/11 75/14
correct [28] 7/4 11/2
16/9 17/13 23/8 23/9
30/23 33/3 41/13 45/9
45/10 61/20 63/19 70/18
70/22 81/3 81/4 81/8
87/21 90/16 113/11
124/16 129/8 134/13
137/16 138/7 141/15
144/10
correctly [3] 76/25
91/22 129/3
correspondence [1]
74/7
cost [1] 11/11
could [4] 37/9 81/6
81/13 86/15
couldn't [2] 19/8 31/5
counsel [8] 2/7 5/13
12/23 69/10 86/7 86/8
86/10 121/7
count [1] 20/5
counterclaim [4] 52/12
52/16 52/21 68/19
counterclaims [1] 126/5
country [3] 28/24 28/25
29/2
County [8] 52/25 53/3
83/22 91/10 108/25
116/9 116/10 144/5
couple [2] 10/10 85/3
course [3] 37/25 38/6
128/20
court [26] 1/2 13/23
14/2 14/10 19/10 19/24
21/9 21/13 55/13 73/15
73/21 73/22 74/9 79/12
80/5 91/9 92/2 93/3
120/18 126/7 126/9
126/16 127/13 133/10
133/12 136/14
court-appointed [1]
73/15
courthouse [2] 93/6
93/8
courtroom [2] 93/23
94/13
Covello [1] 88/21
cover [1] 11/9
covers [1] 129/12
covert [1] 27/23
create [2] 21/11 24/21
creditor [7] 3/15 3/20
4/4 4/9 10/25 56/19 58/4
Creditor's [1] 1/14
creditors [17] 2/16 3/5
21/8 21/14 21/19 22/8
22/10 22/13 34/4 39/24

crime [1] 26/15
criminal [2] 26/14
Cullen [8] 61/16 61/19
62/18 101/13 101/16
102/13 103/23 104/3
current [3] 35/18 37/12
37/14
currently [1] 115/14
Curtis [2] 65/11 65/14
custody [1] 74/2
cut [2] 123/12 139/5
cuts [1] 48/3

**D**

damages [4] 28/2 28/7
51/17 51/23
Dan [2] 35/16 69/20
date [10] 1/10 18/11
18/12 20/21 30/17 30/22
31/13 39/18 59/19 103/8
dates [4] 8/15 33/23
79/6 86/18
david [4] 3/14 3/17
123/19 123/24
day [8] 102/19 103/11
103/18 107/22 121/20
127/4 131/11 144/17
days [14] 16/23 37/18
39/19 41/5 43/25 44/4
44/15 44/17 45/3 58/10
72/17 86/17 103/13
103/16
deal [6] 62/9 64/16
64/17 67/11 108/14
129/4
dealing [1] 98/14
dealings [1] 62/8
dealt [2] 62/10 64/19
debate [2] 92/13 93/3
debtor [106] 1/5 2/10
5/17 5/19 7/15 7/19 9/11
9/21 9/23 10/19 10/22
11/2 11/18 11/22 11/23
12/18 12/24 13/8 15/7
15/24 16/18 16/19 16/21
16/24 17/2 19/3 19/6
20/25 22/20 23/10 29/23
30/3 30/12 30/16 30/21
30/25 32/24 33/8 33/8
33/11 34/21 34/24 35/11
35/18 35/25 36/16 36/25
37/12 37/14 37/20 37/23
38/4 38/4 38/8 39/3 39/8
39/22 40/21 40/25 41/12
41/15 41/18 41/22 41/24
42/7 42/11 42/13 42/16
47/8 47/11 47/14 51/6
53/13 53/15 53/21 57/23
58/6 60/19 61/2 63/13
67/2 67/20 68/23 68/24
72/15 72/22 74/6 74/13
74/16 74/17 75/7 75/12
77/6 77/8 77/11 78/24
79/7 79/13 81/17 82/13
85/4 92/17 115/5 117/14
134/12 134/19
debtor's [13] 18/24
21/15 23/7 29/18 33/24
34/3 34/4 39/6 52/5

64/2 64/22 65/8 90/5
101/18 101/19 101/24
119/18 120/22 133/8
December [4] 84/18
84/19 125/12 125/12
December 2017 [1]
84/19
decide [1] 74/10
decided [2] 127/11
133/11
decision [1] 133/12
declaration [2] 16/6
17/10
declared [2] 16/7 17/10
defendant [1] 121/5
definitely [1] 20/17
demanding [1] 48/3
Department [5] 5/6 5/6
25/6 29/3 29/9
depends [1] 108/3
deposition [4] 63/3
94/15 118/7 119/6
derivative [4] 52/24
53/2 68/17 79/12
destroy [1] 19/21
details [4] 76/13 76/14
76/17 76/18
determine [1] 22/7
determined [1] 21/22
Diana [8] 2/16 3/5
63/11 120/2 123/3 140/5
140/9 140/16
Diba [1] 25/12
did [98] 8/13 15/11 19/6
26/22 30/12 34/5 34/8
34/23 35/2 43/11 57/15
64/9 64/16 64/16 64/18
64/21 66/14 67/11 68/23
70/3 72/5 72/15 74/13
78/11 78/24 80/21 80/22
80/23 87/22 88/23 89/2
89/3 89/8 89/14 90/24
91/2 91/5 91/6 91/12
91/17 91/21 91/21 93/9
93/16 93/24 94/2 94/6
95/5 96/7 96/9 96/13
97/6 97/12 97/14 97/17
97/18 99/8 100/21
100/24 101/9 102/19
104/2 104/11 106/3
106/5 109/4 110/6 110/9
110/12 110/24 111/5
111/11 112/16 118/18
127/10 134/24 135/3
135/5 135/11 135/14
135/16 135/25 136/24
137/3 137/14 137/16
137/19 137/22 137/24
138/3 139/2 139/9
139/14 139/21 140/16
140/25 141/3 141/16
didn't [23] 20/4 30/19
37/8 48/16 51/21 60/13
73/25 85/13 91/4 96/3
97/7 99/4 99/7 101/12
102/16 119/12 124/23
129/11 135/4 135/20
136/2 137/13 137/15
died [1] 24/13
different [7] 21/20
42/21 66/10 80/9
digital [1] 1/13

Dinsmore [1] 5/21
direct [1] 115/20
direction [2] 21/21 22/3
directions [2] 22/3 22/4
directly [1] 111/4
directors [12] 7/18 7/22
8/14 8/16 8/24 9/5 18/6
31/8 58/23 58/25 66/8
78/3
disbursements [3] 39/6
39/9 39/12
discuss [1] 57/8
discussed [9] 12/11
20/24 68/20 72/21 84/15
127/18 127/19 127/21
131/22
discussion [1] 85/15
discussions [1] 61/3
dismiss [2] 133/5
133/11
dismissed [1] 126/6
disposition [1] 98/24
dispute [10] 48/6 60/16
60/18 60/20 63/18 64/6
65/24 74/4 132/12
132/17
disputed [4] 22/22
56/19 56/21 66/23
disputes [1] 60/19
disputing [1] 124/21
distribution [1] 22/9
district [2] 1/2 73/22
diverted [1] 52/17
dividers [1] 24/23
DLA [10] 4/9 4/9 27/7
29/7 51/17 52/6 64/11
64/16 64/21 81/5
dlapiper.com [1] 4/11
do [135] 5/21 5/22 9/14
10/20 10/23 11/5 11/25
12/5 12/13 12/17 13/12
13/15 15/11 16/3 17/5
17/20 18/9 18/17 19/25
21/18 22/6 23/19 26/15
26/22 27/6 28/18 31/6
33/13 34/5 37/11 37/16
39/20 40/15 44/21 45/3
46/9 46/16 47/13 47/18
48/11 50/6 51/21 52/22
53/20 54/23 57/6 58/23
60/4 60/25 61/24 62/4
62/5 62/22 63/2 63/25
64/10 64/14 64/74 70/3
72/14 77/17 84/5 85/3
85/9 85/21 87/15 89/16
89/17 90/24 91/8 96/9
96/21 96/23 98/11 99/22
99/24 99/25 100/13
100/16 101/13 105/21
105/24 106/8 107/20
107/24 107/25 109/13
110/14 111/18 111/24
112/4 112/11 113/23
114/6 114/21 114/25
117/14 117/19 117/25
120/3 120/7 120/15
120/22 121/2 121/2
122/21 123/8 123/15
124/24 125/8 125/15
127/25 129/18 130/23
131/2 131/5 131/5

E. PERR - AUDIO RECORDING

150

Case 18-15691-CMG    Doc 43-14    Filed 05/08/18    Entered 05/08/18 21:30:37    Desc
Exhibit I - Transcript of 341 Meeting    Page 151 of 162

**D**

do... [18]  131/10 131/16
131/24 132/8 132/17
133/4 133/10 135/6
135/25 138/10 138/20
139/2 139/23 139/24
140/7 140/8 141/10
144/8
docket [1]  20/12
document [13]  13/24
14/2 14/12 15/5 17/6
17/8 18/10 18/10 18/11
18/12 89/15 89/17 123/2
documents [6]  13/21
13/21 16/4 18/18 38/9
142/7
does [31]  12/18 13/8
18/23 29/25 31/24 33/11
36/16 40/21 41/15 41/18
41/22 41/24 42/11 42/13
42/16 47/10 51/6 62/18
62/22 67/9 71/17 75/11
77/8 77/11 96/6 98/22
106/25 108/4 126/7
133/25 141/14
doesn't [5]  55/6 55/14
77/22 77/25 88/18
doing [4]  27/2 27/3
62/24 81/7
dollar [1]  27/25
dollars [1]  119/10
Dominich [1]  82/5
don't [207]
donate [1]  33/9
donated [1]  129/7
donation [1]  111/12
done [4]  64/19 71/22
99/20 141/20
Donna [1]  64/25
DOUGLAS [2]  2/4 2/4
down [2]  36/6 38/18
Dr [2]  2/7 112/17
Dr. [10]  112/10 112/13
114/6 114/8 114/22
117/12 118/10 118/13
118/19 125/8
Dr. Engleberg [4]
112/10 112/13 114/8
125/8
Dr. Engleberg's [6]
114/6 114/22 117/12
118/10 118/13 118/19
Drive [2]  2/11 6/25
driver's [3]  6/10 6/11
6/12
drugs [1]  6/5
due [5]  19/12 39/17
39/18 41/5 41/9
during [8]  16/22 39/6
72/17 73/2 73/7 73/16
79/2 125/16
Dyckman [6]  61/16
61/19 62/19 101/13
101/16 102/14
Dyckman's [2]  103/24
104/3

**E**

each [3]  39/7 46/18
134/2

ease [1]  29/3
easier [3]  56/10 71/7
83/17
East [2]  2/17
EF [1]  106/5
effect [1]  58/14
eight [2]  14/8 19/4
either [2]  117/21
137/22
ELAN [4]  4/3 84/10
88/16 88/16
ELIE [8]  1/19 5/20 6/20
6/20 6/22 6/23 109/3
117/24
Elishis [7]  2/16 3/5
59/25 60/2 60/3 120/3
123/3
else [10]  23/13 26/22
50/25 62/12 64/17 88/8
89/4 94/21 112/23 128/5
employed [1]  131/17
employee [8]  31/21
32/3 69/8 95/12 95/15
95/17 98/2 131/20
employees [7]  31/24
32/6 94/11 94/19 94/20
95/14 131/16
end [16]  14/12 17/8
24/14 27/9 39/18 41/6
50/11 71/18 93/19
106/12 108/14 125/20
134/5 142/13 142/16
143/5
ends [2]  39/19 107/23
engage [2]  27/13
104/15
Engelberg [2]  2/7 3/15
England [2]  46/13 69/22
Engleberg [26]  52/13
53/4 53/13 53/23 64/19
68/11 68/12 68/14 79/13
84/13 87/20 89/6 89/7
109/2 109/19 112/10
112/13 112/17 113/16
114/8 115/25 116/3
116/18 117/18 125/8
128/17
Engleberg's [7]  114/6
114/22 115/24 117/12
118/10 118/13 118/19
entered [1]  82/11
entire [3]  49/14 56/21
56/23
entities [1]  41/20
entitled [1]  135/9
entity [3]  14/9 113/5
113/12
environmental [1]
92/14
equipment [5]  41/25
42/3 42/7 42/9 51/2
escape [1]  24/21
ESQ [9]  2/4 2/9 2/15 3/4
3/9 3/14 3/19 4/3 4/8
establish [1]  28/2
established [3]  28/5
28/8 118/25
estate [2]  41/16 65/11
estimate [1]  86/16

estimated [1]  132/4
earlier [2]  49/8 79/18
ethics [1]  70/4
even [6]  19/19 55/14
57/5 140/2 140/8 141/16
eventually [1]  28/19
ever [13]  10/5 67/11
72/5 74/16 74/17 82/16
101/19 118/3 118/6
123/2 133/10 135/14
135/16
every [6]  25/17 28/3
28/7 39/3 39/16 131/10
everybody [2]  19/11
50/24
everyday [1]  37/25
everyone [2]  27/2 142/4
everything [7]  16/5
22/14 23/2 112/13
112/23 116/21 139/12
everywhere [1]  23/23
eweinreb [1]  4/7
exact [1]  84/16
exactly [3]  33/23 43/14
119/13
exam [2]  62/25 63/3
EXAMINATION [6]  6/15
85/5 87/12 109/11 124/5
132/9
example [1]  27/2
exceeding [1]  72/16
excess [1]  90/19
exclusivity [1]  20/20
Excuse [4]  30/19 77/10
101/23 129/11
executed [1]  89/14
executory [1]  15/23
exempt [2]  14/9 23/11
exercising [1]  92/14
exhausted [1]  107/4
existence [1]  61/12
exists [1]  73/23
exit [2]  20/24 21/3
expert [1]  70/7
expires [1]  41/5
explain [5]  19/13 42/19
51/19 62/15 109/15
explains [2]  34/17 57/9
explanation [2]  78/20
78/21
explosion [1]  25/22
extended [1]  42/22
extensive [1]  110/9
extent [1]  84/22
EZER [5]  1/19 6/21 6/22
6/23 109/3 117/24

**F**

face [2]  6/13 119/18
fact [6]  23/2 27/23
109/18 110/24 124/17
139/25
fair [3]  19/11 20/10
50/2
fairly [1]  19/23
fallen [1]  24/18
false [1]  136/19
familiar [6]  78/19
105/15 105/18 113/7
113/9 126/8
family [5]  25/12 32/5

133/2 39/8 7/28
132/6]  25/11 26/22
29/14 51/25 97/20
121/13
Farah [1]  25/12
father [2]  108/11
121/20
father's [1]  106/25
favor [1]  28/24
February [1]  79/24
federal [1]  23/14
fee [5]  11/9 12/13 39/4
48/6 132/11
feel [2]  51/23 60/10
feeling [1]  106/17
fees [5]  11/12 104/3
129/12 129/14 129/15
felt [1]  19/10
few [6]  37/18 45/13
45/17 45/19 58/10 71/13
86/17 112/9 124/3 124/8
fifteen [2]  108/6 108/9
Fifth [1]  3/21
fight [1]  27/23
figure [5]  14/24 29/9
52/22 94/5 136/6
figured [2]  21/7 26/15
figures [1]  60/7
file [14]  5/2 19/6 22/25
37/8 40/25 50/11 50/12
52/5 72/22 93/14 106/12
106/13 142/16 143/5
filed [40]  8/17 10/15
10/16 11/5 13/5 13/6
13/22 14/3 14/8 16/25
17/23 19/3 20/23 21/11
22/17 37/14 37/17 38/3
39/23 39/25 40/17 41/6
52/25 53/3 57/19 65/22
66/17 67/7 81/16 81/23
86/18 99/11 99/14 99/16
99/21 103/11 103/18
120/24 124/21 133/6
files [1]  1/14
filing [21]  8/25 11/9
11/10 11/12 13/9 16/23
18/7 18/25 20/22 23/5
31/3 45/6 48/4 56/3
72/18 73/3 73/8 73/16
79/3 84/3 92/19
fill [1]  31/16
finalized [1]  126/16
finances [1]  54/11
financial [18]  8/21 13/4
14/22 15/3 16/16 17/12
18/23 18/24 38/9 53/8
54/8 54/10 55/24 72/7
77/22 81/25 129/5 133/2
financials [1]  38/24
find [1]  26/14
fine [7]  18/4 48/18 49/4
71/15 76/23 83/18
108/16
finish [2]  108/15 108/17
finished [2]  79/16 81/14
fire [1]  78/25
firm [29]  4/4 4/5 12/24
18/9 26/23 27/12 27/13
27/17 46/15 47/10 54/23
55/8 61/20 62/2 62/8
64/11 67/17 67/23 67/24

E. PERR – AUDIO RECORDING

151

Case 18-15691-CMG    Doc 43-14   Filed 05/08/18    Entered 05/08/18 21:30:37    Desc
Exhibit I - Transcript of 341 Meeting    Page 152 of 162

**F**

firm... **[10]** 68/3 68/4
70/18 70/19 70/20 70/21
84/11 90/8 102/13
123/25
firms **[5]** 26/23 26/24
29/7 47/13 79/20
first **[14]** 6/20 13/24
25/24 26/4 27/5 39/17
41/8 41/9 60/3 82/24
83/3 83/15 85/23 86/8
fiscal **[1]** 71/17
FISCHER **[2]** 2/9 5/16
five **[5]** 54/5 107/21
132/8 134/8 141/11
flags **[1]** 63/9
Flatow **[1]** 26/4
floor **[1]** 3/15
focus **[1]** 22/23
foggiest **[1]** 140/8
follow **[2]** 26/13 26/25
foreign **[1]** 28/18
forgive **[2]** 28/4 105/20
form **[1]** 109/24
former **[1]** 68/16
Fort **[5]** 54/7 54/12 55/2
64/2 64/3
forth **[13]** 14/3 15/17
23/25 24/24 25/14 39/14
42/16 44/14 48/4 49/8
55/23 72/8 83/5
forward **[3]** 37/9 37/21
77/4
fought **[2]** 24/8 24/8
found **[1]** 28/20
four **[6]** 26/19 28/9 32/2
94/11 94/19 94/20
fourth **[4]** 95/11 95/14
95/15 95/17
Franklin **[2]** 4/5 84/11
free **[1]** 75/23
Freehold **[1]** 2/6
freeze **[2]** 85/23 92/2
freezing **[2]** 28/22
85/10
frequently **[1]** 131/5
fresh **[1]** 106/9
Friday **[1]** 38/24
front **[3]** 44/20 77/19
116/11
frozen **[3]** 31/5 85/8
97/11
full **[1]** 94/3
fully **[1]** 89/14
fund **[10]** 73/22 110/9
110/15 110/18 111/2
111/3 111/4 111/8
111/22 130/6
funds **[4]** 11/17 11/19
11/21 11/21
funerals **[1]** 24/13
further **[2]** 86/24
144/12
future **[3]** 129/20
130/10 130/13

**G**

Garden **[2]** 4/6 84/12
garnished **[1]** 73/2
garnishment **[1]** 74/6

GARY **[4]** ... ipt of 341
Gaston **[8]** 48/8 49/6
56/18 57/8 132/12
132/16 132/18 132/20
gave **[1]** 22/2
general **[7]** 21/19 27/20
69/10 100/2 121/7 126/9
140/2
General's **[2]** 89/19
89/22
generally **[1]** 92/16
Gerald **[1]** 65/16
get **[40]** 15/5 15/20
22/12 24/20 25/3 25/9
25/21 28/13 28/15 28/16
39/15 48/3 49/25 50/4
50/17 71/4 71/7 76/15
78/11 80/6 80/20 80/22
80/22 80/23 87/5 87/7
87/8 88/20 93/22 102/19
106/3 106/5 106/9
110/25 111/4 119/22
134/2 141/9 141/24
142/2
gets **[1]** 121/21
getting **[1]** 43/2
give **[9]** 32/14 38/23
50/7 86/15 97/18 108/2
123/18 132/7 140/2
given **[1]** 78/14
gives **[1]** 101/4
glass **[1]** 102/7
glasses **[2]** 13/18 13/19
gmail.com **[1]** 2/13
go **[27]** 13/20 13/20
13/24 14/19 14/20 15/19
18/18 21/18 21/20 27/11
29/4 29/10 29/14 30/5
36/14 39/9 50/9 51/3
82/22 82/23 83/3 83/14
83/16 87/11 122/8
123/20 127/24
goes **[3]** 13/11 46/18
130/7
going **[60]** 5/24 10/14
12/8 12/12 13/20 13/24
21/21 22/6 26/16 29/14
29/15 34/19 35/14 36/14
37/21 43/2 44/9 44/25
49/18 49/19 49/22 50/9
50/16 51/3 56/5 57/12
61/10 62/24 68/18 71/13
82/19 83/16 87/2 87/4
87/7 92/25 93/2 93/22
100/7 106/10 107/6
107/8 117/2 117/18
118/23 121/20 121/23
121/24 122/4 123/12
124/9 127/6 128/22
130/13 133/22 136/16
136/17 141/6 142/5
142/13
gone **[1]** 70/24
good **[5]** 5/3 24/13
73/20 81/12 141/20
got **[7]** 47/25 60/3 70/5
99/16 111/15 111/21
119/15
gotta **[1]** 28/4 141/23
government **[8]** 25/18

governmental **[1]** 23/23
governments **[1]** 28/18
GRACE **[1]** 4/8
Gravelle **[1]** 5/12
great **[1]** 25/19
Greg **[4]** 53/22 65/18
120/3 123/4
Gregg **[2]** 2/16 3/5
group **[1]** 25/25
gserbin **[1]** 3/23
guaranteed **[1]** 33/25
guarantees **[1]** 34/9
guess **[6]** 9/9 44/16
45/16 46/4 57/18 103/17
guidelines **[3]** 34/14
39/10 39/11
Guzman **[1]** 82/5

**H**

had **[14]** 17/2 17/3
19/18 24/18 24/20 25/11
25/13 27/5 28/7 35/11
36/14 118/9 118/12
134/7
hadn't **[1]** 40/3
half **[11]** 27/15 27/15
32/11 33/14 33/22 65/8
73/11 73/13 81/2 129/16
133/22
hand **[2]** 100/15 144/17
handled **[1]** 109/7
hands **[1]** 73/14
hang **[1]** 24/19
happen **[2]** 119/14
128/2
happened **[3]** 26/18
28/17 55/15
happening **[1]** 56/7
happy **[2]** 50/15 50/17
hard **[2]** 24/23 31/4
hardly **[2]** 123/6 123/6
Harris **[5]** 31/20 66/7
91/14 91/15 95/20
has **[30]** 9/11 19/3
19/23 20/23 21/22 29/5
30/25 32/24 34/21 36/23
37/23 38/3 38/4 38/8
39/22 48/10 49/9 55/8
57/3 61/23 63/12 68/22
74/2 78/16 82/13 84/15
99/5 113/9 113/22
133/21
Hasan **[1]** 55/5
hasn't **[2]** 33/4 76/3
have **[176]**
haven't **[2]** 70/24 98/14
having **[3]** 89/5 112/15
134/11
he **[89]** 8/13 8/16 8/21
8/23 27/21 27/21 27/22
29/13 36/23 46/19 48/9
48/10 49/8 50/24 51/25
52/2 55/8 56/20 56/25
66/14 66/16 66/17 66/17
67/2 67/7 68/14 68/15
68/22 68/22 68/22 68/23
68/24 68/25 69/8 69/10
69/14 70/3 70/4 70/5
70/7 73/19 74/2 82/3

**H** (continued)
...89/8 89/18 89/23 89/8
90/6 96/6 96/7 96/8
96/9 96/12 96/13 97/4
97/25 98/4 98/5 98/20
98/22 99/5 99/7 99/8
99/11 99/14 99/16 100/3
101/9 101/10 101/11
102/25 103/3 107/2
108/3 109/19 109/22
112/20 113/9 115/11
119/11 119/21 121/8
134/7 134/7 137/8
137/13 137/14 137/15
141/13
he'll **[1]** 68/15
he's **[22]** 29/14 29/15
31/21 46/24 48/20 56/22
57/10 68/16 69/6 69/15
69/21 73/21 81/14 95/23
96/5 106/16 107/4 117/6
119/8 137/9 137/12
141/10
head **[4]** 20/6 62/14
62/15 62/21
health **[3]** 106/25 122/4
122/5
hear **[3]** 27/19 30/19
91/21
heard **[5]** 9/25 10/5
61/24 98/15 104/10
hearing **[1]** 13/11
115/10 119/6
Hedge **[1]** 6/25
held **[3]** 46/3 46/8 93/11
help **[5]** 23/22 29/19
62/17 62/17 85/13
her **[7]** 77/22 94/23
94/24 110/7 110/10
110/12 140/10
here **[26]** 5/9 5/18
15/14 15/18 15/20 15/23
15/25 17/9 29/10 34/15
36/6 36/22 47/4 48/10
50/5 50/18 51/24 58/8
68/14 77/24 78/9 138/23
139/12 139/25 141/23
142/2
hereby **[1]** 144/8
hereunto **[1]** 144/16
Hi **[1]** 123/22
higher **[1]** 80/11
him **[26]** 9/3 48/14
48/15 48/19 56/25 57/8
62/20 66/11 96/15 97/6
97/7 97/8 97/12 97/16
97/19 97/22 97/25 98/14
98/20 98/22 105/5 108/2
117/8 121/15 131/13
132/22
hire **[1]** 12/19
hired **[3]** 26/23 26/24
66/11
hires **[1]** 47/6
hiring **[1]** 18/8
Hirschhorn **[2]** 8/8 8/13
his **[18]** 6/10 25/12
27/21 48/12 49/11 59/3
66/15 66/19 68/14 74/7
94/3 94/17 96/14 101/4
112/23 113/22 132/20
141/17

E. PERR - AUDIO RECORDING

152

Case 18-15691-CMG    Doc 43-14    Filed 05/08/18    Entered 05/08/18 21:30:37    Desc
Exhibit L - Transcript of 342 Meeting    4-19-1817    Page 153 of 162

## H

hisers [1]  53/25
hmm [4]  65/23 82/9
101/8 102/4
hold [3]  54/6 58/5 142/5
holding [2]  48/2 48/5
holds [1]  22/19
Holland [4]  60/21 60/22
64/25 66/2
home [5]  6/24 7/8 7/11
7/12 7/12
Hood [5]  54/7 54/12
55/2 64/2 64/3
hope [1]  81/11
hopefully [4]  22/7
80/13 106/16 106/18
hoping [2]  107/7 134/8
hour [1]  133/22
how [38]  9/7 13/10 20/2
25/10 28/5 28/18 31/12
31/24 33/13 35/5 36/11
36/11 49/11 54/2 54/6
56/25 57/6 64/14 68/23
75/25 86/5 88/21 89/7
90/8 94/2 94/4 94/4 95/5
97/23 102/19 106/25
107/25 123/9 127/10
131/5 131/16 133/25
136/24
HOWE [5]  3/14 3/14
123/24 123/25 124/6
however [1]  47/4

## I

I'd [2]  80/14 132/7
I'll [9]  11/13 18/3 38/16
38/23 57/7 87/8 123/20
126/25 132/5
I'm [70]  5/4 12/12
13/20 13/24 17/22 19/14
20/10 44/9 44/25 48/24
48/24 49/11 49/18 49/22
50/9 51/3 51/19 57/12
59/8 60/14 61/10 61/23
61/24 62/14 64/8 71/13
72/13 76/25 78/19 80/3
80/16 85/25 87/2 87/4
87/7 92/24 92/25 93/2
93/20 93/21 93/22 94/12
96/11 99/15 105/4 107/6
113/8 114/5 115/11
117/2 117/20 120/10
122/4 123/6 123/12
123/24 125/21 126/21
127/2 127/3 127/5 127/6
128/12 131/9 132/2
132/25 134/8 136/7
136/16 142/5
I've [3]  61/24 74/7
97/25
ID [1]  78/5
idea [11]  98/23 99/10
127/10 127/14 127/16
128/7 130/11 130/16
138/5 138/10 138/21
identified [1]  124/13
II [2]  24/10 24/14
imagine [4]  20/9 61/21
90/7 128/5
immunity [1]  26/10

Important [1]  30/22
in [342]
Inc [10]  1/4 2/10 5/11
29/24 58/14 58/16 79/9
105/3 111/20 113/3
incident [1]  28/8
include [1]  106/4
included [3]  18/22 53/9
53/10
including [1]  38/9
income [1]  16/18
incorporated [1]  23/15
incurred [1]  38/4
indemnification [1]
51/18
independence [1]
128/18
independent [1]  128/13
128/16 128/17
index [1]  84/14
individuals [2]  105/8
109/4
influence [1]  6/5
influenced [2]  85/11
85/18
information [13]  5/23
14/3 16/8 17/11 18/21
25/7 35/8 67/10 137/20
137/25 138/6 138/11
138/21
initial [1]  35/11
initially [1]  21/23 23/25
injunction [2]  92/8
93/12
injunction's [1]  92/15
injunctions [1]  21/10
ink [1]  87/6
insolvent [1]  22/20
insurance [10]  32/20
35/19 36/17 36/23 36/25
37/5 37/9 38/19 38/20
101/10
insure [2]  12/19 40/21
intend [2]  12/19 40/21
intends [1]  37/20
intent [2]  23/7 52/5
intention [1]  127/25
interest [7]  9/12 9/15
28/23 41/19 136/3 136/5
136/10
interested [1]  144/15
interim [1]  12/13
internal [1]  73/24
interview [1]  51/24
inventory [1]  42/14
involved [23]  9/17
15/24 16/20 16/24 27/24
28/11 28/15 52/21 53/21
54/3 55/8 70/5 84/2 88/9
88/11 88/14 90/13 105/4
115/8 119/10 132/2
132/25 135/12
involves [1]  53/4

Iran [24]  24/17 24/18
25/7 28/6
IRS [1]  58/9
is [227]
Isn't [1]  130/3
issue [2]  115/8 115/13
issues [4]  23/3 55/20
84/23 84/25
it [216]
it's [108]  5/12 6/22 9/7
9/13 15/11 20/15 21/14
22/21 22/24 23/6 23/11
23/14 23/15 23/17 23/18
23/22 24/23 24/24 25/21
28/12 31/4 32/11 32/14
33/10 36/3 36/3 36/6
36/7 36/19 36/20 36/22
37/18 39/5 39/6 40/7
43/8 43/8 43/9 43/13
46/12 48/14 50/13 50/16
53/2 54/2 54/8 54/8 54/9
55/2 56/21 56/24 56/24
58/10 58/18 58/19 58/21
61/25 61/25 62/4 68/17
72/13 73/20 74/21 74/23
74/23 74/24 75/2 75/9
75/11 75/24 75/24 76/7
76/9 78/2 79/6 92/4 92/8
92/9 93/18 94/5 94/10
96/18 97/4 100/7 104/14
107/22 114/14 114/18
114/23 115/8 115/13
115/17 116/5 117/20
119/16 119/24 121/5
128/20 129/8 134/9
136/21 136/23 139/5
139/13 140/7 140/13
141/25 142/3
item [2]  43/21 106/5
its [12]  30/12 31/2 31/2
34/21 35/18 37/2 37/12
37/20 37/24 38/5 40/22
42/16
itself [2]  116/23 116/25

## J

James [1]  66/2
January [1]  79/24
Japanese [2]  24/3 24/4
24/4
Jed [6]  59/4 89/8 91/17
113/13 114/12 138/14
Jedediah [1]  4/14
Jedidiah [1]  89/8
Jeff [1]  5/4
JEFFREY [1]  3/9
jeffrey.m.sponder [1]
3/12
JERSEY [22]  1/2 2/6
6/10 7/2 23/12 23/16
30/9 58/21 112/22
112/24 113/18 115/3
115/4 124/15 125/3
125/24 131/17 134/11
134/20 135/6 136/13
139/6
Jews [3]  24/19 25/20
25/21
Joel [2]  8/9 8/12

Joseph [1]  48/24
Joshua [6]  97/21 97/23
98/2 98/12 100/25 101/7
Joshua [2]  66/22 101/6
Joshua's [1]  133/4
Joyce [1]  67/14
judge [7]  5/12 46/4
92/2 93/11 97/15 97/18
116/11
judge's [2]  92/10 92/20
judgment [3]  27/25
120/23 122/23
judgments [3]  28/16
47/25 110/21
jurisdiction [1]  74/10
just [30]  11/25 27/3
33/18 36/18 37/16 49/25
55/17 56/13 58/12 61/23
61/24 66/11 77/22 77/24
81/2 83/17 83/24 85/3
86/17 87/4 88/13 106/21
106/24 108/10 108/11
108/20 116/18 116/20
124/10 126/14
Justice [33]  1/4 2/10
5/7 5/11 29/24 52/14
53/5 58/11 58/13 62/13
79/8 83/21 98/6 104/21
105/2 110/25 111/7
111/13 111/19 112/2
112/6 112/19 113/2
115/6 118/21 120/9
121/4 121/11 122/10
122/22 123/5 123/10
139/5
Justice's [1]  121/7

## K

keep [2]  15/4 131/8
kill [1]  26/17
killed [2]  25/17 47/22
kind [3]  93/4 100/11
114/4
know [173]
knowing [1]  67/9
knowledge [19]  16/9
16/11 17/14 19/2 38/14
56/16 57/17 58/2 88/25
89/25 98/21 100/23
104/4 104/23 118/8
124/23 127/20 135/17
136/23
knowledgeable [1]
137/9
known [2]  97/23 97/25
KOFFSKY [10]  3/20
3/20 67/16 79/22 83/19
88/12 88/14 108/22
109/2 121/14
koffskyschwalb.com [1]
3/23
KRISTY [1]  4/11
kristy.grace [1]  4/11

## L

ladies [1]  82/23
lake [1]  51/10
Lakewood [4]  6/25 30/9
51/12 51/14
large [1]  29/6
largest [1]  27/7

E. PERR - AUDIO RECORDING

153

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit I - Transcript of 341 Meeting   Page 154 of 162

**L**

last [18] 6/17 9/9 14/8 16/16 16/20 19/4 33/16 33/18 33/20 37/16 45/14 74/14 86/13 91/23 107/12 125/12 125/16 140/14
later [2] 37/3 119/24
law [37] 2/4 2/15 3/4 4/4 4/5 12/24 26/6 26/8 26/23 26/23 26/24 27/12 27/13 27/17 28/13 46/15 47/10 47/13 54/23 55/7 61/20 62/2 62/8 64/11 67/17 67/22 67/24 68/3 68/4 70/17 70/19 70/20 70/21 79/20 84/11 102/13 123/24
lawsuit [32] 28/15 46/5 47/21 47/25 52/6 54/8 54/24 54/25 55/2 55/9 55/13 60/15 65/22 68/17 72/20 81/16 81/21 114/9 114/14 114/18 114/23 120/8 120/16 120/18 120/22 121/4 121/8 121/12 122/11 125/7 126/6 133/5
lawsuits [6] 26/13 27/10 28/12 29/2 53/20 53/24
lawyer [17] 54/20 54/21 68/14 69/6 69/21 69/24 74/8 88/2 90/5 96/5 98/13 98/16 117/16 121/11 121/18 139/8 139/10
lawyers [7] 28/16 48/2 49/23 90/13 98/11 121/16 129/17
lead [1] 80/24
lease [2] 31/17 51/7
leased [4] 36/3 36/4 75/4 75/6
leases [3] 15/24 41/12 42/6
leasing [1] 37/2
least [1] 48/7
leave [2] 114/20 142/14
Ledon [3] 47/18 49/20 67/25
legal [15] 53/8 53/14 55/23 74/21 74/23 74/24 74/25 92/12 96/7 96/9 104/3 113/8 113/8 120/20 129/14
legalese [1] 117/17
less [8] 11/12 20/8 27/15 43/24 44/15 44/17 129/16 134/9
let [6] 15/4 75/22 101/18 109/15 112/20 123/19
let's [1] 38/18
letter [1] 39/15
liabilities [4] 15/10 52/4 56/12 56/13
liability [5] 35/19 36/15 36/17 36/21 36/25
liable [1] 52/3

liberty [1] 5/24
113/2
license [3] 6/10 6/11 6/12
licensed [1] 23/12
lien [1] 58/5
liens [1] 21/11
life [2] 71/6 83/17
like [15] 9/21 20/13 27/3 32/12 33/15 40/19 60/14 73/12 77/25 80/14 86/22 90/21 95/8 128/17 133/17
likely [1] 12/8
list [6] 45/7 47/3 47/5 47/5 53/14 56/18
listed [21] 8/19 14/10 15/14 15/22 22/22 43/24 45/2 56/15 57/21 58/8 60/22 65/3 77/24 78/9 90/14 99/3 109/24 124/25 134/11 134/15 139/3
listen [3] 87/9 94/13 102/24
listing [1] 119/8
literal [1] 128/24
literally [1] 116/21
litigate [1] 22/25
litigation [29] 16/20 16/24 21/7 46/21 54/14 72/21 84/21 110/10 115/9 115/14 115/15 115/18 115/22 115/23 115/24 116/13 116/19 116/22 116/24 117/12 117/17 118/9 118/25 119/2 120/2 123/14 123/17 127/23 140/13
litigations [1] 56/2
little [5] 5/8 11/11 15/20 25/22 46/5 71/7 86/5 139/18
Livingston [3] 3/6 3/14 123/25
livingstonhowe.com [1] 3/17
LLC [7] 2/15 3/4 3/20 3/21 10/2 10/6 67/16
LLP [8] 3/14 4/9 46/8 46/10 61/19 61/23 70/17 123/25
loan [2] 11/22 33/10
loaned [1] 33/8
loans [3] 32/24 33/4 33/7
located [2] 74/17 97/3
location [1] 77/6
Lod [2] 47/21 47/23
Loeb [14] 67/22 67/22 79/21 79/22 90/8 90/9 90/15 90/15 90/19 90/20 90/24 90/24 91/2 91/2
lone [2] 27/5 29/12
long [4] 68/13 101/20 124/10 127/11
longer [4] 9/10 106/25 107/25 141/23
look [6] 39/8 54/20 80/15 96/14 96/16

135/16 137/8
looking [1] 20/12
lose [2] 40/5 139/19
losses [1] 78/24
lot [7] 25/14 27/18 28/22 74/3 90/12 100/8 141/23
Lourdes [3] 47/17 67/25 79/22
Luz [1] 68/5

**M**

machinery [1] 42/11
made [19] 16/22 20/14 24/7 30/25 32/24 33/4 33/7 39/22 40/16 42/22 48/13 86/14 86/19 91/9 108/23 130/4 137/7 137/8 142/8
Madeline [3] 1/16 144/7 144/20
Madison [1] 76/5
magic [5] 62/23 63/2 63/6 63/7 63/9
magnitude [1] 23/3
mailing [1] 76/7
Main [2] 2/5 2/17
maintain [2] 72/5 74/19 74/19
maintains [2] 71/25 72/9
maintenance [1] 93/15
Major [1] 55/5
majority [1] 128/16
make [9] 29/13 71/6 72/15 93/10 99/8 106/22 111/12 137/20 137/25
makes [3] 25/22 56/9 83/17
management [1] 31/2
Manasquan [1] 2/11
Manhattan [2] 102/10 103/23
many [17] 14/6 20/2 24/4 25/2 27/10 27/10 28/10 28/19 31/24 35/5 54/7 56/25 76/3 94/4 121/16 131/16 142/6
March [7] 14/17 18/13 41/6 41/7 79/24 86/21 103/10
March 22 [1] 86/21
March 22nd [1] 18/13
March 23rd [1] 14/17
Maria [1] 68/9
Marie [1] 64/25
mark [2] 2/15 118/13
marriage [1] 144/14
Martin [2] 8/8 8/13
massacre [2] 47/21 55/4
matched [1] 6/12
matter [7] 1/15 27/22 85/12 85/17 85/19 109/18 144/15
may [6] 1/10 12/25 12/25 41/9 83/8 144/17
maybe [4] 54/22 68/15 69/7 115/19
MD [1] 4/10

me [43] 6/8 6/9 15/4 20/3 22/2 27/21 28/5 30/19 40/3 40/6 44/20 56/4 56/20 59/2 62/2 62/17 62/17 62/25 77/2 77/10 77/20 80/24 83/12 83/14 94/15 96/22 101/18 101/19 101/22 101/23 101/24 102/3 102/8 102/25 105/20 109/15 112/20 123/18 124/10 128/18 129/11 132/7 137/10
mean [5] 31/5 40/6 42/9 76/21 85/21
means [4] 19/13 25/19 54/11 58/3
mediation [5] 102/5 102/6 103/21 104/6 140/15
meeting [7] 1/14 5/9 86/19 135/21 135/24 142/6 142/14
member [5] 68/15 68/16 75/17 95/3 137/12
members [4] 9/4 32/5 34/2 75/20
Mendham [1] 2/18
mentioned [6] 54/3 85/7 104/8 104/9 119/14 119/25
mentioning [1] 119/12
merged [2] 125/25
met [1] 124/2
Michael [9] 2/7 3/15 52/12 68/11 68/12 68/13 69/3 108/25 109/19
middle [1] 6/22
might [8] 11/12 20/16 56/20 71/6 81/3 81/3 108/11 141/22
military [1] 24/12
million [29] 22/17 28/3 28/7 42/18 42/18 42/25 43/3 44/10 44/18 46/6 51/19 52/9 52/14 59/11 60/4 63/11 65/18 66/22 68/20 99/6 99/9 99/17 135/10 136/25 139/15 139/19 140/3 140/25 140/25
millions [1] 119/10
Milton [3] 7/23 7/24 109/3
mind [1] 18/2
Mindy [1] 52/12
mine [1] 18/3
minus [1] 45/13
minutes [8] 107/21 108/6 108/9 112/9 124/8 132/8 133/22 134/8
mistaken [1] 94/12
Mm [4] 65/23 82/9 101/8 102/4
Mm-hmm [4] 65/23 82/9 101/8 102/4
model [1] 23/21
moment [4] 112/15 117/11 123/18 136/11
Monday [2] 10/17 38/20
money [37] 26/14 26/16

E. PERR - AUDIO RECORDING

154

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit L - Transcript of 341 Meeting   Page 155 of 162

## M

money... [35] 26/21 33/8 33/11 34/5 39/24 42/20 46/3 46/8 49/9 52/17 60/17 64/7 68/25 74/3 74/3 74/11 91/10 94/4 97/8 97/12 100/25 101/5 101/6 101/7 101/9 110/12 110/19 110/25 111/7 111/10 111/16 111/21 111/22 129/15 140/10

moneys [2] 43/19 48/2

month [9] 36/11 39/18 41/5 41/13 46/18 69/14 93/19 103/9 140/14

month's [1] 69/7

monthly [5] 32/8 40/25 41/4 41/8 69/12

months [7] 20/21 20/22 40/3 40/4 81/3 125/16 127/17

more [19] 12/8 20/8 25/21 25/22 25/23 30/15 33/22 34/7 46/19 50/3 59/8 106/18 107/7 109/15 118/24 121/23 137/9 141/18 141/22

Morena [2] 47/17 79/22

most [4] 13/21 109/16 109/17 129/24

mostly [2] 64/18 64/20

motion [5] 120/23 122/24 133/5 133/11 133/14

move [2] 12/13 141/16

mpolitan [1] 2/19

MR [9] 6/16 14/19 85/6 87/13 109/12 124/6 132/10 138/14 142/3

Mr. [63] 5/21 6/9 8/23 10/10 10/22 12/3 12/5 13/14 13/18 17/21 18/9 20/11 20/25 35/15 37/3 37/5 37/7 38/15 38/19 40/14 44/13 44/25 49/6 50/10 50/23 51/5 51/20 54/18 55/11 59/23 67/12 69/17 81/16 81/24 84/6 86/12 87/3 88/18 91/17 98/25 99/3 100/2 106/15 107/8 109/8 109/13 113/16 115/21 119/15 123/22 124/8 132/6 132/12 132/16 132/16 132/18 132/20 137/4 137/5 137/6 137/7 139/21 142/11

Mr. Ambush [4] 67/12 81/16 81/24 100/2

Mr. Ambush's [2] 98/25 99/3

Mr. Bluestein [1] 8/23

Mr. Engleberg [1] 113/16

Mr. Gaston [5] 49/6 132/12 132/16 132/18 132/20

Mr. Jed [1] 91/17

Mr. Neal [2] 109/8

## N

Mr. Neumann's [1] 18/9

Mr. Paul [1] 69/17

Mr. Perr [15] 5/21 6/9 10/22 12/3 13/18 50/10 50/23 51/20 54/18 84/6 88/18 106/15 109/13 123/22 142/11

Mr. Politan [1] 107/8

Mr. Sher [4] 132/16 137/4 137/6 139/21

Mr. Tolchin [2] 87/3 132/6

Mr. Tolchin's [1] 124/8

Mr. who [1] 137/5

Ms [1] 49/20

much [20] 28/5 31/6 33/13 36/11 36/11 49/11 51/21 64/14 68/23 80/9 94/2 94/4 95/5 106/25 107/19 107/25 123/9 131/12 133/25 134/3

music [1] 119/19

my [53] 5/3 6/2 10/4 10/7 11/19 14/15 16/11 16/11 17/16 19/12 19/21 19/21 25/12 34/17 35/8 35/12 37/8 38/8 48/16 50/13 56/16 60/9 62/14 62/17 82/19 87/8 88/25 89/25 98/21 100/23 101/21 102/22 102/24 103/3 104/4 106/24 108/10 108/23 118/8 121/20 124/2 124/20 124/23 125/7 126/14 127/20 135/17 136/23 137/22 139/8 141/25 144/11 144/17

myself [4] 91/20 110/2 115/25 117/18

name [29] 5/4 6/17 6/20 6/22 14/5 25/12 27/21 31/19 52/22 55/6 59/3 75/14 83/5 94/23 94/24 95/19 95/20 101/17 101/21 105/24 106/3 106/6 106/21 109/22 116/6 116/8 117/19 131/24 132/15

named [1] 22/18

names [6] 26/7 28/5 47/4 105/19 105/23 106/2

Nassau [7] 52/25 53/3 83/22 97/10 108/25 116/9 116/10

nature [4] 84/16 100/2 132/11 141/4

Neal [12] 69/5 88/6 88/7 93/24 93/25 94/2 94/6 94/21 109/8 121/8

135/17 135/22 135/22 139/21

new [4] 119/8 79/10

44/9 44/21 44/25 49/18 49/19 50/3 50/6 55/22 57/13 61/10 71/4 82/20 106/8 106/18 122/20

needs [8] 8/21 14/4 14/11 36/25 50/10 71/9 81/24 82/7

negative [3] 78/7 78/9 78/17

negotiate [2] 27/14 135/11 140/15

negotiated [1] 89/24

negotiating [3] 87/23 88/24 91/3

negotiation [5] 88/15 102/2 102/3 102/9 103/7

negotiations [2] 109/6 109/6

NEUMANN [26] 2/9 2/9 5/15 5/16 10/10 12/5 13/14 14/20 17/21 20/11 20/25 35/15 37/3 37/5 37/7 38/15 38/19 40/14 44/13 44/25 51/5 55/11 59/23 86/12 115/21 119/15

Neumann's [2] 18/9 142/3

never [8] 24/12 79/15 79/16 127/18 127/19 127/20 130/22 131/22

new [48] 1/2 1/17 2/6 3/16 3/16 3/22 3/22 4/6 6/10 6/25 19/14 21/7 23/12 23/12 23/15 23/16 23/17 30/9 34/24 52/13 52/18 52/25 53/5 58/21 74/18 75/3 76/2 76/5 76/5 78/18 84/12 89/18 112/22 112/24 113/18 115/3 115/4 124/15 125/3 125/24 131/17 134/11 134/19 135/5 136/13 139/6 144/4 144/8

Newark [2] 3/10 3/11

next [8] 14/20 16/16 38/24 59/2 91/7 102/7 108/12 130/5

nine [1] 51/5

NJ [3] 2/11 2/18 3/11

no [132] 1/3 6/8 8/5 8/5 8/5 8/5 8/5 8/5 9/16 9/22 9/24 10/7 19/5 22/3 26/10 26/10 31/7 31/11 32/7 32/18 32/19 32/20 32/20 32/20 32/21 32/22 32/22 32/23 33/4 33/6 33/14 34/12 34/16 38/7 38/7 40/13 40/20 40/23 40/23 41/17 41/21 41/23 42/2 42/12 42/15 43/4 43/18 44/4 46/18 47/9 47/12 51/8 54/10 56/7 61/23 62/6 62/8 64/15 66/11 66/16 67/13 68/25 68/25 70/9 72/6 72/19 73/4 73/17 74/15 75/6 75/6 75/13 75/19 76/3

## O

85/23 91/19 91/19 97/10 97/11 97/20 98/4 98/10 98/23 99/10 100/10 100/23 101/2 101/25 102/18 105/7 105/10 105/13 107/10 109/16 111/3 113/24 118/8 118/8 120/17 125/10 127/14 127/16 128/6 130/11 130/16 130/25 131/15 131/18 132/4 132/19 133/12 133/16 134/25 135/17 136/11 136/21 136/21 137/15 138/3 138/5 138/18 141/18 144/14

nobody [2] 28/17

noise [1] 25/23

Nolon [1] 7/23

non [2] 47/6 53/25

non-hires [1] 47/6

non-hisers [1] 53/25

Nope [3] 66/9 75/21 111/17

normal [2] 37/24 38/5

not [150]

not-for-profit [6] 9/13 9/14 9/18 58/18 58/19 82/12

Notary [2] 1/16 144/7

notes [5] 44/22 44/25 142/8 142/10 144/11

nothing [7] 32/20 32/21 32/23 33/5 36/22 40/12 112/22

notion [1] 140/9

novelty [1] 114/3

now [20] 21/4 23/6 25/16 25/18 27/5 31/25 33/18 37/16 40/6 44/20 57/2 58/7 61/12 67/20 72/11 101/12 104/8 125/5 129/2 138/17

number [24] 5/11 8/20 20/4 43/21 44/12 51/5 52/9 56/6 77/21 80/25 81/6 84/14 104/18 104/24 108/2 124/12 136/25 137/3 137/7 139/3 139/11 139/15 139/22 140/3

numbers [3] 78/8 78/11 78/17

NY [1] 3/7

objection [1] 119/4

obligated [1] 60/12

obligations [4] 33/24 34/3 37/24 38/5

obviously [2] 22/12 22/23

October [1] 79/10

October 8th [1] 79/10

off [5] 33/9 50/9 64/10 123/13 139/5

offer [1] 86/13

offered [1] 19/17

offering [1] 25/17

E. PERR - AUDIO RECORDING

155

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit L - Transcript of 341 Meeting   Page 156 of 162

**office [28]** 3/4 3/10 5/5 7/13 30/5 34/17 35/9 35/12 38/8 40/5 41/24 42/3 42/4 72/3 72/13 74/20 74/22 76/11 76/12 89/19 89/22 93/14 97/3 97/4 100/20 102/10 102/11 103/24

**officer [1]** 75/17

**OFFICES [1]** 2/4

**official [1]** 73/15

**often [1]** 29/16

**Oh [1]** 103/16

**okay [54]** 8/2 8/7 10/8 19/15 20/2 31/12 35/14 36/24 38/25 40/9 43/16 44/21 47/17 49/15 50/7 50/8 52/11 54/20 55/17 56/9 57/12 58/8 62/16 65/5 66/19 72/15 74/12 79/17 81/19 91/8 95/11 95/22 95/24 96/4 97/21 102/11 108/8 108/10 109/9 110/17 113/23 116/22 116/23 121/6 122/6 124/18 124/24 126/3 127/8 127/10 127/22 129/10 129/25 132/5

**old [3]** 43/25 44/17 58/10

**older [4]** 44/5 44/6 44/15 45/3

**Olivia [1]** 25/13

**once [3]** 76/15 126/6 126/15

**one [35]** 3/10 7/25 15/4 15/8 21/18 22/17 24/8 24/8 25/5 26/3 26/19 28/9 28/24 35/17 40/2 40/24 41/10 43/11 47/25 51/13 53/15 58/25 63/15 69/14 70/7 72/10 72/14 77/5 88/17 101/3 101/4 103/13 122/5 125/22 128/14

**ongoing [2]** 10/20 28/12

**only [10]** 19/11 29/6 40/2 67/8 72/10 72/13 80/11 112/14 124/3 134/7

**open [4]** 14/4 14/11 142/6 142/14

**opened [2]** 34/24 35/5

**operate [2]** 23/16 30/18

**operates [1]** 36/2

**operating [7]** 30/16 30/22 30/23 34/14 39/10 39/11 45/7

**operations [2]** 30/13 31/2

**operator [3]** 41/2 41/4 41/8

**opinion [1]** 85/9

**opportunity [1]** 18/17

**opposed [1]** 28/24

**opposite [1]** 43/6

**opposition [1]** 122/23

**oppression [3]** 23/23

**our [6]** 27/18 31/5 54/21 55/6 73/9 137/2

**out [29]** 14/24 21/7 22/11 22/13 24/20 25/3 25/8 25/9 26/16 26/16 27/8 29/5 29/9 31/17 40/14 48/2 50/17 57/3 63/7 87/6 94/5 110/19 111/10 127/21 135/23 135/24 136/6 136/14 142/2

**outcome [1]** 144/15

**outside [6]** 36/20 37/24 38/5 77/13 77/15 115/10

**outstanding [1]** 93/14

**over [19]** 10/17 16/18 16/20 16/22 18/19 19/24 27/16 27/22 27/23 35/12 37/19 46/5 49/5 49/5 62/14 62/15 62/21 69/2 70/24

**oversee [1]** 73/22

**owe [6]** 33/11 34/5 34/5 56/25 60/20 140/10

**owed [21]** 39/24 40/10 46/17 48/15 48/19 49/6 56/21 56/22 57/10 58/9 59/10 60/16 62/5 64/6 64/14 65/3 67/16 69/14 69/15 90/15 90/19

**owes [1]** 56/25

**own [9]** 19/22 41/15 41/18 41/22 41/24 42/11 51/7 87/8 119/17

**owned [4]** 36/22 75/5 75/9 75/11

**owner [3]** 7/15 36/23 42/5

**ownership [2]** 9/12 9/15

**owns [9]** 9/11 36/2 42/3 58/17 58/20 74/10 75/7 75/7 75/15

---

80/24 85/16 85/22 85/23 92/2 135/9

**orders [9]** 21/9 80/4 80/19 81/14 85/16 86/3 86/5 92/10 92/20

**organization [5]** 23/24 33/2 105/12 128/10 131/21

**organizations [2]** 9/20 23/24

**originally [1]** 59/20

**originals [1]** 13/13

**other [42]** 9/17 10/18 12/2 12/19 14/6 14/10 17/4 22/13 24/25 27/3 27/11 28/10 29/21 32/16 40/24 41/19 41/19 43/19 52/4 53/20 53/24 54/7 56/13 56/14 57/17 57/18 57/25 67/10 70/23 72/20 72/21 73/15 78/25 82/10 82/12 82/16 93/9 93/10 93/16 101/4 123/16 131/24

**otherwise [3]** 10/21 11/10 135/5

---

**P-E-R-R [2]** 6/19 59/4

**P.C [1]** 2/5

**package [3]** 34/16 35/24 36/19

**page [4]** 14/13 143/5 143/5

**paid [31]** 22/13 27/9 28/15 36/12 37/18 37/18 40/4 40/4 40/7 40/8 40/12 54/22 54/22 64/8 66/18 80/6 80/20 80/22 80/23 80/23 93/13 93/25 94/8 95/23 96/8 97/8 101/6 101/7 101/10 101/11 135/9

**Pakistan [1]** 25/2

**paper [2]** 48/4 79/14

**papers [5]** 31/17 97/5 118/2 122/23 138/23

**paperwork [2]** 44/20 44/21

**Pardon [1]** 56/4

**part [13]** 24/18 26/24 51/5 115/16 115/17 115/22 117/23 117/24 118/2 126/4 126/10 126/15 129/4

**participate [1]** 87/22

**particular [1]** 139/16

**parties [2]** 126/5 144/13

**party [6]** 51/24 54/14 116/14 116/16 121/4 121/8

**pass [4]** 26/6 83/12 87/2 132/5

**passed [2]** 26/8 26/9 28/13

**passes [2]** 39/8 83/3

**past [1]** 141/24

**Paul [4]** 48/8 56/18 69/17 70/10

**pay [26]** 26/15 34/6 37/20 39/3 39/12 39/13 40/5 75/12 77/2 91/10 93/16 93/24 94/2 94/6 95/5 97/6 97/7 97/12 97/15 97/19 100/25 101/9 104/3 123/7 123/8 129/24

**paying [6]** 28/6 40/9 54/16 55/12 93/9 93/17

**payment [2]** 104/17 111/12

**payments [8]** 16/22 39/22 40/16 54/11 56/7 72/16 93/10 130/4

**payroll [5]** 45/23 77/24 77/25 78/6 78/16

**pays [2]** 101/5 110/18

**pen [2]** 87/7 87/9

**penalty [5]** 5/22 16/7 17/11 137/14 137/19

**pending [10]** 52/11 56/2 115/9 118/24 119/2 120/18 123/13 123/16 133/15 140/13

**pennies [3]** 45/13 45/17 45/19

**pens [1]** 87/6

---

**pension [1]** 95/22

**people [18]** 24/20 25/5 26/12 26/17 26/25 27/3 27/18 28/14 29/6 47/6 77/3 78/5 109/17 109/20 109/20 109/23 119/9 129/24

**percent [4]** 32/11 81/12 129/8 130/21

**perform [1]** 15/6

**perhaps [3]** 9/9 21/10 21/11

**period [1]** 72/11

**perjury [5]** 5/23 16/7 17/11 137/14 137/19

**permission [2]** 97/15 97/19

**PERR [32]** 1/19 4/14 5/20 5/21 6/9 10/22 12/3 13/18 50/10 50/23 51/20 54/18 59/4 84/6 84/14 85/7 87/20 88/18 89/8 89/8 91/17 101/18 106/15 109/3 109/13 114/12 116/4 117/24 123/22 138/14 142/11 142/11

**person [9]** 6/13 34/9 66/7 72/8 101/4 110/3 131/25 134/2 136/13

**person's [2]** 95/19 95/20

**personal [1]** 11/19 11/21 11/21 54/21

**personally [2]** 33/25 116/14

**Peter [1]** 28/4

**petition [33]** 10/25 12/6 12/9 13/17 13/25 13/25 17/2 30/17 30/22 31/13 34/22 37/13 37/24 40/10 55/16 92/20 99/4 99/14 99/16 99/19 99/23 103/12 103/15 103/19 134/12 136/20 137/11 137/13 137/18 138/7 138/11 138/22 139/11

**petitions [1]** 18/22

**phone [2]** 35/12 101/21

**phonetic [1]** 54/2

**physically [1]** 77/6

**picture [1]** 6/12

**pile [1]** 97/5

**PIPER [9]** 4/9 4/9 27/7 51/17 52/6 64/11 64/16 64/21 81/5

**place [3]** 25/7 28/21 55/4

**plaintiffs [1]** 74/5

**plan [5]** 20/23 21/24 22/25 23/5 37/16

**please [6]** 6/18 83/7 83/7 86/15 122/8 138/14

**PLLC [2]** 4/4 4/5

**plus [2]** 33/14 47/23

**PO [1]** 76/8

**point [18]** 24/16 25/16 26/5 26/8 31/23 52/7 72/4 72/24 77/16 84/19 84/20 86/8 95/14 126/17 126/20 126/22 126/23

E. PERR - AUDIO RECORDING

156

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit I - Transcript 3.1.18 Meeting 4-19-18   Page 157 of 162

**P**

point... [1]  127/8
police [1]  92/15
policy [1]  29/15
POLITAN [3]  2/15 2/15
107/8
politanlaw.com [1]
2/19
Pollack [3]  7/23 7/24
109/3
portion [1]  129/6
position [11]  18/25
21/15 21/16 112/23
113/22 113/23 113/25
114/7 114/22 126/20
127/6
possession [1]  34/25
possible [1]  129/23
possibly [7]  12/22
48/19 57/8 62/20 78/2
90/10 102/15
post [6]  12/6 12/9 37/13
37/24 38/2 55/16
post-petition [5]  12/6
12/9 37/13 37/24 55/16
potential [2]  12/23
110/5
potentially [2]  12/22
109/23
power [3]  92/15 109/16
109/18
powers [1]  27/18
practitioner [2]  27/6
29/12
pre [4]  10/25 17/2
34/22 40/10
pre-petition [4]  10/25
17/2 34/22 40/10
precaution [1]  109/21
precipitated [2]  85/10
85/18
preliminary [1]  21/6
prematurely [1]  134/5
present [2]  4/13 103/21
presentation [1]  83/25
presented [1]  19/19
presently [1]  77/5
president [2]  7/15 7/17
Pretty [1]  131/12
prevail [2]  21/17 21/18
previous [3]  10/20
74/13 108/23
previously [1]  84/15
price [1]  27/14 27/15
primarily [1]  29/22
principal [1]  131/20
prior [10]  16/23 31/3
33/20 53/16 72/17 73/3
73/7 73/16 79/2 84/3
priority [1]  15/16
prisoners [2]  24/2 24/6
private [2]  23/23 74/20
pro [2]  22/10 27/9
probably [9]  10/17
21/16 25/5 26/21 30/14
43/20 49/19 73/11
130/13
problems [1]  55/11
proceeding [1]  57/20
profession [1]  96/14

professional [2]  69/18
83/23
professor [3]  69/20
69/23 70/4
profit [6]  9/13 9/14 9/18
58/18 58/19 82/12
program [1]  39/5
project [1]  24/15
proof [2]  67/7 99/11
properly [1]  24/3
property [14]  35/25
36/2 36/23 37/2 41/12
42/5 42/7 51/7 51/10
60/13 60/14 72/25 73/14
75/4
protection [1]  19/7
provide [3]  5/24 59/15
79/23
provided [9]  6/9 16/8
17/12 35/7 37/4 38/8
38/12 66/21 80/13
public [3]  1/16 24/19
144/7
publicity [1]  25/23
Puerto [4]  47/18 47/22
54/3 82/6
punitive [2]  28/2 28/7
purport [1]  21/10
purported [1]  79/18
purports [1]  18/5
purposes [2]  57/22
142/6
pursuant [2]  39/5 49/16
pursue [1]  12/25
put [7]  37/17 38/18
54/20 78/18 97/14
106/21 136/19
puts [1]  46/19

**Q**

qualify [1]  128/12
quarter [5]  39/7 39/7
39/17 39/17 39/19
question [36]  10/15
30/20 31/4 44/14 48/16
48/17 49/3 49/5 51/9
53/7 60/9 73/21 76/21
79/25 85/21 86/2 117/10
118/11 118/13 118/23
122/7 123/12 124/10
126/13 126/14 131/6
134/2 135/13 136/15
137/24 138/9 138/19
140/12 141/6 141/11
141/12
questioning [2]  82/19
123/13
questions [33]  10/10
14/6 14/10 16/17 17/4
43/19 51/2 54/19 71/14
76/24 83/8 84/6 84/8
85/4 86/24 87/11 92/22
94/17 107/6 107/9
107/12 107/13 107/14
118/24 119/20 121/23
123/16 124/3 124/9
141/7 141/9 141/19
141/22

**R**

R-E-L-I-G-I [1]  58/12

ran [3]  27/10 27/10
87/6
rata [1]  22/10
rather [1]  124/9
Re [1]  1/3
reach [2]  19/8 40/14
reached [2]  24/16 79/11
read [5]  50/3 73/25
117/25 123/2 135/14
reaffirmed [5]  59/20
59/21 59/22 135/18
135/22
real [3]  41/16 51/7 81/6
realtors [1]  40/19
reason [4]  18/20 20/13
78/8 80/3
recall [53]  8/15 10/3
10/4 11/5 16/3 17/5 18/9
33/13 33/23 34/19 43/14
44/11 44/19 44/23 45/5
52/10 52/22 56/17 59/19
60/4 67/4 68/18 70/6
78/13 78/15 87/16 89/16
90/4 90/23 90/25 97/13
100/7 100/12 101/11
101/13 101/17 102/12
104/5 105/19 105/23
105/24 106/2 112/12
116/15 117/14 118/5
120/3 120/5 120/6 125/8
125/15 133/4 139/16
receivable [3]  42/17
42/25 44/15
receive [1]  111/7
received [2]  24/12
34/13 111/11 111/21
receiver [1]  73/15
receives [1]  19/11
receiving [1]  12/6
recollection [1]  10/7
reconcile [1]  80/17
record [15]  5/14 6/18
50/10 72/2 83/7 88/13
93/18 94/5 94/10 96/18
106/15 106/22 119/16
119/22 128/22
records [2]  17/3 72/9
recover [1]  110/12
recoveries [1]  129/19
recovery [4]  10/2 10/6
129/5 129/6
red [1]  63/9
referral [1]  12/15
referring [3]  86/10
112/25 125/5
reflect [1]  128/22
reflects [1]  55/25
refusing [1]  117/3
regarded [1]  117/13
regarding [2]  12/15
92/16
regulator [1]  92/14
related [2]  84/24
144/12
relation [1]  1/14
relationship [2]  7/14
10/21
Religious [7]  58/13 79/8
105/3 111/20 112/7

Rabbi [2]  40/9 41/3
39/1 39/1
ready [1]  130/23
remains [1]  22/15
remember [11]  8/3 8/4
26/7 28/4 30/14 43/16
112/14 122/19 134/23
134/25 135/2
removed [1]  114/13
render [1]  6/6
rent [2]  36/12 40/2
75/12
rented [1]  36/3
reorganize [1]  23/7
repeat [5]  48/17 112/16
117/10 122/7 138/18
report [1]  41/8
reports [2]  41/2 41/4
repossessed [1]  73/6
represent [14]  18/24
47/10 47/14 47/14 83/6
83/20 83/23 84/13 88/23
91/2 96/6 98/22 109/4
124/2
representation [1]
104/15
representative [1]
27/17
represented [7]  70/5
88/2 109/2 111/6 112/11
112/18 121/11
representing [10]  5/17
10/19 48/14 49/23 64/22
84/21 90/9 98/11 98/20
122/9
represents [2]  48/9
69/21
request [1]  12/9
requested [3]  51/18
57/14 142/7
Requests [1]  16/25
require [3]  100/25
135/3 135/5
required [1]  53/14
requirement [1]  39/2
requires [2]  14/2 23/4
reserve [2]  87/3 107/16
reserved [1]  107/17
residual [1]  47/20
resign [2]  126/25
126/25
resigned [2]  27/21
27/22
resolution [3]  17/21
18/6 22/23
resolve [1]  125/7
resolved [3]  23/4
114/24 114/24
respect [3]  86/2 86/7
108/22
respond [2]  118/10
118/12
responded [2]  118/14
118/17
response [2]  115/7
124/8
responsibility [1]  40/24
Responsible [1]  26/21
rest [1]  106/17
result [1]  10/24
retain [2]  74/20 110/6
retained [2]  21/8 86/8

E. PERR – AUDIO RECORDING

157

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit L - Transcript of 341 Meeting   Page 158 of 162

**R**

retainer [2]  11/6 12/10
retainers [1]  12/7
Retention [1]  10/13
retire [4]  126/11 126/17 127/9 127/12
retired [2]  46/4 126/19
retirement [1]  32/21
return [1]  91/14
returns [1]  38/10
revenue [2]  73/24 130/10
revenues [1]  130/13
review [3]  18/18 137/19 137/25
reviewed [2]  16/5 17/7
reviewing [3]  16/3 17/5 18/10
Rican [1]  82/6
Ricans [1]  47/22
Richard [1]  70/10
RICHMOND [1]  144/5
Rico [2]  47/18 54/3
ride [1]  136/14
ridiculous [1]  114/15
right [60]  10/9 13/12 15/25 16/3 17/8 17/25 29/17 30/21 34/4 36/10 39/2 41/11 43/13 43/13 44/20 48/22 51/15 51/16 53/7 54/17 55/10 56/11 56/18 57/2 57/16 59/3 60/3 61/21 64/13 66/14 66/14 66/20 67/11 71/5 72/10 72/12 77/21 80/7 80/21 81/12 81/22 82/2 84/5 87/8 94/14 95/4 95/18 98/19 103/22 106/14 111/5 121/19 123/11 125/13 129/9 134/4 134/4 137/17 138/17 139/19
River [2]  30/6 30/6 51/15
Riviera [3]  36/9 41/12 42/6
ROBERT [1]  3/4
room [2]  102/7 114/13
routes [1]  24/21
Roy [3]  69/23 95/25 96/4
rtolchin [1]  3/8
rule [1]  21/13
ruling [2]  24/17 24/17
run [3]  26/16 26/16 136/2
running [1]  62/12

**S**

S-E-I-T-L-E-R [1]  8/12
S-O-U-T-H-A-R-D [1]  68/7
said [25]  7/25 19/21 36/15 41/11 66/17 87/14 94/11 94/12 95/24 95/25 101/12 112/9 112/10 112/15 116/18 117/11 120/6 124/7 124/11 125/6 126/14 134/7 134/18 135/18 142/14

salaried [3]  90/4 90/6 90/8
salary [14]  32/9 32/17 33/12 33/13 33/17 54/22 65/7 65/9 66/15 69/7 69/12 91/23 94/3 95/22
Salzman [6]  2/16 3/5 53/22 65/18 120/3 123/4
same [8]  9/3 19/25 24/25 45/20 85/20 85/25 140/5 141/12
sarcasm [2]  128/19 128/20
sarcastic [2]  128/21 128/23
Sarooshi [1]  69/20
sat [1]  140/14
Satan [2]  25/19 25/20
satisfactory [1]  19/9
Saudi [1]  27/24
save [1]  123/19
saw [7]  11/4 12/7 26/2 101/20 102/3 102/8 142/9
say [27]  8/11 11/13 12/21 23/20 27/12 29/4 48/7 49/22 71/19 77/25 79/19 86/20 91/17 96/3 99/7 112/16 112/24 116/20 119/21 122/14 122/20 122/20 124/19 124/23 126/23 130/12 130/20
saying [10]  74/8 87/16 92/11 101/13 113/15 117/14 119/9 120/4 127/3 138/5
says [14]  14/18 39/11 42/24 48/10 78/16 90/17 91/5 92/6 112/17 112/20 113/16 119/15 134/16 134/17
schedule [16]  13/3 15/15 15/15 15/16 15/20 15/23 15/25 16/2 23/22 35/15 44/12 44/13 71/8 90/14 106/4 131/9
scheduled [1]  130/14
schedules [22]  14/21 14/23 15/11 15/11 15/13 15/21 16/8 17/9 18/22 36/7 42/17 49/8 51/3 51/6 57/22 80/10 80/11 99/19 99/20 124/13 124/25 130/17
SCHWALB [9]  3/20 3/21 67/16 83/19 88/12 88/14 108/22 109/2 121/14
scope [1]  115/10
second [3]  54/6 88/17 101/25
secretary [2]  74/20 94/22
secured [12]  15/15 15/21 21/14 22/8 22/12 56/19 57/17 57/21 57/22 57/24 57/25 58/3
see [13]  13/4 13/10 15/4 18/20 19/11 27/3 37/8 44/2 44/7 89/14

seeking [2]  72/22 80/5
seems [2]  98/7 124/11
seen [5]  22/15 74/7 101/19 101/22 101/24
Seitler [1]  8/12
seized [2]  73/2 73/9
sell [1]  40/21
senators [1]  29/8
sends [1]  57/23
sent [5]  24/11 40/6 89/18 90/5 97/4
separate [1]  24/24
SERBIN [4]  3/19 83/19 88/10 108/21
serve [1]  62/25
served [1]  98/8
services [4]  66/19 79/23 80/13 135/6
session [1]  140/15
set [6]  15/17 42/16 49/8 55/23 83/5 144/16
sets [2]  44/14 72/8
setting [1]  14/3
settle [1]  86/14
settled [1]  19/23
settlement [27]  19/9 19/17 79/11 79/18 79/19 84/16 87/15 87/19 87/23 89/23 90/3 91/3 100/4 100/5 100/9 100/11 100/14 100/21 100/24 101/2 101/3 108/24 119/11 125/5 127/12 128/2 140/16
seven [3]  9/4 26/11 53/7
several [4]  16/18 16/21 19/15 98/13
Shah [1]  24/18
Shah's [1]  25/11
share [6]  19/16 24/13 113/23 113/25 114/6 114/21
SHAVER [2]  2/9 5/16
she [4]  63/12 63/15 83/3 110/4
she's [2]  83/2 95/3
sheets [1]  38/10
Sher [22]  55/7 69/5 84/23 88/5 88/6 88/7 90/7 93/24 93/25 94/2 94/7 94/21 102/25 103/2 109/8 117/22 121/8 132/16 137/4 137/6 137/7 139/21
Sher's [1]  137/10
Shohl [1]  63/21
short [1]  45/17
shorten [1]  29/18
Shortly [1]  86/13
should [11]  51/9 51/24 53/9 60/11 79/19 96/16 113/19 115/19 117/13 128/15 130/14
shouldn't [1]  53/16
show [5]  55/6 55/7 81/14 119/18 137/10
showing [1]  44/13
sic [2]  7/10 24/14

sign [11]  34/8 60/25 61/5 89/2 89/8 104/2 134/24 135/4 135/16 135/20 137/13
signature [12]  14/12 14/14 14/15 14/25 15/3 16/10 16/12 17/14 17/16 17/24 18/15 137/11
signed [31]  14/16 16/5 16/13 17/7 17/17 84/18 89/5 89/6 89/9 89/22 89/11 89/13 89/22 104/20 104/25 105/9 111/25 112/5 113/17 115/2 118/3 125/3 125/6 125/9 125/11 125/15 125/19 134/22 137/18 138/24 139/11
signing [1]  126/23
similar [2]  92/3 17/9
Simon [3]  69/23 95/25 96/4
Simonne [5]  8/7 77/17 94/24 94/25 95/5
since [6]  9/7 31/12 37/13 79/5 97/9 97/25
single [1]  25/5
sir [22]  8/10 14/14 15/3 16/10 17/15 18/5 18/15 83/9 84/9 86/25 92/24 93/20 99/25 108/20 114/25 117/4 121/22 136/7 137/16 137/24 138/8 138/20
sit [1]  139/24
sits [1]  7/21
sitting [1]  59/2
six [3]  68/18 117/19 127/17
small [3]  20/14 20/15 20/18
Smith [1]  4/10
so [128]  9/4 9/19 13/7 15/10 15/12 15/18 17/24 19/13 20/20 22/6 22/22 23/17 23/24 23/25 24/23 26/22 28/6 32/11 34/4 37/8 37/13 37/16 37/20 38/18 39/7 39/13 39/14 39/18 40/4 40/6 41/4 41/6 41/9 41/15 42/6 43/6 43/12 44/12 44/16 44/24 46/19 47/10 48/3 48/4 48/5 48/6 48/14 48/22 48/23 49/2 52/5 53/7 53/19 55/22 55/24 56/22 59/21 59/24 61/21 62/7 64/10 65/8 66/15 67/21 68/8 68/10 68/16 69/14 70/14 70/16 71/2 72/12 72/14 75/7 77/4 77/5 79/5 80/11 80/14 80/16 81/15 83/2 85/7 87/14 91/5 91/6 92/9 93/9 93/24 95/24 96/25 98/7 99/15 103/25 104/7 104/18 106/3 107/11 109/25 110/5 112/24 113/15 114/21

E. PERR - AUDIO RECORDING

158

Case 1:18-15691-CMG   Doc 43-9   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit I - Transcript of 341 Meeting   Page 159 of 162

**so... [24]** 117/3 117/8 118/11 118/16 119/25 121/9 121/15 123/8 124/10 125/18 129/2 129/15 130/9 132/20 134/8 134/10 134/21 135/15 135/19 137/18 138/4 138/5 139/24 141/15

**soldiers [1]** 24/9

**sole [1]** 109/18

**some [20]** 21/5 21/9 21/9 30/15 47/23 74/3 80/22 80/23 81/2 101/5 101/6 106/9 110/25 119/25 124/19 127/8 135/6 135/7 139/19 139/19

**some-plus [1]** 47/23

**somebody [2]** 22/18 104/8

**someone [2]** 64/17 106/20

**something [13]** 21/22 32/12 33/15 56/5 58/14 60/14 73/12 80/14 86/22 90/21 91/18 95/8 133/17

**sometimes [4]** 28/25 29/4 131/15 131/15

**Somewhat [1]** 87/25

**somewhere [3]** 12/7 23/13 57/11

**son [12]** 54/18 62/17 62/18 62/22 62/25 113/5 113/12 130/23 131/2 131/10 131/20 136/12

**son's [1]** 82/12

**Sonya [7]** 70/13 109/13 109/25 111/24 112/4 112/18 118/19

**sorry [3]** 96/11 114/5 126/21

**sound [2]** 125/13 126/7

**sounds [1]** 61/21

**sources [1]** 42/21

**Southard [2]** 68/5 68/7

**sovereign [1]** 26/10

**speak [6]** 114/16 117/16 131/2 131/10 131/13 139/21

**speaks [2]** 116/22 116/24

**special [1]** 12/22

**specialist [1]** 117/20

**specific [1]** 34/7

**specifically [1]** 15/18

**speech [1]** 68/13

**spell [1]** 6/17

**SPONDER [3]** 3/9 5/4 6/16

**Sponsored [1]** 110/15

**sponsors [2]** 110/22 130/6

**SS [1]** 144/4

**St [1]** 3/6

**standard [1]** 27/15

**start [4]** 13/17 82/22 83/10 143/5

**started [3]** 24/19 28/12

**state [16]** 1/17 25/6 29/2 29/9 79/12 80/5 89/18 92/2 92/20 106/21 110/15 110/21 129/11 130/5 144/4 144/8

**stated [1]** 16/15

**statement [15]** 8/20 11/5 13/4 14/22 15/2 16/16 17/12 18/23 19/19 53/8 55/24 72/7 77/21 81/25 106/23

**statements [1]** 108/23

**states [9]** 1/2 5/6 25/9 26/11 26/12 29/16 34/14 39/4 110/14

**status [2]** 120/15 120/17

**statutory [1]** 39/4

**stay [3]** 75/22 107/2 141/23

**stenographic [1]** 144/11

**stepped [2]** 135/23 135/24

**Steven [2]** 70/15 105/24

**still [12]** 30/22 45/11 45/25 46/20 64/21 69/15 83/3 84/17 94/16 98/22 127/23 140/18

**stipulations [1]** 128/14

**stocks [1]** 41/18

**stop [2]** 121/24 138/14

**stopping [1]** 26/20

**stops [1]** 58/12

**story [2]** 132/21 132/24

**strategy [2]** 20/24 21/4

**Street [3]** 2/5 2/17 75/25

**students [1]** 25/25

**stuff [1]** 81/7

**subject [1]** 74/4

**submit [2]** 140/25 141/3

**submitted [4]** 96/17 109/22 122/22 140/24

**such [5]** 14/5 29/7 40/18 79/21 138/25

**sue [4]** 26/9 29/13 68/24 130/21

**sued [7]** 51/24 68/23 68/23 68/25 109/23 123/10 130/22

**suffer [1]** 78/24

**sufficiently [1]** 128/13

**suing [4]** 60/6 60/8 60/10 98/5

**suit [2]** 83/21 84/2

**Suite [6]** 2/5 3/6 3/21 4/5 30/8 84/12

**summary [3]** 15/9 120/23 122/23

**summons [1]** 98/9

**superseded [1]** 92/4

**support [1]** 28/6

**supposed [1]** 64/10

**Supreme [1]** 91/9

**sure [7]** 17/22 64/9 125/21 127/6 128/12 137/20 137/25

**swear [1]** 5/22

**syngogues [1]** 43/25

**system [1]** 91/14

**T**

**T-O-R-Y-S [1]** 46/11

**TABACHNIK [2]** 2/4 2/4

**table [1]** 82/23

**take [18]** 8/6 19/18 19/24 27/16 29/4 32/14 43/7 49/21 55/20 63/7 69/2 106/7 106/7 106/10 116/21 118/2 119/6 127/11

**taken [2]** 24/3 117/21

**takes [1]** 117/21

**taking [5]** 25/7 26/20 28/21 28/22 138/16

**talk [5]** 37/2 90/5 126/24 131/13 139/9

**talked [4]** 35/22 71/8 71/9 81/15

**talking [7]** 56/5 91/19 117/6 126/24 127/2 138/14 140/11

**Tanenbaum [1]** 31/20

**Tannenbaum [5]** 66/7 66/10 91/14 91/15 95/21 95/24 98/19 102/21

**tape [1]** 141/9

**Tavani [3]** 1/16 144/7 144/20

**tax [5]** 14/9 23/11 38/10 45/23 91/14

**tax-exempt [2]** 14/9 23/11

**taxes [5]** 37/13 37/15 37/21 66/14 66/16 66/17 68/9

**Taylor [3]** 65/11 65/14 68/9

**TD [3]** 35/4 45/7 45/22

**Tehran [1]** 25/10

**Tel [1]** 2/6

**telephone [4]** 7/6 7/7 7/8 76/12

**tell [10]** 20/7 27/21 51/22 60/12 60/13 62/2 62/23 72/14 122/13 126/25

**telling [1]** 15/12

**ten [6]** 11/7 11/8 20/8 107/21 108/8 134/8

**tens [1]** 24/5

**tentative [5]** 79/14 87/15 87/18 87/23 90/3

**term [1]** 104/10

**terminology [1]** 120/21

**terms [2]** 117/17 125/23

**terror [3]** 104/19 104/24 110/19

**terrorism [5]** 26/20 28/6 110/15 110/22 130/6

**terrorist [5]** 23/24 26/11 26/11 27/23 29/19

**terrorists [1]** 47/23

**testified [2]** 91/22 118/6

**testify [1]** 5/19

**testimony [3]** 6/6 112/12 141/17

**than [21]** 10/18 11/12 12/8 20/8 20/8 27/15

**thank [8]** 6/14 29/17 50/2 86/24 86/25 109/9 142/11 142/12

**that [441]**

**that's [96]** 7/3 8/19 9/7 14/15 15/2 15/25 17/16 18/4 18/21 21/21 22/5 22/10 25/10 28/11 28/17 30/10 30/21 32/13 33/12 36/10 40/10 42/20 42/20 42/23 43/10 43/21 44/8 45/10 45/25 46/9 46/16 47/5 48/18 49/4 49/16 51/9 51/24 52/20 52/21 53/9 54/2 60/5 60/6 60/9 61/13 61/19 63/25 65/8 65/20 66/5 66/7 66/11 66/15 66/23 66/25 67/8 70/17 71/15 74/22 76/23 82/6 83/18 84/4 86/5 86/17 87/8 87/21 90/15 90/17 92/10 93/15 94/15 95/4 98/19 102/21 103/22 108/16 110/17 113/5 113/11 115/8 115/14 117/22 122/15 122/15 122/19 128/14 129/9 133/14 134/16 134/16 137/17 138/24 139/18 141/17 142/15

**theft [1]** 78/25

**their [5]** 19/12 26/20 83/24 111/2 120/13

**them [40]** 15/20 18/19 19/17 24/13 24/24 25/21 27/9 27/14 28/15 28/16 29/5 34/5 34/6 46/17 47/25 49/25 57/2 58/25 60/12 60/13 62/5 62/8 62/9 62/10 64/8 64/19 72/3 72/5 78/14 80/22 80/23 81/2 84/3 96/21 96/22 96/23 104/16 109/17 120/5 120/11

**then [20]** 16/2 21/17 21/20 22/12 22/19 27/16 45/2 45/22 46/3 49/2 61/3 62/16 63/21 71/3 78/16 85/25 88/19 119/19 119/23 126/11

**there [64]** 13/5 14/10 14/19 15/4 19/15 21/19 22/9 24/17 25/4 27/8 27/8 31/7 31/9 32/16 42/10 45/11 45/12 45/25 48/2 51/3 53/9 53/17 53/24 56/14 57/9 57/17 70/23 72/21 74/21 75/22 76/11 76/11 76/13 78/8 79/11 79/14 79/20 80/4 80/25 81/20 82/12 82/16 84/22 85/15 102/19 102/25 104/6 104/18 104/22 104/23 105/14 105/17 119/25 120/7 120/17 124/19 124/24 129/5 130/4 130/12

E. PERR - AUDIO RECORDING

159

Case 18-15691-CMG    Doc 43-14    Filed 05/08/18    Entered 05/08/18 21:30:37    Desc
Exhibit L - Transcript of 341 Meeting    Page 160 of 162

there... **[4]** 133/5
133/14 136/4 136/9
**there's [47]** 7/18 9/4
12/23 14/25 21/5 21/7
22/16 26/9 26/10 28/10
32/19 36/19 36/21 39/2
39/10 43/18 43/19 45/2
46/3 47/3 47/17 48/6
49/24 51/16 52/11 53/12
54/10 56/7 74/3 76/12
77/5 78/7 78/8 82/5
90/12 94/11 105/8
115/23 117/11 117/17
119/10 121/15 124/12
127/23 130/9 133/12
134/18
**these [19]** 14/21 14/23
16/4 18/18 22/7 23/3
23/3 27/17 47/13 49/23
78/16 105/19 107/11
109/17 109/19 112/10
119/9 124/25 141/7
**they [64]** 11/20 12/25
19/17 19/19 21/16 21/17
21/18 22/9 22/11 22/12
23/4 24/6 24/7 24/11
24/19 24/20 25/16 26/2
26/2 26/3 27/8 27/10
27/11 27/16 27/16 28/20
28/24 29/11 31/5 37/17
37/17 40/2 40/3 40/6
47/14 48/3 57/21 58/5
60/8 60/10 61/3 61/5
61/5 64/2 64/9 64/9
65/22 67/19 72/3 75/22
77/3 79/22 80/5 80/12
80/21 81/11 90/2 91/5
96/20 109/23 113/20
118/18 128/15 130/21
**they'll [3]** 28/25 29/4
119/17
**they're [21]** 21/14
21/15 22/11 26/15 44/4
47/6 48/5 57/20 57/24
60/6 60/10 60/16 62/7
64/4 64/6 64/14 74/8
80/20 81/6 81/9 138/24
**thick [1]** 34/16
**thing [4]** 19/25 54/8
139/17 139/18
**things [5]** 21/6 27/19
43/15 56/10 133/2
**think [38]** 8/21 12/7
12/12 21/21 21/23 22/18
22/21 22/25 23/2 27/7
30/4 34/19 40/12 44/13
46/13 56/20 56/22 57/13
58/7 59/23 64/8 64/19
67/21 68/10 71/2 72/23
74/8 91/16 104/7 107/20
107/24 107/25 115/7
121/19 122/12 124/24
135/15 141/10
**thinks [1]** 20/15
**Third [1]** 3/15
**this [86]** 10/19 12/12
12/20 13/6 13/10 13/18
14/22 15/5 15/8 15/9
15/12 15/18 15/25 16/6

16/7 17/8 17/8 18/3 18/5
19/25 19/25 20/24 20/25
20/14 20/17 26/8 27/22
28/15 28/23 30/4 31/23
34/15 35/17 39/18 40/22
41/5 42/24 47/6 52/7
56/6 72/4 72/23 77/16
78/18 79/24 83/17 83/24
85/11 85/19 86/14 90/2
93/2 95/14 96/23 98/15
99/12 101/22 106/17
108/14 108/21 109/15
109/21 109/24 111/8
112/23 114/3 114/15
115/10 118/25 119/5
119/13 120/20 121/24
124/9 128/3 129/2
133/21 136/11 136/14
136/15 137/13 137/25
141/9 142/5 144/13
144/15 144/17
**those [25]** 11/17 13/17
15/17 38/12 39/8 44/24
53/23 54/5 55/23 71/2
71/10 71/12 78/11 80/8
84/25 85/10 85/17 96/17
96/19 109/5 109/6
111/10 111/11 124/20
124/21
**though [1]** 130/3
**thought [2]** 85/20
124/18
**thousand [2]** 11/8 11/8
**thousands [3]** 24/5 24/5
25/3
**three [17]** 20/21 20/22
21/8 22/7 32/11 40/3
40/4 53/23 57/18 74/17
81/2 98/15 103/16
103/20 133/13 133/17
141/11
**through [14]** 13/20
13/25 14/20 15/12 15/19
20/12 34/20 56/11 78/19
82/19 94/15 111/2
127/24 130/7
**Thursday [1]** 38/20
**time [26]** 8/6 8/24
12/20 13/6 13/19 18/25
22/6 25/4 27/20 33/16
33/20 40/22 45/6 45/14
56/3 60/4 72/11 83/13
99/15 101/20 108/12
123/19 127/3 131/8
133/25 134/5
**times [1]** 141/11
**TIMOTHY [2]** 2/9 5/15
**timothy.neumann25 [1]**
2/13
**title [1]** 73/24
**TITLED [6]** 5/2 50/11
50/12 106/12 106/13
142/16
**today [12]** 5/7 5/24 6/5
27/4 28/12 38/19 50/19
101/14 101/19 129/18
138/20 139/25
**TOLCHIN [6]** 3/4 87/3
87/13 109/12 132/6
132/10
**Tolchin's [1]** 124/8

told **[4]** 39/25 58/12 61/2
63/2 66/2
tolerable **[1]** 139/24
**19/2** 80/2 126/2
**Tolerance [7]** 58/14
58/16 79/9 105/3 111/20
112/7 113/3
**tonight [1]** 50/20
**too [6]** 12/21 28/19
49/20 68/13 87/9 124/10
**took [13]** 24/7 24/15
27/8 31/16 33/16 50/24
50/25 54/21 55/4 91/22
102/20 102/25 106/15
**Top [1]** 20/6
**Tory's [8]** 46/8 46/10
46/11 46/15 46/20 46/23
70/17 79/21
**Total [2]** 20/4 49/13
**touch [1]** 77/2
**Towards [1]** 125/20
**town [1]** 30/8
**trades [1]** 29/23
**transcribed [1]** 1/15
**transcription [4]** 1/8
1/10 1/13 144/11
**transferred [1]** 73/7
**treaty [1]** 24/7
**trial [1]** 5/4
**tribes [1]** 24/23
**true [2]** 16/9 17/13
**trust [1]** 139/7
**trustee [6]** 3/10 5/6
34/14 39/4 46/4 73/19
**truthful [2]** 5/25 6/7
**try [1]** 22/5
**trying [4]** 29/3 80/16
80/20 140/15
**Turkish [1]** 24/22
**turns [1]** 22/11
**twenty [1]** 108/6
**two [10]** 6/23 9/9 22/2
35/6 39/5 74/14 87/6
103/13 103/16 103/18
**type [3]** 23/19 23/20
29/20
**types [2]** 29/21 124/20
**typically [1]** 129/8

U

**U.S [3]** 3/10 55/3 130/5
**uncollectible [1]** 42/19
**under [10]** 5/22 6/4
16/7 17/10 24/4 31/16
91/25 129/3 137/13
137/19
**understand [18]** 25/18
31/7 36/24 36/24 39/20
74/2 76/23 99/25 108/5
108/19 120/20 124/7
126/21 128/19 129/2
129/13 129/18 134/21
**understanding [1]**
131/19
**understood [3]** 40/13
107/5 124/18
**unilaterally [1]** 92/19
**UNITED [7]** 1/2 5/5
25/8 29/15 34/13 39/4
110/14
**unknown [8]** 46/8 46/9
60/21 60/22 61/16 62/4

unliquidated **[1]** 51/16
**unsecured [4]** 15/17
15/22 21/19 22/10
**up [25]** 6/23 13/17 14/4
14/11 22/19 26/3 29/3
34/24 40/14 48/2 48/5
64/8 84/17 84/18 84/20
87/5 93/11 96/14 101/4
106/17 119/18 132/5
136/24 137/7 137/8
**upon [4]** 73/6 73/7
126/11 126/23
**us [11]** 4/9 19/25 27/13
29/11 29/12 36/22 42/20
43/20 60/6 122/13 140/2
**usdoj.gov [1]** 3/12
**use [2]** 18/3 119/23
**used [5]** 25/6 25/9
28/13 75/6 76/3
**usually [1]** 101/3

V

**vacated [3]** 92/9 92/10
92/21
**Valencia [5]** 61/13
105/14 105/17 105/22
106/4
**valid [1]** 6/11
**varies [1]** 46/18
**various [1]** 16/17
**vehicles [1]** 41/22
**verify [1]** 139/2
**version [1]** 73/23
**versus [8]** 53/13 82/5
83/23 84/13 84/23 87/20
116/4 123/4
**very [6]** 24/23 25/24
29/14 29/16 31/6 60/14
**victim [2]** 26/4 104/14
**victims [19]** 19/9 23/22
27/12 28/14 29/19 47/16
48/9 49/24 54/12 54/24
55/4 69/22 104/19
104/24 110/15 110/19
129/20 130/5 130/8
**Victoria [1]** 7/23
**violate [1]** 100/21
**violation [1]** 100/3
**virtue [1]** 73/23
**voided [1]** 35/7
**Voorhees [1]** 2/11

W

**wait [1]** 101/25
**waiting [1]** 74/9
**wall [1]** 102/7
**Walsh [1]** 65/16
**want [18]** 12/25 19/20
20/16 63/2 83/12 83/14
92/12 94/14 108/2
109/10 117/10 119/21
128/10 133/23 136/2
140/21 141/22 142/2
**wanted [4]** 19/18
106/20 106/20 106/22
**wanting [1]** 128/6
**wants [1]** 29/13
**war [4]** 24/2 24/6 24/10
24/14

E. PERR - AUDIO RECORDING

160

Case 18-15691-CMG   Doc 43-14   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
W     Exhibit I - Transcript of 341 Meeting     4:19-18   Page 161 of 162

**warning [1]** 132/8
**Warren [1]** 25/13
**was [182]**
**Washington [1]** 110/18
**wasn't [3]** 37/18 66/17 99/18
**watch [2]** 91/4 91/6
**way [10]** 7/5 19/11 21/18 25/3 27/18 28/20 29/10 43/4 83/17 144/14
**ways [2]** 26/20 28/9
**we [83]** 13/20 14/20 15/10 15/19 19/8 19/10 19/18 21/2 21/23 22/21 22/22 23/25 24/7 24/8 24/8 24/15 25/13 26/5 26/8 26/19 26/23 26/23 27/5 27/6 27/9 27/10 27/11 27/12 27/14 35/22 36/21 37/18 40/23 47/24 50/4 50/17 50/25 51/8 51/23 54/2 54/20 54/22 54/22 55/6 55/22 60/10 60/13 64/8 64/11 66/11 67/8 68/20 71/3 71/4 71/8 74/19 74/19 74/20 76/9 78/18 81/15 82/20 83/19 83/23 86/19 87/5 88/19 91/12 93/4 95/13 95/16 106/18 106/20 108/14 108/17 109/23 111/3 119/15 127/24 129/16 130/22 140/14 141/15
**we'll [15]** 13/10 14/24 15/20 49/24 53/19 55/20 71/15 82/22 82/22 82/23 83/2 83/3 83/10 88/20 107/5
**we're [28]** 5/9 22/6 23/15 26/23 28/10 35/14 36/14 48/21 50/23 51/25 54/9 54/15 55/20 88/17 93/3 93/5 93/7 106/10 106/14 118/23 120/19 121/20 121/24 138/16 140/11 141/6 141/20 142/13
**we've [5]** 84/2 89/23 118/25 124/15 125/24
**wear [2]** 13/18 13/19
**weather [1]** 25/10
**week [4]** 33/19 45/16 45/21 91/23
**weekend [1]** 10/17
**weekly [1]** 32/8
**WEINREB [9]** 4/3 4/4 4/4 70/20 84/10 84/11 85/6 88/16 88/16
**weinreblaw.com [1]** 4/7
**Welch [1]** 69/3
**well [30]** 18/8 21/5 21/25 24/15 42/24 43/11 50/16 50/21 51/21 53/12 53/22 54/23 63/18 65/20 67/23 71/10 73/20 81/5 82/8 82/23 85/2 98/8 99/3 101/3 107/3 107/7

**went [11]** 25/11 26/3 26/5 27/6 27/18 56/11 78/19 102/16 102/21 102/21 102/21
**were [43]** 11/20 14/7 19/15 24/2 24/6 24/9 24/12 25/14 25/16 26/2 28/14 31/5 39/9 39/24 39/25 42/22 43/6 47/22 47/24 50/25 53/23 54/2 64/9 73/5 79/20 79/22 80/5 85/8 88/2 88/9 88/11 90/2 99/20 103/21 108/23 109/7 109/24 112/10 113/17 113/20 125/3 130/12 135/21
**weren't [1]** 57/21
**West [1]** 2/5
**what [111]** 7/14 11/6 12/12 15/12 18/5 19/13 22/5 23/19 25/10 25/18 26/17 30/6 30/8 32/8 34/17 34/18 39/8 39/16 42/24 44/2 44/21 45/3 46/16 47/19 48/12 48/18 50/5 52/16 57/10 58/3 59/13 60/4 60/6 60/8 60/18 62/21 62/24 63/25 65/6 66/25 67/4 70/3 72/14 73/18 79/14 85/21 86/4 86/8 87/14 89/12 90/2 90/17 90/22 90/24 91/13 91/17 92/11 93/16 94/12 95/18 96/9 96/13 97/21 97/22 98/24 100/2 100/5 100/11 101/12 102/6 103/9 107/20 107/24 108/3 110/14 112/16 115/11 115/15 116/5 116/22 117/6 119/3 119/14 120/6 121/6 124/7 124/15 124/18 126/13 126/19 126/20 126/22 127/3 127/4 127/6 128/2 129/16 134/10 134/16 134/17 136/22 139/2 140/9 140/17 140/18 140/20 140/21 140/25 141/2 141/3 141/4
**what's [21]** 7/16 18/11 21/3 22/2 30/2 31/15 36/5 36/5 49/2 49/3 52/20 52/21 62/5 75/14 94/23 95/22 101/15 104/12 118/11 132/11 138/9
**whatever [20]** 19/18 20/13 28/17 35/23 48/4 51/23 52/3 57/7 68/17 70/5 83/8 90/17 95/7 114/23 119/20 119/23 120/20 120/21 122/19 140/24
**when [36]** 8/13 8/17 9/8 10/14 11/25 15/10 15/11 20/11 25/25 30/12 33/16 33/20 37/17 45/14 57/4 61/2 61/2 62/14

**where [25]** 24/22 28/11 43/16 51/22 52/8 78/11 80/19 83/6 96/16 96/19 97/2 99/8 99/16 100/19 102/8 102/16 102/21 106/3 106/5 107/6 135/22 137/3 137/10 140/2 140/7
**whereby [2]** 16/6 17/10
**WHEREOF [1]** 144/16
**Wherever [1]** 96/20
**whether [23]** 14/7 14/8 16/19 16/21 16/25 21/13 22/7 22/14 57/20 85/9 89/17 91/8 105/6 111/18 111/24 112/4 121/2 121/3 122/21 130/9 138/6 138/10 138/21
**which [29]** 7/8 11/11 11/11 14/9 14/21 15/13 15/20 15/21 15/22 21/8 22/24 26/12 27/7 27/13 27/14 29/10 35/3 44/14 54/25 72/12 73/24 73/25 79/9 80/24 81/3 86/10 115/22 116/24 141/13
**whispered [1]** 91/18
**who [72]** 5/18 7/21 9/11 9/11 17/3 19/16 24/2 24/9 28/14 31/9 36/2 42/3 46/23 47/2 47/22 58/17 58/19 58/23 62/10 62/12 67/6 68/6 68/12 68/14 69/21 71/25 72/9 74/10 75/7 76/14 76/18 78/14 83/5 88/4 90/5 90/6 91/6 92/6 94/9 94/19 94/21 95/15 95/25 95/25 96/4 96/6 98/16 104/19 104/24 105/8 105/21 109/13 109/25 110/21 111/21 113/17 113/17 115/12 121/17 122/9 124/2 124/14 124/20 129/20 131/25 132/14 132/23 133/8 133/9 134/22 137/5 139/14
**who's [1]** 95/11
**whom [4]** 36/4 74/25 76/20 77/25
**whose [1]** 102/11
**why [15]** 19/6 46/9 62/5 78/8 80/3 113/25 119/3 123/19 127/24 131/7 135/25 136/4 136/9 136/17 138/24
**wife [1]** 25/12
**wife's [3]** 50/13 141/25 142/4
**will [25]** 5/24 10/16 13/20 14/20 19/24 21/17 21/20 22/9 27/16 27/16 29/11 29/11 37/11 39/17 40/15 41/8 41/9 62/17

**whipped [4]**
62/16 66/16/1/24/
**win [3]** 114/25 114/24
125 128/2 129/19
136/14
**Win [1]** 139/19
**wish [1]** 132/7
**within [5]** 53/15 73/10 127/15 127/17 144/8
**without [1]** 55/13
**witness [4]** 1/19 92/23 138/15 144/16
**Wolfe [2]** 70/15 105/25
**won't [1]** 107/18
**words [1]** 27/11
**work [9]** 31/17 42/21 64/9 67/19 90/24 96/8 96/9 96/13 135/7
**worked [4]** 29/5 57/3 64/2 127/21
**Worker's [6]** 35/21 35/22 36/15 36/17 36/18 36/19
**working [4]** 31/10 46/20 46/23 46/24
**works [1]** 103/3
**world [6]** 24/10 24/14 96/24 100/17 104/19 104/24
**worth [2]** 25/21 119/24
**would [50]** 6/6 13/19 19/16 26/25 27/2 27/11 28/14 37/10 40/2 40/10 59/15 67/6 72/8 73/19 76/14 76/18 76/19 78/14 80/12 80/24 85/14 85/17 86/20 90/6 97/2 97/3 100/19 100/20 110/17 115/9 118/16 125/13 126/6 126/11 126/17 127/11 127/21 128/10 128/12 130/12 130/20 132/14 132/15 132/23 133/8 133/19 136/4 136/9 136/12 140/5
**wouldn't [3]** 19/20 91/4 130/7
**write [2]** 33/9 87/9
**writing [1]** 142/10
**written [2]** 44/22 44/24
**wrong [1]** 80/14

**Y**

**yeah [49]** 11/16 12/4 12/11 15/8 32/14 34/11 34/15 35/23 35/24 36/10 37/6 38/14 38/16 40/6 45/13 45/19 47/20 48/7 49/7 49/15 50/21 51/13 51/21 59/9 59/12 60/20 61/22 65/10 65/15 67/3 67/21 67/24 68/8 68/21 69/6 69/19 70/2 75/24 76/7 85/24 86/22 87/17 98/19 101/8 103/13 103/20 106/9 108/7 140/23
**year [25]** 31/2 31/11 32/13 33/14 33/22 53/15 65/8 71/18 71/18 73/3 73/7 73/10 73/11 73/12 73/12 73/16 76/16 79/2 79/24 101/22 101/24

161

Case 18-15691-CMG    Doc 43-14    Filed 05/08/18    Entered 05/08/18 21:30:37    Desc
Exhibit L - Transcript of 341 Meeting    4-19-18    Page 162 of 162

**Y**

**year... [4]** 125/12
125/20 127/15 130/5
**yearly [1]** 32/9
**years [24]** 9/9 14/8
16/19 16/21 19/4 24/14
28/19 30/15 47/24 47/24
56/6 56/8 67/13 68/18
74/14 74/17 76/4 98/13
98/15 100/8 117/19
128/18 133/13 133/17
**Yep [1]** 100/18
**yes [130]** 7/20 7/20
8/18 9/2 9/6 9/19 10/12
16/15 17/19 18/14 18/16
29/25 30/9 30/11 30/24
31/14 32/4 34/19 34/23
35/2 35/10 35/17 35/20
36/8 37/22 37/22 38/11
38/13 39/21 40/8 41/3
41/14 42/8 43/23 45/24
46/2 46/7 46/15 46/22
48/9 48/9 49/10 49/17
52/7 52/15 53/6 53/18
53/25 57/11 59/17 60/24
61/6 61/9 61/15 61/18
63/14 63/17 63/20 63/22
63/24 64/5 64/24 64/24
64/24 65/2 65/13 65/17
65/19 65/21 65/25 66/4
66/6 66/24 67/15 67/18
67/24 68/2 69/4 69/9
69/11 69/13 69/15 70/12
74/19 78/7 80/18 85/21
88/3 89/3 89/20 91/12
91/16 91/24 95/2 97/17
98/4 98/21 99/5 99/13
99/24 101/10 101/25
104/11 104/22 109/15
110/16 110/20 110/23
111/9 113/4 113/14
116/12 120/12 120/14
121/9 121/13 123/23
125/17 126/2 126/25
127/9 128/10 128/18
128/20 128/20 129/17
131/4 131/15 134/14
134/21
**yet [1]** 95/23
**YMHA [1]** 75/16
**York [23]** 1/17 3/16
3/16 3/22 3/22 4/6 21/8
23/12 23/15 23/17 52/13
52/18 52/25 53/5 74/18
75/3 76/2 76/5 76/6
84/12 89/18 144/4 144/8
**you [465]**
**you'll [8]** 26/14 39/8
39/9 39/12 39/15 41/7
43/18 119/16
**you're [39]** 5/23 10/25
12/8 14/9 26/9 34/18
43/2 43/11 43/22 48/22
53/14 55/17 56/4 62/15
62/21 62/24 62/24 65/3
70/24 72/10 76/24 76/25
81/12 83/6 88/20 92/11
92/13 93/23 94/13
113/15 116/16 117/3
117/23 121/22 126/24

**you've [1]** 124/2
**your [64]** 5/13 6/6 6/17
6/20 6/24 7/5 7/14 8/6
11/20 11/21 14/4 14/14
15/13 16/4 16/9 16/10
17/6 17/14 17/14 18/15
20/6 32/5 32/8 34/2 41/8
43/6 57/16 58/2 62/15
62/18 62/21 62/22 62/25
70/7 71/15 75/20 82/11
83/5 86/7 86/8 101/21
103/2 104/23 106/4
106/21 113/5 113/12
117/10 118/15 118/18
119/17 122/9 124/13
126/13 130/17 130/23
131/2 131/10 131/19
131/19 132/23 136/12
138/9 138/18
**yourself [6]** 93/9 93/17
94/14 116/19 120/12
136/6
**Yup [1]** 38/22

**Z**

**zeros [1]** 94/4