# EXHIBIT P

SHORT FORM ORDER

SUPREME COURT - STATE OF NEW YORK
Present:

**HON. STEPHEN A. BUCARIA**
                                                    Justice

----------------------------------------------------------------     TRIAL/IAS, PART 1
MICHAEL ENGELBERG, derivatively on behalf     NASSAU COUNTY
of the American Center for Civil Justice, Inc.,

                                                  INDEX No. 606919/14

               Plaintiff,

                                                  MOTION DATE: 02/15/18
                                                  Motion Sequence 016

     -against-

ELIEZER PERR, JEDIDIAH PERR and
MILTON POLLACK, and AMERICAN CENTER
FOR CIVIL JUSTICE, RELIGIOUS LIBERTY
AND TOLERANCE, INC.

               Defendants.
----------------------------------------------------------------
THE AMERICAN CENTER FOR CIVIL JUSTICE, INC.,

               Nominal Defendant.


THE NEW YORK CENTER FOR CIVIL JUSTICE,
TOLERANCE & VALUES, INC.,

               Additional Defendant on Counterclaims.

----------------------------------------------------------------

      The following papers read on this motion:

            Notice of Motion.........................................XX
            Affirmation in Support..............................XX

1

FILED: NASSAU COUNTY CLERK 03/09/2018 05:19 PM
NYSCEF DOC. NO. 159
Case 18-15691-CMG   Doc 43-18   Filed 05/08/18   Entered 05/08/18 21:30:37   Desc
Exhibit P - 3-1-18 order in Engelberg Derivative Litigation   Page 3 of 3

INDEX NO. 606919/2014
RECEIVED NYSCEF: 03/09/2018

**ENGELBERG v PERR**                                    Index No.: 606919/14

     Motion by Koffsky Schwalb LLC for leave withdraw as counsel for defendants Eliezer Perr and Milton Pollack in the above action is **denied**. Although counsel alleges that defendants have failed to pay $74,000 in legal fees, counsel has not established that defendants have deliberately disregarded an obligation to counsel as to the payment of counsel fees or expenses (See Rule 1.16[c][5] of the Professional Conduct Rules). The court notes that Koffsky Schwalb was granted a legal fee in the amount of $149,300, to be paid by defendant American Center for Civil Justice, Inc. on March 20, 2017.

     So ordered.

Date:    **FEB 28 2018**

                                                      J.S.C.

**ENTERED**

MAR 01 2018

**NASSAU COUNTY
COUNTY CLERK'S OFFICE**