| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Mark J. Politan, Esq.<br>**POLITAN LAW, LLC**<br>88 East Main Street, #502<br>Mendham, New Jersey 07945<br>(973) 768-6072<br>mpolitan@politanlaw.com<br><br>-and<br><br>Robert J. Tolchin, Esq.<br>**THE BERKMAN LAW OFFICE, LLC**<br>111 Livingston Street, Suite 1928<br>Brooklyn, New York 11201<br>(718) 855-3627<br>rtolchin@berkmanlaw.com<br><br>*Attorneys for Diana Campuzano, Avi Elishis, and Gregg Salzman* | |
| In Re:<br><br>AMERICAN CENTER FOR CIVIL JUSTICE, INC.<br><br>                      Debtor-in Possession. | Case No.:   18-15691 (CMG)<br>Chapter:   11<br>Judge:   Christine M. Gravelle<br><br>**Hearing Date and Time:**<br>**May 29, 2018 at 10:00 a.m.** |

**ORDER GRANTING MOTION OF DIANA CAMPUZANO, AVI ELISHIS
AND GREGG SALZMAN DIRECTING THE APPOINTMENT OF A CHAPTER 11
TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) AND FED R. BANKR. P. 2007.1**

The relief set forth on the following page two (2) is hereby **ORDERED**.

| | |
|---|---|
| Debtor: | AMERICAN CENTER FOR CIVIL JUSTICE, INC. |
| Case No. | 18-15691 (CMG) |
| Caption of Order: | ORDER GRANTING MOTION OF DIANA CAMPUZANO, AVI ELISHIS, AND GREGG SALZMAN DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) AND FED R. BANKR. P. 2007.1 |

Upon the motion of Diana Campuzano, Avi Elishis and Gregg Salzman for the appointment of a Chapter 11 trustee pursuant to 11 U.S.C. § 1104(a) and Fed. R. Bankr. P. 2007.1 (the "Motion"), and notice and opportunity for hearing having been given to the Debtor, creditors and other parties-in interest; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, in its entirety.

2. The Office of the United States Trustee is hereby directed to appoint a Chapter 11 trustee.

3. The Court retains jurisdiction to interpret and enforce the terms of this Order.