UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

American Center for Civil Justice, Inc.

**Order Filed on May 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-15691-CMG

Hearing Date: 6/12/18

Judge: Gravelle

Chapter: 11

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO SHORTEN TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____May 22_____, 20 _18_ by ____Joshua Ambush_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*