# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15691−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   American Center for Civil Justice, Inc.
   216 River Ave
   Ste 110
   Lakewood, NJ 08701−4807

Social Security No.:

Employer's Tax I.D. No.:
   13−3960556

## Notice That a Transcript Has Been Filed

   You are Noticed that a Transcript has been filed on 6/6/18. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: June 8, 2018
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-15691-CMG
American Center for Civil Justice, Inc.                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 08, 2018
                              Form ID: tsntc           Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db             American Center for Civil Justice, Inc.,    216 River Ave,    Ste 110,    Lakewood, NJ  08701-4807
cr            +Joshua Ambush,    1726 Reisterstown Rd,    Suite 206,    Baltimoe, MD 21208-2987
cr            +Michael Engelberg,    c/o Douglas T. Tabachnik,    Law Offcs of Douglas T Tabachnik PC,
                63 West Main Street,    Freehold, NJ 07728-2140
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Douglas T Tabachnik    on behalf of Creditor Michael   Engelberg dtabachnik@dttlaw.com,
               rdalba@dttlaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Mark  Politan    on behalf of Creditor Avi   Elishis mpolitan@politanlaw.com
              Mark  Politan    on behalf of Creditor Gregg   Salzman mpolitan@politanlaw.com
              Mark  Politan    on behalf of Creditor Diana   Campuzano mpolitan@politanlaw.com
              Michael D. Siegel    on behalf of Creditor Gregg   Salzman sieglaw@optonline.net
              Michael D. Siegel    on behalf of Creditor Avi   Elishis sieglaw@optonline.net
              Michael D. Siegel    on behalf of Creditor Diana   Campuzano sieglaw@optonline.net
              Robert J. Tolchin    on behalf of Creditor Diana   Campuzano rtolchin@berkmanlaw.com,
               rtolchin@ecf.courtdrive.com
              Robert J. Tolchin    on behalf of Creditor Gregg   Salzman rtolchin@berkmanlaw.com,
               rtolchin@ecf.courtdrive.com
              Robert J. Tolchin    on behalf of Creditor Avi   Elishis rtolchin@berkmanlaw.com,
               rtolchin@ecf.courtdrive.com
              Timothy P. Neumann    on behalf of Debtor    American Center for Civil Justice, Inc.
               timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Plaintiff    American Center for Civil Justice, Inc.
               timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```