# American Center for Civil Justice, Inc.
## 216 River Avenue, Suite 110
## Lakewood, NJ 08701

Eliezer Perr, Pres.

June 14, 2018

Hon. Christine M. Gravelle, U.S.B.J.
Clarkson S. Fisher US Courthouse 402 E State Street
Trenton NJ 08608

RE:  AMERICAN CENTER FOR CIVIL JUSTICE, INC.;
     CASE NO. CASE 18-15691

Dear Judge Gravelle,

Please be advised that effective June 30, 2018 I will take no further salary or other monetary benefit from the Debtor during the Chapter 11 case. This will not be the first time that I have worked for the Debtor without compensation. I have done so voluntarily in the past when I thought it appropriate. I will continue to work for the Debtor and assist it in fulfilling its mission of assisting the victims of terrorism. I take this step because I believe that under the circumstances of this litigation it would be in the best interest of the ACCJ as it carries out its mission. I am still dedicated to the organization which I founded and plan to assist it going forward as an unpaid volunteer. I believe that my experience and the relationships I have developed over the years will continue to benefit the organization.

For example, over the past 18 months I have been working with inmates at the Ft. Dix federal penitentiary who have been deprived of basic rights. I have been in contact with inmates and have enlisted the help of Senator Corey Booker to try to rectify the serious problems at the facility. I am also in almost daily contact with Neal Sher regarding ongoing collection efforts, as well as discussing strategies achieve justice for the Ft. Hood terror attack victims. We also analyze potential future projects, such as strategies to remedy discriminatory environments Jewish students confront at universities throughout the country. Several years ago, Sher and the ACCJ sponsored

litigation against Berkeley and York University (in Toronto) and filed charges with the department of education. In fact, because of that history we have been approached to support similar litigation and advocacy. However, due to the freeze on spending imposed by the court in Nassau County, NY, it has not been possible to pursue those opportunities. I hope that this Chapter 11 will enable these efforts to resume.

I will continue my efforts on behalf of the Debtor because I have devoted a large part of my life to it and its mission. I wish to help steer it through the crisis it now faces and it is my sincere wish that it can emerge from this bankruptcy with its troubles resolved and ready to continue its important work of helping those who in need.

Thank you for taking the time to read this letter. I know that you too have what is best for the Debtor at heart and I hope that this small gesture on my part will help convince you that I do as well.

Respectfully,

Eliezer Perr