

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>TIMOTHY P. NEUMANN, ESQ. [TN6429]<br>BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>(732) 223-8484<br>tneumann@bnfsbankruptcy.com<br><br>*Attorneys for Debtor-in-Possession*<br>*American Center for Civil Justice, Inc.* | **Order Filed on June 20, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**AMERICAN CENTER FOR CIVIL JUSTICE, INC.**<br>a Corporation of the State of New Jersey,<br><br>Debtor. | Chapter 11<br><br>Case No.: 18-15691<br><br>Judge: Hon. Christine M. Gravelle |

## INTERIM FEE ORDER PURSUANT TO 11 U.S.C. 331 AND D.N.J. LBR 2016-3

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: June 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: American Center for Civil Justice, Inc.
Case No.: 18-15691
Caption of Order: Interim Fee Order

___

**THIS MATTER** having been opened to the Court by American Center for Civil Justice, Inc., the debtor-in-possession (the "Debtor"), by and through Debtor's counsel, Broege, Neumann, Fischer & Shaver, LLC., upon a motion (the "Motion") for entry of an Interim Fee Order; and for good cause shown,

**IT IS ORDERED as follows:**

1. The Motion is Granted;

2. The following procedures shall govern applications for interim compensation in this case:

   (I) Not later than the 25th day of the month following the month for which compensation is sought, a professional person seeking compensation must file and serve, by electronic transmission, hand delivery, or overnight delivery, or by any means directed by the court, a monthly fee and expense statement on the following parties:

   (A) the officer designated by the debtor as responsible for such matters;

   (B) the debtor;

   (C) any official committee;

   (D) the United States Trustee;

   (E) any secured creditor;

   (F) any post-petition lender;

   (G) any party requesting notice of all proceedings; and

   (H) any other party designated by the court.

   (II) A monthly fee statement must comply with Local Bankruptcy Rule 2016-1(a).

Debtor: American Center for Civil Justice, Inc.
Case No.: 18-15691
Caption of Order: Interim Fee Order

_____

(III) Objection. An objection to a monthly fee statement must be filed and served on the professional person and the parties listed in subdivision (b)(1) not later than 14 days after service of the statement. The objection must set forth the nature of the objection and the amount of fees and expenses at issue. Grounds for objection include: (i) the debtor's failure to timely file monthly operation reports; and (ii) the debtor's failure to remain current with administrative expenses and fees under 28 U.S.C. § 1930.

(IV) Initial Monthly Fee Statement. The initial monthly fee statement may encompass the time period from the filing of the Chapter 11 petition through the end of the last month for which compensation is sought in said initial application.

(IV) Payment.

(1) On the expiration of the objection deadline under section (III), a professional person may file and serve on the parties listed in subdivision (b)(1) Local Form Certification of No Objection or Certification of Partial Objection, and then receive 80% of the fees and 100% of the expenses not subject to an objection. The professional person may seek authorization as part of the next interim or final fee application to receive the remaining 20% of fees not subject to an objection.

(2) If the parties resolve an objection and if the professional person files and serves on the parties listed in subdivision (b)(1) a statement indicating that the objection is withdrawn and describing the terms of the resolution, the debtor may pay in accordance with subdivision (d)(1) that portion of the monthly fee statement which is no longer subject to an objection.

Case 18-15691-CMG    Doc 94    Filed 06/20/18    Entered 06/20/18 14:35:51    Desc Main
Document    Page 4 of 4

Page 4 of 4
Debtor: American Center for Civil Justice, Inc.
Case No.: 18-15691
Caption of Order: Interim Fee Order

___

(3) If the parties are unable to reach a resolution of the objection not later than 14 days after the deadline for filing an objection under subdivision (c), the professional person may either (i) file a response to the objection together with a request for payment of the fees and expenses to which the objection applies; or (ii) forgo payment of those fees and expenses until the next interim or final fee application or another date directed by the court.

(V) Fee application.

(1) A professional person who has received monthly payments under an administrative fee order must, at four month intervals or such other intervals directed by the court, file and serve on the parties listed in subdivision (b)(1) an interim application under § 331 of the Code for allowance of the compensation and reimbursement of the expenses sought in the monthly statements issued during the applicable period.

(2) The interim fee application must include a summary of the monthly fee statements that are the subject of the request and any other information requested by the court.