| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Mark J. Politan, Esq.<br>**POLITAN LAW, LLC**<br>88 East Main Street, #502<br>Mendham, New Jersey 07945<br>(973) 768-6072<br>mpolitan@politanlaw.com<br><br>-and<br><br>Robert J. Tolchin, Esq.<br>**THE BERKMAN LAW OFFICE, LLC**<br>111 Livingston Street, Suite 1928<br>Brooklyn, New York 11201<br>(718) 855-3627<br>rtolchin@berkmanlaw.com<br><br>*Attorneys for Diana Campuzano, Avi Elishis, and Gregg Salzman* |
| In Re:<br>AMERICAN CENTER FOR CIVIL JUSTICE, INC.<br>　　　　　　　　Debtor-in Possession. |

Case No.:     18-15691 (CMG)
Chapter:      11
Judge:        Christine M. Gravelle

Hearing Date:
November 14, 2018 at 10:00 a.m.

## WITNESS LIST

Diana Campuzano, Avi Elishis and Gregg Salzman (the "Movants"), by and through their undersigned counsel, hereby submit their list of witnesses for the hearing on their motion for the appointment of a Chapter 11 trustee:

1. Eli Perr

2. Jed Perr

3. Saul Deutsch

4. Neal Sher

Movants reserve the right to supplement this list.

Dated: November 1, 2018.

    Respectfully submitted,

    **POLITAN LAW, LLC**
    Mark J. Politan, Esq.
    502 East State Street, #502
    Mendham, New Jersey 07945
    (212) 407-7700
    mpolitan@politanlaw.com

    -and-

    **THE BERKMAN LAW OFFICE, LLC**

    By:    /s/ Robert J. Tolchin
           Robert J. Tolchin

    111 Livingston Street, Suite 1928
    Brooklyn, New York 11201
    (718) 855-3627
    rtolchin@berkmanlaw.com

    *Counsel to Diana Campuzano, Avi Elishis and Gregg Salzman*