**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: Timothy.neumann25@gmail.com

*Attorneys for Debtor/Debtor-in-Possession*
*American Center for Civil Justice, Inc.*

| | |
|---|---|
| In Re<br><br>**AMERICAN CENTER FOR CIVIL JUSTICE, INC.,**<br><br>  Debtor. | CHAPTER 11<br><br>CASE NO.: 18-15691/CMG<br><br>Judge: Hon. Christine M. Gravelle |

**CERTIFICATION OF NEAL SHER IN SUPPORT OF MOTION TO QUASH SUBPOENAS SERVED ON LOEB & LOEB, LLP AND CAPLIN & DRYSDALE**

Neal Sher, of full age, hereby certifies as follows:

1. I am the general counsel of the American Center for Civil Justice, Inc.

2. Annexed hereto as Exhibit A is a copy of a subpoena (the "Subpoena") served on the law firm of Loeb & Loeb, LLP ("L&L")

3. Annexed hereto as Exhibit B is a copy of the April 2, 2015 Engagement Agreement between the Debtor and L&L.

4. Annexed hereto as Exhibit C is a copy of a subpoena (the "Subpoena") served on the law firm of Caplin & Drysdale.

5. Annexed hereto as exhibit D are copies of invoices for legal services rendered to the Debtor by the firm of Caplin & Drysdale (privileged content redacted).

6. I certify that the above statements are true. I acknowledge that if any of the above statements are willfully false, I am subject to punishment.

By: */s/ Neal Sher*

Dated: January 29, 2019              NEAL SHERs