UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>American Center for Civil Justice, Inc. | Case No.:    18-15691-CMG<br><br>Chapter:    11<br><br>Hearing Date:    2/16/21<br><br>Judge:    Christine M. Gravelle |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after _____2/16/21_____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:    2/16/21
Time:    2:00 pm
Location:    USBC
              402 East State Street
              Trenton NJ 08608

DATED: 1/11/21                                                     JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-15691-CMG |
| American Center for Civil Justice, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | American Center for Civil Justice, Inc., 216 River Ave, Ste 110, Lakewood, NJ 08701-4807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison J. Arotsky | on behalf of Creditor Michael Engelberg aarotsky@moritthock.com |
| Andrea Dobin | on behalf of Defendant Joshua Ambush adobin@msbnj.com |
| Andrea Dobin | on behalf of Creditor Joshua Ambush adobin@msbnj.com |
| Charles Epstein | on behalf of Creditor Nossaman LLP ceatty@gmail.com |
| Charles Epstein | on behalf of Creditor Roland Roth ceatty@gmail.com |
| Charles Epstein | on behalf of Creditor Emil Hirsch ceatty@gmail.com |
| Charles Epstein | on behalf of Creditor Paul Knight ceatty@gmail.com |
| Charles Epstein | on behalf of Creditor Friedman Law Office P.A. ceatty@gmail.com |

Case 18-15691-CMG    Doc 753    Filed 01/13/21    Entered 01/14/21 00:15:01    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Douglas T Tabachnik
    on behalf of Creditor Michael Engelberg dtabachnik@dttlaw.com rdalba@dttlaw.com

Eric R. Perkins
    on behalf of Creditor Richard Paul Brewer eperkins@becker.legal
    tcolombini@becker.legal;lrodriguez@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal

Eric R. Perkins
    on behalf of Creditor Joyce Louise Leydet eperkins@becker.legal
    tcolombini@becker.legal;lrodriguez@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal

J. Alex Kress
    on behalf of Creditor Richard Paul Brewer Alex.Kress@wilsonelser.com

J. Alex Kress
    on behalf of Creditor Joyce Louise Leydet Alex.Kress@wilsonelser.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Joseph Casello
    on behalf of Creditor American Center for Civil Justice Religious Liberty & Tolerance Inc. jcasello@cvclaw.net,
    jcasello627@gmail.com

Karina Pia Lucid
    on behalf of Creditor Gerard Welch klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Creditor Estate of Betty Ann Welch klucid@karinalucidlaw.com
    R43327@notify.bestcase.com;admin@karinalucidlaw.com

Leslie A. Berkoff
    on behalf of Plaintiff Michael Engleberg lberkoff@moritthock.com

Mark Politan
    on behalf of Creditor Gregg Salzman mpolitan@politanlaw.com

Mark Politan
    on behalf of Creditor Avi Elishis mpolitan@politanlaw.com

Mark Politan
    on behalf of Creditor Diana Campuzano mpolitan@politanlaw.com

Michael A. Siravo, IV
    on behalf of Defendant Joshua Ambush msiravo@msbnj.com msiravo@trenklawfirm.com

Michael A. Siravo, IV
    on behalf of Creditor Joshua Ambush msiravo@msbnj.com msiravo@trenklawfirm.com

Michael D. Siegel
    on behalf of Creditor Gregg Salzman sieglaw@optonline.net

Michael D. Siegel
    on behalf of Creditor Diana Campuzano sieglaw@optonline.net

Michael D. Siegel
    on behalf of Creditor Avi Elishis sieglaw@optonline.net

Morris S. Bauer
    on behalf of Plaintiff Michael Engleberg msbauer@nmmlaw.com
    rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Creditor Michael Engelberg msbauer@nmmlaw.com
    rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Neal M Sher
    on behalf of Interested Party Neal M. Sher nealsher@gmail.com

Robert J. Tolchin
    on behalf of Creditor Diana Campuzano rtolchin@berkmanlaw.com rtolchin@ecf.courtdrive.com

Robert J. Tolchin
    on behalf of Defendant Avi Elishis rtolchin@berkmanlaw.com rtolchin@ecf.courtdrive.com

Robert J. Tolchin
    on behalf of Defendant Gregg Salzman rtolchin@berkmanlaw.com rtolchin@ecf.courtdrive.com

Robert J. Tolchin
    on behalf of Creditor Gregg Salzman rtolchin@berkmanlaw.com rtolchin@ecf.courtdrive.com

Robert J. Tolchin
    on behalf of Defendant Diana Campuzano rtolchin@berkmanlaw.com rtolchin@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Robert J. Tolchin
    on behalf of Creditor Avi Elishis rtolchin@berkmanlaw.com rtolchin@ecf.courtdrive.com

Stephen B. Ravin
    on behalf of Creditor Ben-Rafael Claimants sravin@saul.com jgillman@saul.com

Timothy P. Neumann
    on behalf of Debtor American Center for Civil Justice  Inc. timothy.neumann25@gmail.com,
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Timothy P. Neumann
    on behalf of Defendant The American Center for Civil Justice  Inc. timothy.neumann25@gmail.com,
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

Timothy P. Neumann
    on behalf of Plaintiff American Center for Civil Justice  Inc. timothy.neumann25@gmail.com,
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William S. Katchen
    on behalf of Petitioning Creditor Law Offices of William S. Katchen  LLC williamkatchen@gmail.com,
    assistant@wskatchen.com

William S. Katchen
    on behalf of Creditor American Center for Civil Justice Religious Liberty & Tolerance  Inc. williamkatchen@gmail.com,
    assistant@wskatchen.com

William S. Katchen
    on behalf of Attorney Law Offices of William S. Katchen  LLC williamkatchen@gmail.com, assistant@wskatchen.com

TOTAL: 43