UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail:  jeffrey.m.sponder@usdoj.gov

In Re:

American Center for Civil Justice, Inc.,

Debtor.

Case No.:         18-15691 (CMG)

Chapter 11

Hearing Date:    February 9, 2021 at 11:00 a.m.

Judge:           Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Jeffrey M. Sponder:

   ☒ represent the US Trustee in this matter.

   ☐ am the paralegal for _____ who represents _____ in this matter.

2. On February 8, 2021, I caused the following pleadings and/or documents to be served on the parties listed in the chart below.

   - The United States Trustee's Objection to Clerk's Notice of Intention to Close Case.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 8, 2021                           */s/ Jeffrey M. Sponder*
                                                 Jeffrey M. Sponder
                                                 Trial Attorney

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Timothy P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>timothy.neumann25@gmail.com | Counsel for the Debtor. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrea Dobin, Esq.<br>Trenk DiPasquale, et al.<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>adobin@trenklawfirm.com | Counsel for Creditor, Joshua Ambush | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William S. Katchen, Esq.<br>Law Offices of William S. Katchen, LLC<br>210 Park Avenue<br>Suite 301<br>Florham Park, NJ 07932<br>wkatchen@wskatchen.com | William Katchen | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karina Pia Lucid, Esq.<br>Karina Pia Lucid, ESQ., LLC<br>PO Box 230<br>3640 Valley Road<br>Suite 2a<br>Liberty Corner, NJ 07938<br>klucid@karinalucidlaw.com | Counsel for Creditor, Estate of Betty Ann Welch, Michael Welch, and Gerard Welch | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert E. Nies, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>rnies@csglaw.com | Counsel for Creditor, Law Office of Paul Gaston | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Politan, Esq.<br>Politan Law, LLC<br>88 East Main Street<br>#502<br>Mendham, NJ 07945<br>mpolitan@politanlaw.com | Counsel for Creditor, Avi Elishis, Diana Campuzano, and Gregg Salzman | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Michael D. Siegel, Esq.<br>Siegel & Siegel<br>One Penn Plaza<br>New York, NY 10119<br>sieglaw@optonline.net | Counsel for Creditor, Avi Elishis, Diana Campuzano, and Gregg Salzman | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Tolchin, Esq.<br>The Berkman Law Office LLC<br>111 Livingston St.<br>Suite 1928<br>Brooklyn, NY 11201<br>rtolchin@berkmanlaw.com | Counsel for Creditor, Avi Elishis, Diana Campuzano, and Gregg Salzman | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas T Tabachnik, Esq.<br>Law Offices of Douglas T Tabachnik, PC<br>Woodhull House Suite C<br>63 West Main Street<br>Freehold, NJ 07728<br>dtabachnik@dttlaw.com | Counsel for Creditor, Michael Engelberg | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elan E. Weinreb, Esq.<br>The Weinreb Law Firm, PLLC<br>1225 Franklin Avenue<br>Suite 325<br>Garden City, NY 11530<br>eweinreb@weinreblaw.com | Counsel for Creditor, The Weinreb Law Firm, PLLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aaron Applebaum<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>aaron.applebaum@saul.com | Counsel for Creditor, Ben-Rafael Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jennifer Barna<br>Epstein Becker & Green<br>One Gateway Center<br>13th Floor<br>Newark, NJ 07102<br>jbarna@ebglaw.com | Counsel for Creditor, Friedman Law Office, P.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Morris S. Bauer<br>Allison J. Arotsky<br>Norris McLaughlin & Marcus, PA<br>400 Crossing Boulevard<br>8th Floor<br>Bridgewater, NJ 08807<br>msbauer@nmmlaw.com<br>aarotsky@norris-law.com | Counsel for Creditor, Michael Engelberg | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736<br>jcasello@cvclaw.net | Counsel for Creditor, American Center for Civil Justice Religious Liberty & Tolerance, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James P. Flynn<br>Epstein Becker & Green, P.C.<br>Epstein Becker & Green,PC<br>James P. Flynn<br>Newark, NJ 07102<br>jflynn@ebglaw.com | Counsel for Creditor, Ben-Rafael Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Neal M Sher<br>Neal M. Sher<br>551 Fifth Avenue<br>31st Floor<br>New York, NY 10176<br>nealsher@gmail.com | Counsel for Creditor, General Counsel for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael A. Siravo, IV<br>McManimon, Scotland & Baumann<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>msiravo@msbnj.com | Counsel for Creditor, Joshua Ambush | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charles Epstein<br>27 Warren Street<br>Suite 304<br>Hackensack, NJ 07601<br>ceatty@gmail.com | Counsel for Creditor, Friedman Law Office, P.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Eric R. Perkins<br>Becker LLC<br>354 Eisenhower Parkway<br>Livingston, NJ 07039<br>eperkins@becker.legal | Counsel for Creditors, Joyce Louise Leydet and Richard Paul Brewer | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Fed. R. Bankr. P. 9036</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |